Bryan Weir (SBN: 310964)
Thomas R. McCarthy*
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
 (415) 433-1700
 (415) 520-6593 (fax)

*Application for admission
pro hac vice forthcoming

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California, and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | No.<br><br>**NOTICE OF RELATED CASE**<br><br>(*Issa v. Newsom*, 2:20-cv-01044) |

Plaintiffs, the Republican National Committee, National Republican Congressional Committee, and California Republican Party, hereby provide notice under Local Rule 123 that this case is related to the already pending case *Issa v. Newsom*, 2:20-cv-01044. As with *Issa*, this case concerns the constitutionality of Defendant Newsom's Executive Order N-64-20. More specifically, both the *Issa* plaintiffs and the Plaintiffs in this matter challenge Executive Order N-64-20 as violating the Elections Clause, the Electors Clause, and the Fourteenth Amendment, among other claims. This case thus qualifies as "related to another action" under Local Rule 123(a). And assignment to a single judge is "likely to effect a savings of judicial effort and other economies." L.R. 123(b); *see also* L.R. 123(c).

Dated: May 24, 2020

Respectfully submitted,

 /s/ Bryan K. Weir
Bryan K. Weir (SBN: 310964)
Thomas R. McCarthy*
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
 (415) 433-1700
 (415) 520-6593 (fax)

*Application for admission
pro hac vice forthcoming