# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| Republican National Committee, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-01055 |
| Gavin Newsom, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Republican National Committee; National Republican Congressional Committee; and CA Republican Party .

Date:     05/26/2020

/s/ Harmeet K. Dhillon
*Attorney's signature*

Harmeet K. Dhillon, #207873
*Printed name and bar number*

Dhillon Law Group, Inc.
177 Post Street, #700
San Francisco, CA 94108

*Address*

harmeet@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*