# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT CAMERON THOMAS NORRIS IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING; MR. NORRIS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON APRIL 14, 2017, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued April 21, 2020

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER