| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: BRYAN KIPP WEIR<br>CONSOVOY MCCARTHY PLLC<br>1600 WILSON BLVD #700   ARLINGTON, VA 22209 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (703) 243-9423  \| FAX NO.  \| E-MAIL ADDRESS *(Optional):* BRYAN@CONSOVOYMCCARTHY.COM | |
| ATTORNEY FOR *(Name):* Plaintiff: | |

| **EASTERN DISTRICT OF CALIFORNIA** | |
|---|---|
| STREET ADDRESS: 501 I ST | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SACRAMENTO, CA 95814 | Hearing Date:           Room: |
| BRANCH NAME: EASTERN DIST. OF CALIFORNIA | Hearing Time:          Dept: |
| PLAINTIFF: REPUBLICAN NATIONAL COMMITTEE; et al | CASE NUMBER: |
| DEFENDANT: GAVIN NEWSOM; et al | 2:20-CV-01055-KJM-CKD |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS, COMPLAINT**

PARTY SERVED: **ALEX PADILLA**

PERSON SERVED: **TED MUHLHAUSER - LEGISLATIVE ASSISTANT**

DATE & TIME OF DELIVERY: **5/26/2020
2:28 PM**

ADDRESS, CITY, AND STATE: **1500 11TH STREET
SACRAMENTO, CA 95814**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 80.00
County: SACRAMENTO
Registration No.: 2019-58
River City Process Service, Inc.
901 H Street, Suite 207
Sacramento, CA 95814
(916) 446-2051

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 26, 2020.

Signature: _____
JONATHAN HAGSTROM

**PROOF OF SERVICE**

Order#: 155420/General

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: BRYAN KIPP WEIR<br>CONSOVOY MCCARTHY PLLC<br>1600 WILSON BLVD #700   ARLINGTON, VA 22209 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (703) 243-9423 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*: BRYAN@CONSOVOYMCCARTHY.COM<br>ATTORNEY FOR *(Name)*: Plaintiff: | |

| EASTERN DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 501 I ST | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SACRAMENTO, CA 95814 | Hearing Date:     Room: |
| BRANCH NAME: EASTERN DIST. OF CALIFORNIA | Hearing Time:     Dept: |
| PLAINTIFF: REPUBLICAN NATIONAL COMMITTEE; et al | CASE NUMBER:<br>2:20-CV-01055-KJM-CKD |
| DEFENDANT: GAVIN NEWSOM; et al | |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS, COMPLAINT**

| | |
|---|---|
| PARTY SERVED: | **GAVIN NEWSOM** |
| PERSON SERVED: | **N. SINGH - DOJ OFFICER** |
| DATE & TIME OF DELIVERY: | **5/26/2020**<br>**2:41 PM** |
| ADDRESS, CITY, AND STATE: | **1300 I St**<br>**Sacramento, CA 95814-2919** |

MANNER OF SERVICE:
  Personal Service - By personally delivering copies.

Fee for Service: $ 80.00
  County: SACRAMENTO
  Registration No.: 2019-58
  River City Process Service, Inc.
  901 H Street, Suite 207
  Sacramento, CA 95814
  (916) 446-2051

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 26, 2020.

Signature: _____
JONATHAN HAGSTROM

**PROOF OF SERVICE**

Order#: 155418/General