

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

Republican National Committee, National Republican Congressional Committee, and California Republican Party,

        Plaintiffs,

v.

Gavin Newsom, in his official capacity as Governor of California, and Alex Padilla, in his official capacity as Secretary of State of California,

        Defendants.

Case No. 2:20-cv-1055

    I, Tyler R. Green, attorney for Plaintiffs Republican National Committee, National Republican Congressional Committee, and California Republican Party, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

    In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Consovoy McCarthy PLLC |
| Address: | 1600 Wilson Blvd., Suite 700 |
| City: | Arlington |
| State: | VA    ZIP Code: 22209 |
| Voice Phone: | (703) 243-9423 |
| FAX Phone: | (703) 243-8696 |
| Internet E-mail: | tyler@consovoymccarthy.com |
| I reside in: | North Salt Lake, UT |

I was admitted to practice in the Supreme Court of Utah on October 12, 2005. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:      Bryan K. Weir

Firm Name:   Consovoy McCarthy PLLC

Address:    1600 Wilson Blvd., Suite 700

City:      Arlington

State:     VA     ZIP Code: 22209

Voice Phone:  (703) 243-9423

FAX Phone:   (703) 243-8696

E-mail:     bryan@consovoymccarthy.com


Dated: May 26, 2020  Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated:  May 29, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE