UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>and<br><br>DCCC and CALIFORNIA DEMOCRATIC PARTY,<br><br>Proposed Intervenor-Defendants. | Case No.: 2:20-cv-01055-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AS DEFENDANTS** |

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE AS DEFENDANTS—PAGE 1

**[PROPOSED] ORDER**

Now before the Court is Proposed Intervenor-Defendants' Motion to Intervene as Defendants. Having considered Proposed Intervenor-Defendants' motion and the pleadings and papers on file in this action, the Court hereby GRANTS the Motion.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Morrison C. England, Jr.
Senior United States District Judge

Presented by:

*s/ Jonathan P. Hawley*
Jonathan P. Hawley, Esq.
Abha Khanna, Esq.*
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

Marc E. Elias, Esq.*
Henry J. Brewster, Esq.*
Courtney A. Elgart, Esq.*
700 Thirteenth St. NW, Suite 800
Washington, D.C. 20005-3960

*Attorneys for Proposed Intervenor-Defendants DCCC and California Democratic Party*

*Pro hac vice applications forthcoming

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE AS DEFENDANTS—PAGE 2