MARC E. ELIAS, ESQ. (D.C. Bar No. 442007) (*pro hac vice forthcoming*)
HENRY J. BREWSTER, ESQ. (D.C. Bar No. 1033410) (*pro hac vice forthcoming*)
COURTNEY A. ELGART, ESQ. (D.C. Bar No. 1645065) (*pro hac vice forthcoming*)
**PERKINS COIE LLP**
700 Thirteenth St. NW, Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
melias@perkinscoie.com
hbrewster@perkinscoie.com
celgart@perkinscoie.com

ABHA KHANNA, ESQ. (Wash. Bar No. 42612) (*pro hac vice forthcoming*)
JONATHAN P. HAWLEY, ESQ. (SBN 319464), *counsel for service*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
akhanna@perkinscoie.com
jhawley@perkinscoie.com

*Attorneys for Proposed Intervenor-Defendants
DCCC and California Democratic Party*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>and | Case No.:   2:20-cv-01055-MCE-CKD<br><br>**REQUEST AND [PROPOSED] ORDER TO EXPEDITE BRIEFING SCHEDULE** |

REQUEST AND [PROPOSED] ORDER
TO EXPEDITE BRIEFING SCHEDULE—PAGE 1

DCCC and CALIFORNIA DEMOCRATIC PARTY,

        Proposed Intervenor-Defendants.

Proposed Intervenor-Defendants DCCC and California Democratic Party (together, "Proposed Intervenors") respectfully move this Court to enter an expedited briefing schedule on Proposed Intervenors' concurrently filed Motion to Intervene as Defendants (the "Motion").

As discussed in the Motion, Plaintiffs' suit threatens Proposed Intervenors' legally protected interests, and Proposed Intervenors satisfy the requirements for both intervention as a matter of right and permissive intervention under Federal Rule of Civil Procedure 24. The deadline for Defendants' motion to dismiss is fast approaching, and the Court has set a briefing schedule for Plaintiffs' motion for a preliminary injunction that would require an opposition from Proposed Intervenors prior to the Motion's noticed hearing date of July 9, 2020. *See* ECF No. 17. Expeditious resolution of the Motion would therefore serve the interests of judicial efficiency and ensure that Proposed Intervenors are able to protect their rights and interests.

Accordingly, Proposed Intervenors respectfully request the following schedule:

- Any responses to Proposed Intervenors' Motion to Intervene as Defendants shall be filed on or before Friday, June 5, 2020; and

- Proposed Intervenors shall file a reply on or before Monday, June 8, 2020.

**[PROPOSED] ORDER**

Now before the Court is Proposed Intervenor-Defendants' Request to Expedite Briefing Schedule. Having considered Proposed Intervenor-Defendans' request and the pleadings and papers on file in this action, the Court hereby GRANTS the Request.

Accordingly, the briefing schedule is as follows:

- Any responses to Proposed Intervenors' Motion to Intervene as Defendants shall be filed on or before Friday, June 5, 2020; and
- Proposed Intervenors shall file a reply on or before Monday, June 8, 2020.

**IT IS SO ORDERED**.

DATED: _____

Hon. Morrison C. England, Jr.
Senior United States District Judge

Presented by:

*s/Jonathan P. Hawley*
Jonathan P. Hawley, Esq.
Abha Khanna, Esq.*
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

Marc E. Elias, Esq.*
Henry J. Brewster, Esq.*
Courtney A. Elgart, Esq.*
700 Thirteenth St. NW, Suite 800
Washington, D.C. 20005-3960

*Attorneys for Proposed Intervenor-Defendants*
*DCCC and California Democratic Party*

*Pro hac vice applications forthcoming

REQUEST AND [PROPOSED] ORDER
TO EXPEDITE BRIEFING SCHEDULE—PAGE 3

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2020 a true and correct copy of the Request and [Proposed] Order to Expedite Briefing Schedule was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: *s/Vanessa Salinas*
Vanessa Salinas
Legal Assistant
**PERKINS COIE LLP**

CERTIFICATE OF SERVICE—PAGE 1