MARC E. ELIAS, ESQ. (D.C. Bar No. 442007) (*pro hac vice forthcoming*)
HENRY J. BREWSTER, ESQ. (D.C. Bar No. 1033410) (*pro hac vice forthcoming*)
COURTNEY A. ELGART, ESQ. (D.C. Bar No. 1645065) (*pro hac vice forthcoming*)
**PERKINS COIE LLP**
700 Thirteenth St. NW, Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
melias@perkinscoie.com
hbrewster@perkinscoie.com
celgart@perkinscoie.com

ABHA KHANNA, ESQ. (Wash. Bar No. 42612) (*pro hac vice forthcoming*)
JONATHAN P. HAWLEY, ESQ. (SBN 319464), *counsel for service*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
akhanna@perkinscoie.com
jhawley@perkinscoie.com

*Attorneys for Proposed Intervenor-Defendants
DCCC and California Democratic Party*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>and | Case No.: 2:20-cv-01055-MCE-CKD<br><br>**NOTICE OF APPEARANCE OF JONATHAN P. HAWLEY FOR PROPOSED INTERVENOR-DEFENDANTS DCCC AND CALIFORNIA DEMOCRATIC PARTY** |

NOTICE OF APPEARANCE OF JONATHAN P. HAWLEY—PAGE 1

DCCC and CALIFORNIA DEMOCRATIC PARTY,

        Proposed Intervenor-Defendants.

PLEASE TAKE NOTICE THAT Jonathan P. Hawley of Perkins Coie LLP is admitted to practice before this Court, and hereby appears in this case as counsel for Proposed Intervenor-Defendants DCCC and California Democratic Party.

DATED this 4th day of June, 2020

By: */s Jonathan P. Hawley*
Jonathan P. Hawley, Esq.
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000
jhawley@perkinscoie.com

*Attorney for Proposed Intervenor-Defendants DCCC and California Democratic Party*

NOTICE OF APPEARANCE OF JONATHAN P. HAWLEY—PAGE 2