Bryan K. Weir (SBN: 310964)
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | No. 2:20-cv-01055-MCE-CKD<br><br>**RESPONSE TO PROPOSED INTERVENORS' MOTION TO INTERVENE AS DEFENDANTS** |

Proposed Intervenors filed their motion to intervene (and motion to expedite) without first asking Plaintiffs Republican National Committee, National Republican Congressional Committee, and California Republican Party ("Plaintiffs") for their position. Perhaps that's because, when the Democratic Party files lawsuits and the Republican Party moves to intervene, the Democrats always say no. *See, e.g.*, *Priorities USA v. Nessel*, No.19-13341, Doc. 43 (E.D. Mich. Mar. 4, 2020); *DNC v. Bostelmann*, No. 3:20-cv-249-wmc, Doc. 52 (W.D. Wis. Mar. 26, 2020); *Corona v. Cegavske*, No. 20-OC-00064-1B, Doc. 200424 (Nev. Dist. Ct. Apr. 24, 2020); *Nielsen v. DeSantis*, No. 4:20-cv-236-RH-MJF, Doc. 77 (N.D. Fla. May 27, 2020). But unlike their counterparts, Plaintiffs understand that political parties usually have good cause to intervene in disputes over election rules. If Proposed Intervenors had simply asked, Plaintiffs would have told them that they do not oppose intervention.

Respectfully submitted,

Dated: June 5, 2020

*/s/ Bryan K. Weir*
Bryan K. Weir (SBN: 310964)
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

*Admitted pro hac vice

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this pleading with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel registered in this case. I certify that I have been in contact with counsel for Defendants, who have not yet entered an appearance, and will transmit this filing via email to them at the below contact information.

John W. Killeen
California Department of Justice
1300 I Street, 17th Floor
Sacramento, CA 95814
John.Killeen@doj.ca.gov
(916) 210-6045

Dated: June 5, 2020          */s/ Bryan K. Weir*
Bryan K. Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423