Bryan K. Weir (SBN: 310964)
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
 (415) 433-1700
 (415) 520-6593 (fax)

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | No. 2:20-cv-01055-MCE-CKD<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

# NOTICE

Notice is hereby given that Plaintiffs Republican National Committee, National Republican Congressional Committee, and California Republican Party make the following motion, which the Court has already set for a hearing on July 16, 2020, by videoconference, in the Court's June 2 order.

# **MOTION**

Plaintiffs hereby move for a preliminary injunction enjoining enforcement of California Executive Order N-64-20, which usurps the role reserved for the California Legislature in controlling the time, place, and manner of congressional elections and the manner of selecting electors for the presidency. This motion is based on the memorandum, declarations, and exhibits filed herewith, and the pleadings on file.

Respectfully submitted,

Dated: June 5, 2020

*/s/ Bryan K. Weir*
Bryan K. Weir (SBN: 310964)
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

*Admitted pro hac vice

Notice of Motion and
Motion for Preliminary Injunction

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this pleading with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel registered in this case. I certify that I have been in contact with counsel for Defendants, who have not yet entered an appearance, and will transmit this filing via email to them at the below contact information.

John W. Killeen
California Department of Justice
1300 I Street, 17th Floor
Sacramento, CA 95814
John.Killeen@doj.ca.gov
(916) 210-6045

Dated: June 5, 2020

*/s/ Bryan K. Weir*
Bryan K. Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423