UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, and REPUBLICAN PARTY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | No. 2:20-cv-01055<br><br>**DECLARATION OF BRYAN K. WEIR IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

I, Bryan K. Weir, declare:

1. I am an attorney at the law firm Consovoy McCarthy PLLC, counsel for Plaintiffs Republican National Committee, National Republican Congressional Committee, and the Republican Party of California in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. A true and correct copy of Jon Passantino, *California Reopening Begins Friday: Here's What You Need to Know*, CNN (May 8, 2020), cnn.it/2yLQqMz, is attached hereto as Exhibit A.

3. A true and correct copy of Alix Martichoux, *Phase 3: Gov. Newsom Teases Next Stage of Reopening California Businesses Is Closer Than We Thought*, ABC7 (May 8, 2020), bit.ly/3gAGjeF, is attached hereto as Exhibit B.

4. A true and correct copy of John Myers et al., *Newsom Eases Reopening Rules, Allowing More Counties to Restart Their Economies*, LA Times (May 18, 2020), lat.ms/2TW7lDs, is attached hereto as Exhibit C.

1

5.        California Governor Gavin Newsom's Twitter account is @GavinNewsom. On May 25, 2020, Governor Newsom tweeted the following: "NEW: Counties can now begin re-opening houses of worship and in-store shopping for retail. CA has continued to flatten the curve because folks are staying home, practicing physical distancing, and taking this seriously. Let's keep it up." Gavin Newsom (@GavinNewsom), Twitter (May 25, 2020), bit.ly/2XeOl5k. A true and correct copy of this tweet is attached hereto as Exhibit D.

6.        On May 26, 2020, Governor Newsom tweeted the following: "NEW: Starting today, many counties across California can choose to reopen hair salons and barbershops -- with serious modifications in place." Gavin Newsom (@Gavin Newsom), Twitter (May 26, 2020), bit.ly/2A14ulU. A true and correct copy of this tweet is attached hereto as Exhibit E.

7.        A true and correct copy of *Local Governments Are Deciders for Counties Moving Further in Phase 3 of Reopening, Newsom Says*, ABC (May 29, 2020), abc30.tv/2XLg8t5, is attached hereto as Exhibit F.

8.        A true and correct copy of Angie Crouch, *LA County School Reopening Plan Includes Wearing Face Masks at All Times*, NBC (May 27, 2020), bit.ly/3ddZ99n, is attached hereto as Exhibit G.

9.        A true and correct copy of *Eric Holder: Here's How the Coronavirus Crisis Should Change U.S. Elections—For Good*, TIME (Apr. 14, 2020), bit.ly/3eAiW2W, is attached hereto as Exhibit H.

10.       Marc E. Elias's Twitter account is @marceelias. On May 3, 2020, Mr. Elias tweeted a Washington Post article (Unexpected Outcome in Wisconsin: Tens of thousands of ballots that arrived after Election Day were counted, thanks to court decisions) and stated the following: "The truth is that in competitive battleground states, both sides are fighting for inches. We're not fighting for feet. If there is a way to gain 1 percent of the vote, that would be among the most successful tactics that a campaign could engage in." Marc E. Elias (@marceelias), Twitter (May 3, 2020), bit.ly/2XiI74A. A true and correct copy of this tweet is attached hereto as Exhibit I.

11.       A true and correct copy of *Building Confidence in U.S. Elections*, bit.ly/3dXH7rU, also known as the *Carter-Baker Report*, is attached hereto as Exhibit J.

12. A true and correct copy of Michael T. Morley, *Election Emergency Redlines* 2, bit.ly/3e59PY1, is attached hereto as Exhibit K.

13. A true and correct copy of *Inaccurate, Costly, and Inefficient*, The Pew Center on the States, at 1, bit.ly/3g3SdgT, is attached hereto as Exhibit L.

14. A true and correct copy of Lisa Lerer, *Washington: Where Everyone Votes By Mail*, NY Times (Apr. 15, 2020), nyti.ms/2ZRfmNZ, is attached hereto as Exhibit M.

15. A true and correct copy of Rory Appleton, *Primary Underway, But Argument Over Mail-In Election Continues*, Las Vegas Review-Journal (May 19, 2020), bit.ly/2z3DHVV, is attached hereto as Exhibit N.

16. A true and correct copy of *Mail-In Ballot Fraud Is More Than an Embarrassment for Paterson; It's a Roadblock to Problem Solving*, Insider NJ (May 14, 2020), bit.ly/3bLaXOV, is attached hereto as Exhibit O.

17. A true and correct copy of Jonathan Dienst, *Close Results in Paterson Vote Plagued By Fraud Claims; Over 3K Ballots Seemingly Set Aside*, NBC (May 21, 2020), bit.ly/3dp3whW, is attached hereto as Exhibit P.

18. A true and correct copy of David Wildstein, *Source: Law Enforcement Probing Paterson VBM Ballots*, New Jersey Globe (May 11, 2020), bit.ly/2TmegWo, is attached hereto as Exhibit Q.

19. A true and correct copy of John Myers, *All of California's Voters Are Now in One Online Database*, LA Times (Mar. 1, 2016), lat.ms/2XivEh1, is attached hereto as Exhibit R.

20. A true and correct copy of *Voting Integrity in California*, A Report of the California Advisory Committee to the United States Commission on Civil Rights, 3 (June 2017), bit.ly/2XlIqLX, is attached hereto as Exhibit S.

21. A true and correct copy of *California DMV Says 1,500 Registered to Vote in Error*, CBS Sacramento (Oct. 8, 2018), cbsloc.al/2ApM52h, is attached hereto as Exhibit T.

22. A true and correct copy of John Myers, *Nearly 84,000 Duplicate Voter Records Found in Audit of California's 'Motor-Voter' System*, LA Times (Aug. 9, 2019), lat.ms/3cqEZbb, is attached hereto as Exhibit U.

1    23.    A true and correct copy of Brian Anderson, *Deleted Texts and 'Show Stopper Defects': California Tech Official Raced to Launch Motor Voter*, Sacramento Bee (May 8, 2019), bit.ly/3gNgNTD, is attached hereto as Exhibit V.

24.    A true and correct copy of *California and Los Angeles County to Remove 1.5 Million Inactive Voters from Voter Rolls – Settle Judicial Watch Federal Lawsuit*, Judicial Watch (Jan. 3, 2019), bit.ly/2WOrmxW, is attached hereto as Exhibit W.

25.    A true and correct copy of *NVRA Notices 2019 California*, including Letter Re: San Diego County, 2 (Nov. 15, 2019) and Letter Re: Orange County (Dec. 12, 2019), bit.ly/3e4aKaY, is attached hereto as Exhibit X.

26.    A true and correct copy of Katy Grimes, *California Election Integrity in Jeopardy with Vote-by-Mail Ballots to Every Voter*, California Globe (Mar. 16, 2020), bit.ly/3g3IlUm, is attached hereto as Exhibit Y.

27.    A true and correct copy of *Man Pleads Guilty to Voter Fraud Scheme on Skid Row*, District Attorney Los Angeles County (Feb. 19, 2020), bit.ly/3dwxiBD, is attached hereto as Exhibit Z.

28.    A true and correct copy of Kate Cimini, *California Man Who Registered Dogs, Dead Father to Vote, Sentenced to Probation*, The Californian (Aug. 16, 2019), bit.ly/36eb2tl, is attached hereto as Exhibit AA.

29.    A true and correct copy of Brian Anderson, *Six Californians Who Shouldn't Have Been Registered Voted Last Year Due to 'DMV Errors'*, Sacramento Bee (Aug. 9, 2019), bit.ly/3eHCy5f, is attached hereto as Exhibit BB.

30.    A true and correct copy of Susan Crabtree, *Amid Covid Mail-In Push, CA Officials Mum on Ballot Harvesting*, Real Clear Politics (Apr. 24, 2020), bit.ly/3gDIONb, is attached hereto as Exhibit CC.

31.    A true and correct copy of Madlin Mekelburg, *Fact Check: Did Wisconsin See Spike in Coronavirus After Election?*, Statesman (May 17, 2020), bit.ly/2MeBKsn, is attached hereto as Exhibit DD.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge. Executed on June 5, 2020.

<u>*s/Bryan K. Weir*</u>
Bryan K. Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
