# Exhibit B

Coronavirus California: Governor Gavin Newsom teases phase 3 of re…ning CA gyms, nail salons could be 1 month away - ABC7 Los Angeles   6/5/20, 12:16 PM

Case 2:20-cv-01055-MCE-CKD   Document 24-4   Filed 06/05/20   Page 2 of 5

**BREAKING NEWS** COVID-19: Help, information and resources

menu    WATCH VIDEOS    Los Angeles   Orange County   Inland Empire   Ventura County   Califo

SHARE

TWEET

EMAIL

REOPENING CALIFORNIA

# Phase 3: Gov. Newsom teases next stage of reopening California businesses is closer than we thought

During Gov. Newsom's daily press conference Friday, he teased that phase 3 of reopening California could be 1 month away. This stage of his plan would include nail salons and gyms.

By Alix Martichoux

Friday, May 8, 2020

EMBED <>    MORE VIDEOS

California just began to move into Phase 2 of reopening Friday, but Gov. Gavin Newsom hinted the next stage could be just on the horizon.

LOS ANGELES -- California just began to move into Phase 2 of reopening Friday amid the coronavirus crisis, but Gov. Gavin Newsom hinted the Phase 3 could be just on the horizon during a press conference on Friday.

"Phase 3 is not a year away. It's not 6 months away. It's not even three months away. It may not even be more than a month away," Newsom said. "We just want to make sure we have a protocol in place to secure customer safety, employee safety and allow the businesses to thrive in a way that is sustainable."

**From the Web**

**Forget Traditi**
**Color Grays. D**
eSalon

**Masketi® Fac**
**Breathability**
Masketi®

**It's never bee**
**own hair! Get**
**home when y**
eSalon

**Use Zantac? Y**
**Settlement In**
Consumer Attenti

**Find Top Char**
**Donating You**
Car Donation | Se

**Research Best**
**Subscription S**
Best Monthly Clot
Search Ads

Coronavirus California: Governor Gavin Newsom teases phase 3 of re…ning CA gyms, nail salons could be 1 month away - ABC7 Los Angeles  6/5/20, 12:16 PM

Case 2:20-cv-01055-MCE-CKD   Document 24-4   Filed 06/05/20   Page 3 of 5

**RELATED:** Everything we know about CA businesses opening and what comes next

Stage 3 of reopening California involves reopening higher risk workplaces that necessitate close proximity between people. That includes hair salons, nail salons, barbershops, gyms, movie theaters and sporting events without live audiences.

Newsom revealed Thursday the state's first known case of community spread of the coronavirus could be traced back to a nail salon.

**MORE:** Against state orders, Orange County hair and nail spa owner says she's keeping doors open

Against state orders, a Seal Beach hair and nail spa owner says she is keeping her doors open.

It's unlikely California would allow all of those businesses to resume at once. Instead, Newsom says the state plans to slowly rollback restrictions on businesses every couple of weeks.

As of Friday, retail businesses are allowed to open for curbside pickup with new safety and hygiene protocols. Manufacturing and logistics work can also resume.

"Roughly 70% of the economy in the state of California can open with modifications into this next phase," said Newsom Friday. "I know 70% is not 100%, and I recognize that 'with modifications' means 'with restrictions' and 'with restrictions' means a struggle for businesses to get back where they were pre-pandemic."

LA County beaches may reopen as early as next week






REOPENING CALIFORNIA





Health

From C…

TOP STORIES





Buffalo police … suspended

Attorney: Ex-co… followed Chauv…

Coronavirus California: Governor Gavin Newsom teases phase 3 of re...ning CA gyms, nail salons could be 1 month away - ABC7 Los Angeles    6/5/20, 12:16 PM

Case 2:20-cv-01055-MCE-CKD   Document 24-4   Filed 06/05/20   Page 4 of 5

Ex-Dodgers sta
on assault char
Updated an hour ag

Family of 6 foun
San Antonio, po
Updated an hour ag

Off-duty Long B
motorcycle cras

VIDEO: Landsli
homes into the
Updated 3 hours ag

Free donuts! Do
Donut Day

Full list of SoCa
George Floyd p

Man arrested fo
in Sherman Oa

MORE T

With Orange County beaches back open, Los Angeles County beaches could follow suit, possibly reopening as soon as next week.

He encouraged Californians to shop local as much as possible.

"Look out for your neighborhood florist. Look out for your neighborhood business. They need your support and they haven't gotten the kind of support they deserve. You will be determinative of whether or not they survive," he said. "So if it means you gotta go an extra block or two, seek them out, find them, make some calls ... don't just go to that big box retailer. They've had a little advantage on things like this and it's time to re-balance things."

The state is working on developing guidelines that will allow office buildings, dine-in restaurants, shopping malls and outdoor museums to reopen next. Gov. Newsom teased he'll be releasing guidelines for dine-in restaurants next Tuesday, May 12.

Report a correction or typo

**RELATED TOPICS:**

**Forget Traditional Hair Dye if You Color Grays. Do This Instead.**
eSalon | Sponsored

**It's never been easier to color your own hair! Get salon-quality results at home when you order online.**
eSalon | Sponsored

**Find Top Charity Options For Donating Your Car.**
Car Donation | Search Ads | Sponsored

**Masketi® Face Mask For Excellent Breathability & Comfort**
Masketi® | Sponsored

**Research Best Monthly Clothing Subscription Service**
Best Monthly Clothing Subscription Service | Search Ads | Sponsored

Coronavirus California: Governor Gavin Newsom teases phase 3 of re…ning CA gyms, nail salons could be 1 month away - ABC7 Los Angeles    6/5/20, 12:16 PM

Case 2:20-cv-01055-MCE-CKD   Document 24-4   Filed 06/05/20   Page 5 of 5

**This Pillowcase is Quickly Becoming The Must-Have Gift of 2020**
Blissy | Sponsored

**Use Zantac? You May Get Cash Settlement In Lawsuit**
Consumer Attention Attorney Advertising | Sponsored

**These Crossovers Will Take Your Breath Away. Research 2020 Luxury Crossover Vehicle Deals**
Luxury Crossovers | Yahoo Search | Sponsored

**Research Psoriatic Arthritis Medication Option Help**
Psoriatic Arthritis | Search Ads | Sponsored

**CA moves into Phase 3 of reopening with hair salons, barbershops, Gov. Newsom announces**
ABC7 Los Angeles

**When will gyms reopen in California? Newsom says guidelines on fitness centers are coming in a 'week or so'**
ABC7 Los Angeles

**Research Best Anti Wrinkle Creams Under Eyes**
Eye Serums | Search Ads | Sponsored

**See Search Results For Purchase Cheap Domain Names**
Yahoo! Search | Sponsored

**Check Out Moving Cost In Virginia**
Moving Costs | Search Ads | Sponsored

**Hair salons, barbershops can reopen in most CA counties**
ABC7 Los Angeles

| | | | |
|---|---|---|---|
| Home | Los Angeles | U.S. & World | #ABC7Eyewitness Tips |
| Weather | Orange County | Live Video | TV Listings |
| Traffic | Inland Empire | Politics | ABC7/Contact |
| Watch | Ventura County | Investigations | Meet the News Team |
| Photos | California | Consumer | Jobs/Internships |
| Apps | | Health & Food | |

Foll

Privacy Policy   Do Not Sell My Info   Children's Privacy Policy   Your California Privacy Rights   Terms of Use   Interest-Based Ads   Public Inspection File
Copyright © 2020 ABC, Inc., KABC-TV Los Angeles. All Rights Reserved.