# Exhibit D



**Gavin Newsom** ✓
@GavinNewsom

NEW: Counties can now begin re-opening houses of worship and in-store shopping for retail.

CA has continued to flatten the curve because folks are staying home, practicing physical distancing, and taking this seriously.

Let's keep it up.

LEARN MORE:



Resilience Roadmap
🔗 covid19.ca.gov

4:58 PM · May 25, 2020 · Twitter for iPhone

**735** Retweets   **2.4K** Likes