# Exhibit E

**Gavin Newsom** ✓
@GavinNewsom

NEW: Starting today, many counties across California can choose to reopen hair salons and barbershops -- with serious modifications in place.

LEARN MORE HERE:



**STAGE 2:**
Lower-risk
workplaces

**STAGE 3:**
Higher-risk
workplaces

**STAGE 4**
End of S
Home O

County variance info
🔗 covid19.ca.gov

3:29 PM · May 26, 2020 · Twitter for iPhone

**500** Retweets   **1K** Likes




