# Exhibit G

Warehouse Fire in Redlands

DECISION 2020    LOCAL    U.S. & WORLD    WEATHER    ENTERTAINMENT    SPORTS    67°    LIVE TV

TRENDING  Saluting the Class of 2020   George Floyd   #FitForTheFrontline   Coronavirus   Faces of Coronavirus   3 WEATHER ALERTS

CORONAVIRUS

# LA County School Reopening Plan Includes Wearing Face Masks at All Times

By **Angie Crouch** • Published May 27, 2020 • Updated on May 28, 2020 at 1:31 am

  



Los Angeles County schools are expected to reopen this fall and districts got some guidelines from a local education task force about how to do so safely.

The education task force put together a 45-page framework with guidelines on what districts can do to get students back on campus.

But they stress these are only suggestions and not mandates. Each local district will set their own rules based on local health data.

**Local**
Local news from across Southern California

**Trending Stories**


REDLANDS
Firefighters Battle Fire at a Giant Warehouse in Redlands


GEORGE FLOYD PROTESTS
Thousand Oaks Woman Arrested After Allegedly Pepper Spraying a Protester


PROTESTS
Man Caught on Camera Brandishing Rifle at Protest Charged With Assault With…


GEORGE FLOYD
Live Protest Updates (June 4, 2020): Several Communities Cancel Curfews



**NEWPORT BEACH** • 3 MINS AGO

**Judge Will Not Dismiss Charges Against Newport Beach Surgeon and Girlfriend Accused of Sex Crimes**



**GEORGE FLOYD** • 33 MINS AGO

**Live Updates: Marches and Protests Are Planned Across SoCal**



**GEORGE FLOYD**

Live Updates: Marches and Protests Are Planned Across SoCal

"I have no doubt schools will be able to reopen, said Debra Duardo, the county superintendent of schools. "It's going to look different."

Duardo says students and parents can expect a lot of changes on campuses this fall throughout the county's 80 school districts.

A task force made up of 25 superintendents has released recommendations to help guide districts on how to safely reopen during the pandemic.

Suggestions include: face masks and temperature checks, one way hallways, lunch in classrooms instead of cafeterias, and smaller class sizes which can be accomplished by staggering school hours and combining online learning with in-person instruction.

Some students might attend class in the morning, others in the afternoon, or they could attend on different days of the week.

But there is no "one size fits all." Each district will create its own rules in cooperation with local health officials.

"These decisions need to be made locally because it looks very different across the state," Duardo said. "Even LA County, based on the number of COVID cases and how prepared a community is."

United Teachers Los Angeles, which also is fighting against the $13 million proposed budget cuts, issued a response to the framework document Wednesday afternoon, with union representatives noting that school reopenings must be bargained with UTLA.

"We are surveying our members on their priorities; working closely with parents, youth and community organizations on their priorities; and then taking these priorities into that bargaining," UTLA officials said.

"Educators want more than anything to be back in schools with our students ...

but we also understand deeply that the only way this can happen is if schools are healthy, safe and improved."



**Weather Forecast**

LOS ANGELES, CA

**67°**
Overcast
10% Precip

TONIGHT
**62°**

TOMORROW
**74°**

**WHAT DO YOU THINK?**

**Dentists across the country are adding 'infection control fees' to patients' bills in order to cover the added costs of masks, gowns, air purifiers, and other COVID-19 protective procedures. Do you agree or disagree with this fee?**

○ Strongly agree
○ Somewhat agree
○ Somewhat disagree
○ Strongly agree
○ Other / No opinion

NEXT

Union reps emphasized that schools need more money, not budget cuts, to guarantee a safe return to classrooms.

"There is no vision for a safe reopening that does not involve additional resources for schools -- resources to implement social distancing and other safety guidelines and funding for the additional support our students need in the wake of this crisis."

City News Service contributed to this report.

This article tagged under:

CORONAVIRUS

---

SPONSORED • BRAVE NEW LOOK

**There Is a Reason Why Residents of Arlington Are Wearing This Mask**

SPONSORED • POWER LIFE

**Celebrity Trainer: "Muscle Loss in Seniors is Real, But It…**

SPONSORED • SCALP PSORIASIS | SEARCH …

**Scalp Psoriasis: Do You Know What Scalp Psoriasis Is? See…**

SPONSORED • BILL CRUNCHER

**Virginia : Launches New Policy For Cars Used Less Than 59 Miles/Day**

SPONSORED • DR. MARTY NATURE'S FEAST

If Your Cat Is Over 10 Years Old, This One Thing Could Be Shortening Their Life

SPONSORED • EASY BREATHE CPAP COMPA…

Skip the Doctor and Upgrade to the World's Smartest CPAP

SPONSORED • MEDICARE PLAN - MEDICARE…

Seniors On Medicare Are In For a Treat This June

SPONSORED • AUTO ENTHUSIAST | SEARCH ADS

8 Cheap Cars On Sale Below MSRP

SPONSORED • GUNDRY MD ACTIVE ADVANTAGE SUPPLEMENT

Why Most People Have Digestive Issues (It's From This Common Vegetable Problem)

SPONSORED • CITY BEAUTY MULTI-ACTION …

How To: Defined Jawline Without Surgery (At Any Age)

**CENTRAL PARK**

# Woman in Racial Central Park Confrontation Gets Her Dog Back

**MINNEAPOLIS POLICE**

# Minn. Ex-Officer's Murder Charge Upgraded, 3 Others Charged in Floyd's Death



  

SUBMIT TIPS FOR INVESTIGATIONS

NEWSLETTERS

CONTACT US

INTERNSHIPS

KNBC Public Inspection File

KNBC Employment Information

Send Feedback

Terms of Service

Privacy policy – New

Do Not Sell My Personal Information

Copyright © 2020 NBC Universal Inc. All rights reserved