# Exhibit I

**Marc E. Elias** ✓
@marceelias

The truth is that in competitive battleground states, both sides are fighting for inches. We're not fighting for feet. If there is a way to gain 1 percent of the vote, that would be among the most successful tactics that a campaign could engage in.



Unexpected outcome in Wisconsin: Tens of thousands of ballots that arrived after Election Day...
🔗 washingtonpost.com

9:30 PM · May 3, 2020 · Tweepsmap

40 Retweets   100 Likes