# Exhibit Q

 June 5, 2020



|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Governor | Legislature | Local ⌄ | National | Congress | Media | Power List |

Home  >  Campaigns  >  Source: Law Enforcement Probing Paterson VBM Ballots



# Source: law enforcement probing Paterson VBM

Hundreds of ballots discovered in same mailbox, some in Haledon

By David Wildstein, May 11 2020 6:14 pm

Federal and state law enforcement are investigating allegations of voter fraud in tomorrow's Paterson City election, with hundreds of vote-by-mail ballots being collected by the U.S. Postal Service from single mailb and South Paterson, the New Jersey Globe has learned.

In some cases, large quantities of VBM ballots were fastened together with a rubber-band and dropped at location.

While postal officials reported the irregularities, two sources have told the Globe that the ballots are curre possession of the Passaic County Board of Elections.

It is not immediately clear whether ballots in the all-VBM election were harvested – a practice where a pa or group collects them directly from voters – or if they were stolen directly from apartment buildings.

There have been reports in Paterson of voters not receiving their ballots, and of letter carriers leaving mas ballots in a bin at a particular apartment building, rather than sort them directly into a voters personal mai

In one case, 366 ballots for the 3rd Ward council race where picked up from the same mailbox in Haledon

In that race, five-term Councilman William McKoy faces a challenge from former Councilman Alex Mendez

McKoy beat Mendez by about 100 votes in 2012 and won challenger Flavio Rivera by a little more than 30

Mendez ran for mayor in 2018 and while Andre Sayegh won the post by more than 4,000 votes, Mendez c VBM ballots.

Additional ballots, possible in the hundreds, a source told the Globe, were dropped at the same mailbox in for the 2nd Ward race.

New Jersey election law limit the number of ballots one individual can deliver to three.

Ballots where the bearer section is not filled in properly are kept separately before VBM ballots are counte officials say.

WNBC-TV first reported that law enforcement is looking into the issue.

**Spread the news:**

Tagged Alex Mendez, William McKoy