# Exhibit R

*Los Angeles Times*

LOG IN

POLITICS

# All of California's voters are now in one online database



Early voters line-up before dawn at the Los Angeles County Registrar of Voters Office in Norwalk to cast their ballots on November 5, 2012.  (Mark Boster / Los Angeles Times)

By JOHN MYERS
SACRAMENTO BUREAU CHIEF

MARCH 1, 2016 | 12:05 AM

Reporting From Sacramento —  A single, instantly updated list of registered voters in California became reality on Monday, as two final counties plugged in to an electronic database mandated by a federal law enacted in the wake of the contentious 2000 presidential campaign.

In other words, a database that was long overdue.

"It's been more than a decade in coming," Secretary of State Alex Padilla said.

The $98-million project allows elections officials in each of California's 58 counties to easily track voters who move from one place to another and to quickly update their records in the event of a death or a voter deemed ineligible after conviction of a felony.

The database will allow voters to check if they are registered at their current address, their party affiliation and whether a ballot sent by mail was actually counted.

"Usually, it is the poorer or more rural counties that lack these tools," said Kim Alexander, president of the nonpartisan California Voter Foundation. "That creates an uneven playing field for California voters and undermines voters' constitutional right to equal protection."

In an interview Monday, Padilla said a public awareness campaign will be needed to ensure Californians know there soon will be a new tool at their disposal.

"What it means for the voters is most important," he said.

The VoteCal database will undergo a battery of operational testing to sort out any remaining problems before being officially certified in June. But the final hookup to Stanislaus and Monterey counties Monday marked an important milestone.

Since 2003, the project has been waylaid by a scandal that led to the resignation of a former secretary of state, a threatened federal lawsuit, a private company that walked away from the technology project and the cumbersome process of re-awarding the government contract.

"All that is thankfully behind us," Padilla said.

Where voter records used to largely depend on the accuracy of the work done in individual counties, the database project has created a uniform process for inputting and sharing information on the state's 17.2 million registered voters.

"It's huge," said Neal Kelley, registrar of voters in Orange County and president of the state association representing local elections officials.

Orange County was one of the five initial counties to be connected to the VoteCal system last summer. Kelley said that from the very first moment, the database paid off by displaying 460 voters who had duplicate registration records in Orange and Sacramento counties.

"It was right in front of our eyes," he said. "You never would have seen that before."

Getting a reliable list of registered voters was one of the principal goals of the federal Help America Vote Act, passed in the wake of the chaotic events in the 2000 presidential race that led to the legal standoff and ultimate election of President George W. Bush. California was awarded $400 million for a variety of voting modernization projects, and state officials say a portion of that money is still on hand and available for maintenance and operation of the VoteCal system.

The database also is the key step toward implementing a 2015 state law that [will automate voter registration for every citizen who applies for a driver's license](#) and [a 2012 law allowing election-day voter registration](#).

Monday's announcement also allows California to set aside its dubious distinction as the very last state in the nation to launch a comprehensive voter registration system, the end to a system that Kelley said was based on voter data collection methods dating back to the 1920s.

"Getting in to the 21st century is a good feeling," he said.

**john.myers@latimes.com**

Follow **@johnmyers** on Twitter, sign up for our daily **Essential Politics newsletter** and listen to the weekly **California Politics Podcast**

**ALSO**

**Here's how California's new voter registration law will work**

**Republican voter registration tanks**

**Updates on California politics**

**That blockbuster ballot will be a $452 million battle**

POLITICS



### Get our Essential Politics newsletter

The latest news, analysis and insights from our bureau chiefs in Sacramento and D.C.

Enter Email Address

**SIGN ME UP**

You may occasionally receive promotional content from the Los Angeles Times.



John Myers

Twitter    Instagram    Email    Facebook

Case 2:20-cv-01055-MCE-CKD   Document 24-20   Filed 06/05/20   Page 6 of 9

John Myers joined the Los Angeles Times as Sacramento bureau chief in 2015 and has spent more than two decades covering California politics, state government and elections.

### MORE FROM THE LOS ANGELES TIMES

**POLITICS**

**Trump administration OKs aid to Central American countries praised for immigration help**

28 minutes ago

**POLITICS**

**Trump claims victory although crises continue**

1 hour ago

**POLITICS**

**Hackers backed by foreign countries targeted Trump and Biden campaigns, Google says**

June 4, 2020

**POLITICS**

**Trump heads to rural Maine but won't escape demonstrators**

June 5, 2020

## Around the Web

Ads by Revcontent



**How Dogs Cry for Help: 3 Warning Signs Your Dog is Crying for Help**
Dr. Marty



**You'll Never Think About Solar Panels Again After Seeing This (Watch)**
Patriot Wealth Report



**Engineers Were Met with a Nauseating Sight when They Drained the Niagara Falls**
Maternity Week

**CORONAVIRUS** ›

California coronavirus cases surpass 120,000; protests, closed testing sites worry health officials

She's patrolled the Navajo Nation for nearly 20 years. Nothing prepared her for the COVID-19 outbreak

A coronavirus mystery: How many people in L.A. actually have COVID-19?

How the coronavirus will change your next dentist appointment

Tracking California's path to reopening, plus news, advice and distractions (free)

## Cases statewide »

**123,065**
confirmed

**4,458**
deaths

As of June 5, 9:20 a.m. Pacific

LATEST POLITICS >

**POLITICS**

May jobless rate falls to 13.3%, likely marking the bottom of coronavirus-related economic slump

June 5, 2020

**CALIFORNIA**

Newsom's listening tour stops in Stockton amid protests and calls for action

June 4, 2020

**WORLD & NATION**

George Floyd memorial marks moment of healing and reckoning for Minneapolis and country

June 4, 2020

**CALIFORNIA**

California lawmakers promise to set rules for police use of rubber bullets amid George Floyd protests

June 4, 2020

**POLITICS**

Trump ignores calls for police reforms

June 4, 2020

Subscribe for unlimited access

**Follow Us**

Copyright © 2020, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Info