# Exhibit Y

June 5, 2020



 Governor | Legislature | Local | National | Hollywood | Opinion

Home  >  Articles  >  California Election Integrity In Jeopardy With Vote-By-Mail Ballots To Every Voter



Election Integrity Project CA co-founders Linda Paine, Ruth Weiss, Ellen Swensen. (Photo: EIPCA.com)

# California Election Integrity in Jeopardy With Vote-by-Mail Ballots to Every Voter

*13 California counties now have more registered voters than eligible citizens*

By Katy Grimes, March 16, 2020 2:31 pm

**'Regular people, regardless of party affiliation, they really do want fair and honest elections**

The Election Integrity Project California is warning that an all-vote-by-mail ballot election in the state and

largest cities, means hundreds of thousands of likely deceased or relocated could "receive" ballots; thousa duplicated voters would be mailed two or more ballots.

EIP says the entire state has bloated voter lists so this problem will be even worse if state lawmakers pas mandate mail ballots to all Californians.

"In fact, we are about to publish that 13 counties now have more registered voters than eligible citizens, a 2020," EIPCa's chief analyst, Ellen Swensen told California Globe.

"Los Angeles County debuted a new voting system in the March 3 election, and it was plagued with proble "Unreliable connections with the state voter database, inadequately trained election workers and new ma broke down created long lines and voter frustration."

"Many reportedly gave up and did not vote. In a questionable response to these problems, California's Sec (SOS) Alex Padilla directed county Registrar Dean Logan to mail a vote-by-mail (VBM) ballot to every Los A registrant for the November 2020 election."

In addition to the California voter rolls filled with ineligible voters, Fox News recently reported that a 62-ye pleaded guilty in Feb., to a large-scale, illegal "ballot harvesting" scheme to pay homeless people living on infamous Skid Row to forge hundreds of signatures on ballot petitions and voter registration forms, during 2018 election cycles. The man was sentenced to one year in county jail and 100 hours of community servi faces various charges affiliated with this scheme.

According to EIPCa:

- Los Angeles County has 206,728 registrants who have not voted or updated their registrations since N or before. Though they have not voted in more than a decade and may have died or relocated, these 20 registrants are still listed as "active" voters and would be mailed VBM ballots. This means hundreds of VBM ballots will be mailed to potentially ineligible voters, which will open the door to unlawful voting. T increased because California law allows anyone to gather and deliver these ballots to the officials.
- Los Angeles County has 8,158 persons who have TWO active voter registrations in their names. These each be mailed two VBM ballots. Persons receiving two VBM ballots can easily vote twice undetected, has them documented as two different registrants.

How does the Election Integrity Project know this?

Election Integrity Project, California Inc. purchased the VoteCal voter registration and voting history files o

2020. In its initial review of the data, EIPCa identified significant list maintenance deficiencies in Los Angel
The purpose of this letter is to alert you both to these deficiencies as LA County considers the Secretary's
vote-by-mail (VBM) ballots to all active registrants in the November 2020 election.

In a March 9, 2020 letter to Sec.of State Alex Padilla and Los Angeles County Registrar-Recorder/County C
Logan, EIPCa enumerated their findings:

- LA Finding # 1: "No Show" Registrants LA County currently has 206,728 registrants who have not vote
their registrations since November 2008 or prior. Though they have likely died or relocated, these "no s
remain in active status and will be mailed VBM ballots in November if the county mails ballots to every
registrant. 1,486 are over 100 years old and 117,500 have no record of ever having voted, yet they rem
file list.

Making matters even more concerning, EIPCa co-founder Linda Paine said in a California Globe interview l
the California Legislature has taken the in-depth reports provided by the Election Integrity Project docume
weaknesses, and used the information to pass legislation enshrining ways to compromise elections. How
California Republicans ignored the warnings and patterns. "It's like a Trojan Horse," Paine said. "They are u
progressives in every office from dog catcher on up."

Paine said California is no longer functioning like a Republic – "it's more like an oligarchy at every jurisdicti
county." However, Paine promised, "We are moving heaven and hell, with or without the California Legislat

Getting back to 2020, EIPCa recommends that LA county mail all "no show" registrants a card under NVRA
and inactivate these registrants while the county researches their respective eligibility. Though an inactiva
will not be mailed a VBM ballot, he/she but can still vote in person while on the inactive list.

- LA Finding #2: Duplicated Registrations- LA County has 10,556 registrants who appear to be registered
than once. Of these, 21 appear to be registered three times. Each occurrence entails two or more regist
the same name, same/similar birthdate and same address. Suspected duplicates living at differing add
county have additional matching criteria such as email, phone number or mailing address. Persons who
registered under both married and maiden names are included, while likely twins are excluded. The DM
registration system appears to be the source of many duplicated voter registrations. Data errors also c
(misspellings, spacing mistakes, flipped names (e.g., John Smith, Smith John), flipped birthdates (e.g., 2/
- LA Finding #3: Duplicate Registrants with Matching EMS IDs Of the 10,556 suspected duplicates, 324 h
VoteCal Registration IDs but matching county EMS IDs. Matching EMS IDs should make it easy for the c
to identify and merge these duplicates, yet they remain on the VoteCal file as two distinct active-status

California Election Integrity in Jeopardy With Vote-by-Mail Ballots to Every Voter - California Globe
6/5/20, 2:04 PM
Case 2:20-cv-01055-MCE-CKD    Document 24-27    Filed 06/05/20    Page 5 of 8

for each person.

- LA Finding #4: Duplicated Registrants to Receive 2+ VBM Ballots If LA County mails ballots to all active November, 8,158 of the duplicated registrants will each be mailed two VBM ballots and five will be mai ballots. This because they have two or three active-status registrations each. Persons receiving more t ballot can easily vote more than once undetected, since the system has them documented as different
- LA Finding #5- Possible Double Voting The data show that 1,300 LA County duplicate registrants have more than once in at least one election. This may be actual double voting, accidental duplication of voti some of both. VoteCal may be auto-duplicating voting histories for some LA County voters who use DM
- LA Finding #6: Registered in LA County Plus One Other County 2,439 additional persons are registered plus one other county, primarily Orange County and San Diego County. Some will receive one VBM from one VBM from the other county, if LA County mails VBMs to every active registrant.
- LA Finding #7: Other Ineligible Registrants LA County currently has 855,788 ineligible registrants (total plus inactive registrants on February 18, 2020 compared to the Secretary of State's February 18, 2020 eligible citizens). While there are 1,539,513 inactives that LA County is currently working to update or c 206,728 active "no show" registrants, 10,556 duplicated registrants and 2,439 cross-county duplicate above are further contributing to LA County's unacceptably high level of ineligible registrations.

As an aside Swensen said, "vote by mail ballots are only mailed to Active-status, so not all registrants will Inactive and Pending status will not get VBMs. The 200,000+ are likely ineligible registrants who should h inactivated or cancelled but are still listed 'active' status for some reason. The dups getting two VBMs eac active-status registrations."

"We have found in our work that when we're talking to just regular people, regardless of party affiliation, t want fair and honest elections," EIPCa's Linda Paine said in a recent Fox News interview. "They want to kn candidate lost — that they lost because the process was fair and honest. What we're seeing is the lack of process."

The Election Integrity Project-California, founded in 2010, is a non-partisan, non-profit volunteer organiza that advocates for citizens to become active participants in the electoral process, according to its website.

If you need to report voting irregularities, EIPCa has this **Citizen Incident Statement**.

Author    Recent Posts

### Katy Grimes



Katy Grimes, the Editor of the California Globe, is a long-time Investigative Journalist covering the California State Capitol, and the co-author of California's War Against Donald Trump: Who Wins? Who Loses?

## Spread the news:

 Tagged ballot harvesting, California elections, California Legislature, California Secretary of State Alex Padilla, Democrats, Department of Homeland Security, EIPCa, Election Integrity Project, elections, Ellen Swensen, fair and honest elections, Gov. Gavin Newsom, Gov. Jerry Brown, Judicial Watch, Los Angeles County Registrar-Recorder/County Clerk Dean Logan, November 2020, Real ID, Republicans, Ruth Weiss, The California Motor Voter Program, VBM ballots

## RELATED ARTICLES



### State Beaches, Parks Reopen Parking Lots Across California

More than half of the 280 state beaches and parks are now fully open to the public again

June 4, 2020 2:42 pm



### California Legislature Announces 2020-2021 Budget Proposal

Gov's budget dependent on U.S. Senate passing the $3 trillion HEROES Act bailout

June 4, 2020 8:32 pm



### Ambitious Reforms in Place to Combat Poverty in California

Nearly 1 in 5 Californians live near the poverty line

June 5, 2020 7:31 am

## One thought on "California Election Integrity in Jeopardy With Vote-by-Mail Ballots to Every Voter"

**Papa88**
March 17, 2020 at 11:19 pm

And still counting till they get it "right".

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

☐ I'm not a robot

reCAPTCHA

Privacy - Terms

Post Comment

Editor: Katy Grimes, katy@californiaglobe.com   Reporte

201-724-0340



California Globe ▪ Book and Film Globe ▪ Fine Art Globe ▪ Modern Consensus ▪ N

About Us | Terms & Conditions | Privacy Policy | Advertise with us