# Exhibit Z



**Media Contact:**
Greg Risling, Assistant Chief
Media Relations Division
213-257-2000
GRisling@da.lacounty.gov
Twitter: @LADAOffice

Feb. 19, 2020

## Man Pleads Guilty in Voter Fraud Scheme on Skid Row

A 62-year-old man pleaded guilty today for his role in a scheme where money and cigarettes were allegedly offered to homeless people on Skid Row in exchange for false and forged signatures on ballot petitions and voter registration forms, the Los Angeles County District Attorney's Office announced today.

Norman Hall (dob 11/1/57) entered his plea to one count of circulating a petition with false names. He was immediately sentenced to one year in county jail, placed on formal probation for three years and must complete 100 hours of community service.

Deputy District Attorney Marian Thompson of the Public Integrity Division is prosecuting the case.

Eight others face various charges including use of false names on a petition and voter fraud.

The defendants allegedly solicited hundreds of false and/or forged signatures on state ballot petitions and voter registration forms by offering homeless people $1 and/or cigarettes for their participation. The alleged offenses occurred during the 2016 and 2018 election cycles.

The defendants are scheduled to return to court for a pretrial hearing on May 5 in Department 108 of the Foltz Criminal Justice Center.

Case BA475943 was investigated by the Los Angeles Police Department and the FBI's Los Angeles Field Office.

#### About the Los Angeles County District Attorney's Office
Los Angeles County District Attorney Jackie Lacey leads the largest local prosecutorial office in the nation. Her staff of nearly 1,000 attorneys, 300 investigators and 800 support staff members is dedicated to protecting our community through the fair and ethical pursuit of justice and the safeguarding of crime victims' rights.