UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLIC CONNGRESSIONAL COMMITTEE, and REPUBLICAN PARTY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | No. 2:20-cv-01055<br><br>**DECLARATION OF JEREMY HUGHES IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

I, Jeremy Hughes, declare:

1. My name is Jeremy Hughes. I am over the age of eighteen and am under no mental disability or impairment. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

2. The Republican National Committee ("RNC") is one of the plaintiffs in this action. The RNC represents over 30 million registered Republicans in all 50 states, the District of Columbia, and the U.S. territories. It is comprised of 168 voting members representing state Republican Party organizations.

3. The RNC works to elect Republican candidates to state and federal office. In November 2020, its candidates will appear on the ballot in California for most federal and state offices. The RNC has a vital interest in protecting the ability of Republican voters to cast, and Republican candidates to receive, effective votes in California elections and elsewhere.

4. I am Pacific Regional Political Director at the RNC and have held this position since March 2019.

5. In this role, I have been responsible for coordinating the ground game operation

1

and voter contacts in the Pacific region, including California. In recent months, we have had to navigate the various changes to election procedures across the region and work to inform voters of these changes. We educate voters on when, where, and how they can cast their vote in the upcoming election. Voters are very accustomed to how this process was done in previous elections and changes in the process result in confusion. We focus on volunteer and paid efforts to educate and alert voters to the details regarding the upcoming election.

6. The RNC has a strong interest in enjoining Executive Order N-64-20 and preventing Governor Newsom's sweeping and unilateral changes to California election law. Major or hasty changes confuse voters, undermine confidence in the electoral process, and create incentives to remain away from the polls. Governor Newsom's Order forces the RNC to divert resources and spend significant amounts of money educating voters on those changes and encouraging them to vote regardless. Because resources are finite, additional time and money spent in California will prevent the RNC from pursuing its mission in other States.

7. Especially because it lacks these appropriate safeguards, Governor Newsom's rapid change to mail-in voting for the entire State threatens to undermine the integrity of the election. Threats to the integrity of an election—real or perceived—undermine the public's confidence in the election and can depress turnout. Both Republican voters and Republican candidates will suffer as a result.

8. Unless the Order is enjoined, the RNC will be forced to spend time and resources educating Republican voters who may be confused by the Order. It must inform voters about several first-time changes, including that each of them is going to receive a mail-in ballot, even if they do not want one and never asked for one; how, when, and where to submit mail-in ballots if they have never submitted one before; where to cast a traditional ballot at whatever in-person polling locations the Governor ultimately makes available; and how to dispose of mail-in ballots if they do not want to utilize them.

9. In addition, the RNC will have to educate Republican voters and candidates about the mail-in voting process and how it effectively transforms Election Day from one day into a period of time that extends from whenever registered voters receive their mail-in ballots all the

way until Election Day. This will force the RNC and the Republican candidates it represents to divert resources from other programs to modify and expand get-out-the-vote efforts, particularly for the most competitive races on the ballot in November.

10. A change in the when, where, and how voters cast their ballot requires an extraordinary and unprecedented education effort. It is impossible to educate all voters on these changes in just mere months. In a state as large as California it would require an impossible volunteer effort (because of the low voter contact rates that would leave millions of voters unreached) and tens millions of dollars in paid communication (that is not guaranteed to reach each voter) to try and educate the over twenty million eligible voters. States with widespread mail-in voting took years to roll out the process. In Washington, for instance, it took five years to transition to all mail-in ballots.

11. California has consistently had problems updating its voter rolls. L.A. County alone recently had more than 1.5 million potentially ineligible voters on its rolls. Even where counties have begun to update voter rolls, they still show registration rates of greater than 100%.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 4, 2020.

Jeremy Hughes