DocuSign Envelope ID: A04BE902-5684-4460-87FC-2446AB29272C



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, and REPUBLICAN PARTY OF CALIFORNIA,

Plaintiffs,

v.

GAVIN NEWSOM, in his official capacity as the Governor of California, and ALEX PADILLA, in his official capacity as California Secretary of State,

Defendants.

No. 2:20-cv-01055

**DECLARATION OF BRYAN WATKINS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

I, Bryan Watkins declare:

1. My name is Bryan Watkins, I am over the age of eighteen and am under no mental disability or impairment. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

2. The Republican Party of California ("CAGOP") is a plaintiff in this action. The CAGOP is a political party in California with its principal place of business at 1001 K Street, 4th Floor, Sacramento, CA 95814. The Republican State Central Committee (RSCC) is the CAGOP's governing body.

3. The RSCC and the CAGOP exercise their "federal and state constitutional rights, as set forth in the First and Fourteenth Amendments to the United States Constitution, and Article IV, Section 5 ... to represent and speak for [their] members [and] to endorse and to nominate candidates for all partisan elective offices." Section 1.04.01 of the CAGOP Bylaws.

4. The CAGOP represents over 4.9 million registered Republican voters in California as of February18, 2020.

5. I am Field and Political Director and Deputy Executive Director at the CAGOP. I

DocuSign Envelope ID: A04BE902-5684-4460-87FC-2446AB29272C


have been an employee at the party since August, 2019 as Field and Political Director and recently was also made the Deputy Executive Director. My responsibilities are registering voters, identifying voters who support Republican candidates, and get voters who support our candidates to the polls.

6. In recent months, I have overseen registration of several thousand new Republican voters, have written a political plan, have hired over 15 people and recruited 15,000 new volunteers to implement that plan, overseen the CAGOP's efforts in the March Statewide Primary and two recent special elections, which included encouraging specifically identified voters to vote

7. The CAGOP has a strong interest in preventing Governor Newsom's sweeping and unilateral changes to California election law. Major or hasty changes confuse voters, undermine confidence in the electoral process, and create incentives to remain away from the polls. Governor Newsom's order forces the CAGOP to divert resources and spend significant amounts of money educating voters on those changes and encouraging them to vote regardless.

8. In particular, a rapid change over to mail-in voting for the entirety of the State, without appropriate safeguards, threatens to undermine the integrity of the election. Threats to the integrity of an election—real or perceived—undermine the voting public's confidence in the election and can depress turnout. Because resources are finite, additional time and money spent responding to Governor Newsome's Order will detract from the CAGOP's ability to achieve its mission in other ways.

9. Unless the Order is enjoined, the CAGOP will be forced to spend time and resources educating Republican voters who may be confused by the Order. It must inform voters about several first-time changes, including that each of them is going to receive a mail-in ballot, even if they do not want one and never asked for one; how, when, and where to submit mail-in ballots if they have never submitted one before; where to cast a traditional ballot at whatever in-person polling locations the Governor ultimately makes available; and how to dispose of mail-in ballots if they do not want to utilize them.

10. In addition, the CAGOP will have to educate Republican voters about the mail-in voting process and how it effectively moves up Election Day to whenever registered voters receive

their mail-in ballots. This will force the CAGOP to divert resources from other programs to modify and expand its turnout efforts.

11. Because of the recent COVID-19 crisis, we have not met our revenue projections because our fundraising has been down. We have had to divert resources from persuading voters to vote for our candidates to doing more voter education to explain to them how to vote by mail. We will have to explain to voters why the precinct where they have voted. This will reduce the amount of resources available to us to support our candidates with advertising and direct mail. This will take funds away from persuading new voters to support our candidates and instead redirect them into ensuring that our base voters know where to go to vote.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 4, 2020.




Bryan Watkins