UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendant. | No. 2:20-cv-01055-MCE-CKD<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

This matter is before the Court on Plaintiffs' Motion for a Preliminary Injunction. Having considered the motion, the memorandum of law and evidence in support of the motion, and Defendants' opposition thereto, and having further considered: (1) the likelihood that the Plaintiffs will succeed on the merits of their claims; (2) the likelihood that the Plaintiffs will suffer irreparable injury absent an injunction; (3) the balance of the equities; and (4) whether the public interest would be furthered by an injunction, this Court concludes that Plaintiffs are entitled to preliminary injunctive relief.

THEREFORE, pursuant to Federal Rule of Civil Procedure 65, Plaintiffs' motion is GRANTED. Defendants are hereby ENJOINED from enforcing Executive Order N-64-20.

DONE AND ORDERED this ___ day of ____, 2020

_____

Hon. _____

UNITED STATES DISTRICT JUDGE