UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, and REPUBLICAN PARTY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | No. 2:20-cv-01055<br><br>**DECLARATION OF BENJAMIN MITCHELL IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

I, Benjamin Mitchell, declare:

1. My name is Benjamin. I am over the age of eighteen and am under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. The National Republican Congressional Committee ("NRCC") is a plaintiff in this action. The NRCC is a qualified national party committee devoted to increasing the number of Republicans in the U.S. House of Representatives. The NRCC is organized under Section 527 of the Internal Revenue Code.

3. The NRCC supports the election of Republicans to the House through direct financial contributions to candidates and Republican Party organizations; technical and research assistance to Republican candidates and party organizations; voter registration, education, and turnout programs; and other party-building activities.

4. The NRCC supports several Republican candidates in elections for the U.S. House of Representatives across the country. In California, the NRCC has listed six House seats currently held by Democrats as "targets" for the 2020 cycle (CA-10, CA-21, CA-39, CA-45, CA-

48, CA-49). As of June 2020, the Cook Political Report lists seven California races as "competitive" (CA-10, CA-45, CA-30, CA-48, CA-21, CA-25, CA-22)—including one "toss up" (CA-25).

5. I am the West Regional Political Director at the NRCC and have held this position since February 2019. In this role, I have been responsible for coordinating all campaign and election operations in the West region, including California.

6. In recent months, we have had to navigate the various changes to election procedures across the region and work to inform voters of these changes.

7. The NRCC has a strong interest in preventing Governor Newsom's sweeping and unilateral changes to California election law. Major or hasty changes confuse voters, undermine confidence in the electoral process, and create incentives to remain away from the polls. Governor Newsom's order forces the NRCC to divert resources and spend significant amounts of money educating voters on those changes and encouraging them to vote regardless. Because resources are finite, additional time and money spent in California will prevent the NRCC from pursuing its mission in other States.

8. Especially because it lacks the appropriate safeguards, Governor Newsom's rapid change to mail-in voting for the entire State threatens to undermine the integrity of the election. Threats to the integrity of an election—real or perceived—undermine the public's confidence in the election and can depress turnout. Both Republican voters and Republican candidates will suffer as a result.

9. Unless Governor Newsom's Order is enjoined, the NRCC will be forced to spend additional time and resources educating Republican voters who may be confused by the Order. It must inform voters about several first-time changes, including the fact that each of them is going to receive a mail-in ballot, even if they do not want one and never asked for one; how, when, and where to submit mail-in ballots if they have never submitted one before; where to cast a traditional ballot at whatever in-person polling locations the Governor ultimately makes available; and how to dispose of mail-in ballots if they do not want to utilize them.

10. In addition, the NRCC will have to educate Republican voters and candidates

1  about the mail-in voting process and how it effectively moves up Election Day to whenever registered voters receive their mail-in ballots. This will force the NRCC and the Republican candidates it represents to divert resources from other NRCC programs to modify and expand its turnout efforts, particularly for the most competitive House races on the ballot in November.

11.    California has consistently had problems updating their voter rolls. In L.A. County alone there are than 1.5 million potentially ineligible voters on their rolls. Even where counties have begun to update voter rolls, counties still show registration rates of greater than 100%.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 4, 2020.


Ben Mitchell (Jun 4, 2020 16:54 EDT)