MARC E. ELIAS, ESQ. (D.C. Bar No. 442007) (*pro hac vice pending*)
HENRY J. BREWSTER, ESQ. (D.C. Bar No. 1033410) (*pro hac vice pending*)
COURTNEY A. ELGART, ESQ. (D.C. Bar No. 1645065) (*pro hac vice pending*)
**PERKINS COIE LLP**
700 Thirteenth St. NW, Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
melias@perkinscoie.com
hbrewster@perkinscoie.com
celgart@perkinscoie.com

ABHA KHANNA, ESQ. (Wash. Bar No. 42612) (*pro hac vice pending*)
JONATHAN P. HAWLEY, ESQ. (SBN 319464), *counsel for service*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
akhanna@perkinscoie.com
jhawley@perkinscoie.com

*Attorneys for Proposed Intervenor-Defendants
DCCC and California Democratic Party*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>and | Case No.:    2:20-cv-01055-MCE-CKD<br><br>**REPLY IN SUPPORT OF MOTION TO INTERVENE AS DEFENDANTS** |

REPLY ISO MOTION TO INTERVENE AS DEFENDANTS—PAGE 1

DCCC and CALIFORNIA DEMOCRATIC PARTY,

        Proposed Intervenor-Defendants.

In light of Plaintiffs Republican National Committee, National Republican Congressional Committee, and California Republican Party's notice of non-opposition to the motion to intervene as defendants filed by Proposed Intervenor-Defendants DCCC and California Democratic Party (together, "Proposed Intervenors"), *see* ECF No. 22, Proposed Intervenors respectfully stand on the arguments contained in their motion.

DATED this 8th day of June, 2020

**PERKINS COIE LLP**

By: *s/ Jonathan P. Hawley*
    Jonathan P. Hawley, Esq.
    Abha Khanna, Esq.*
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099

    Marc E. Elias, Esq.*
    Henry J. Brewster, Esq.*
    Courtney A. Elgart, Esq.*
    700 Thirteenth Street NW, Suite 800
    Washington, D.C. 20005-3960

    *Attorneys for Proposed Intervenor-Defendants DCCC and California Democratic Party*

    *Pro hac vice applications pending

REPLY ISO MOTION TO INTERVENE AS DEFENDANTS—PAGE 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2020 a true and correct copy of the foregoing Reply in Support of Motion to Intervene as Defendants was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: *s/Vanessa Salinas*
Vanessa Salinas
Legal Assistant
**PERKINS COIE LLP**

CERTIFICATE OF SERVICE—PAGE 1