

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

REPUBLICAN NATIONAL COMMITTEE;
NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE; and
CALIFORNIA REPUBLICAN PARTY,   Case No. 2:20-cv-01055-KJM-CKD

  Plaintiff(s),

v.

GAVIN NEWSOM, in his official capacity
as Governor of California; and ALEX
PADILLA, in his official capacity as
California Secretary of State
  Defendant(s).

I, __Abha Khanna__,

attorney for _DCCC; California Democratic Party_,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Perkins Coie LLP |
| Address: | 1201 Third Avenue, Suite 4900 |
| City: | Seattle |
| State: | WA          ZIP Code: 98101 |
| Voice Phone: | (206) 359.8312 |
| FAX Phone: | (206) 359.9312 |
| Internet E-mail: | AKhanna@perkinscoie.com |
| Additional E-mail: | VSalinas@perkinscoie.com |
| I reside in City: | Seattle          State:  WA |

I was admitted to practice in the <u>State of Washington</u> (court) on <u>6/16/2010</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☑/ have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
<u>Issa v. Newsom, 2:20-cv-01044-MCE-CKD (application filed concurrently)</u>

.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Jonathan P. Hawley |
| Firm Name: | Perkins Coie LLP |
| Address: | 1201 Third Avenue, Suite 4900 |
| City: | Seattle |
| State: | WA    ZIP Code: 98101 |
| Voice Phone: | (206) 359-6467 |
| FAX Phone: | (206) 359-7467 |
| E-mail: | JHawley@perkinscoie.com |

Dated: 6/8/2020            Petitioner: *s/Abha Khanna*

**ORDER**

IT IS SO ORDERED.

Dated:  June 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE