

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

REPUBLICAN NATIONAL COMMITTEE;
NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE; and
CALIFORNIA REPUBLICAN PARTY,

        Plaintiff(s),

v.

GAVIN NEWSOM, in his official capacity
as Governor of the State of California, and
ALEX PADILLA, in his official capacity as
Secretary ofState of California,

        Defendant(s).

Case No. 2:20-cv-01055-MCE-CKD

I, __Marc E. Elias__,

attorney for __the DCCC and the California Democratic Party__

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Perkins Coie LLP |
| Address: | 700 13th St NW, Suite 800 |
| | |
| City: | Washington, D.C. |
| State: | District of Columbia    ZIP Code: 20005 |
| Voice Phone: | (202) 654-6200 |
| FAX Phone: | (202) 654-9126 |
| Internet E-mail: | melias@perkinscoie.com |
| Additional E-mail: | mdepass@perkinscoie.com |
| I reside in City: | Great Falls    State: VA |

I was admitted to practice in the  District of Columbia  (court) on   6/30/94  (date). I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☑/ have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Issa v. Newsom, 2:20-cv-01044-MCE-CKD (application filed concurrently)

                                                                                                                                                         .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:          Jonathan P. Hawley

Firm Name:     Perkins Coie LLP

Address:       1201 Third Avenue, Suite 4900

City:          Seattle

State:         Washington          ZIP Code: 98101-3099

Voice Phone:   ( 206) 359-6467

FAX Phone:     ( 206) 359-7467

E-mail:        JHawley@perkinscoie.com


Dated: 6/8/2020            Petitioner: *s/Marc E. Elias*

**ORDER**

    IT IS SO ORDERED.

Dated:  June 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE