

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |
|---|---|

REPUBLICAN NATIONAL COMMITTEE;
NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE; and
CALIFORNIA REPUBLICAN PARTY

                Plaintiff(s),    Case No. 2:20-cv-01055-MCE-CKD

      v.                          Petition for Admission to Practice Pro Hac Vice

GAVIN NEWSOM, in his official capacity
as Governor of California; and ALEX
PADILLA, in his official capacity as
California Secretary of State,

                Defendant(s).

I, Courtney A. Elgart, attorney for DCCC and California Democratic party, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Perkins Coie LLP |
| Address: | 700 Thirteenth Street, NW |
| | Suite 800 |
| City: | Washington |
| State: | D.C.    ZIP Code: 20005 |
| Voice Phone: | (202) 654-6200 |
| FAX Phone: | (202) 654-6211 |
| Internet E-mail: | celgart@perkinscoie.com |
| Additional E-mail: | _____ |
| I reside in City: | Washington    State: District of Columbia |

I was admitted to practice in the Court of Appeals of the District of Columbia on November 12, 2019.  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
<u>Issa v. Newsom</u>, 2:20-cv-01044-MCE-CKD; Filed 6/8/2020; Pending.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Jonathan Hawley |
| Firm Name: | Perkins Coie LLP |
| Address: | 1201 Third Avenue |
| | Suite 4900 |
| City: | Seattle |
| State: | Washington            ZIP Code: 98101 |
| Voice Phone: | (206) 359-8000 |
| FAX Phone: | (206) 359-9000 |
| E-mail: | jhawley@perkinscoie.com |

Dated: <u>June 8, 2020</u>          Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated:  June 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE