XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JAY C. RUSSELL
Deputy Attorney General
JOHN W. KILLEEN, State Bar No. 258395
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6045
  Fax:  (916) 324-8835
  E-mail:  John.Killeen@doj.ca.gov
*Attorneys for Defendants Gavin Newsom
and Alex Padilla*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | No. 2:20-cv-01055-MCE-CKD<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSE TO THE COMPLAINT**<br><br>Judge:    The Honorable Morrison C. England<br>Trial Date:    None set<br>Action Filed:  5/24/2020 |

**STIPULATION**

Plaintiffs Republican National Committee, National Republican Congressional Committee, and California Republican Party, and Defendants California Governor Gavin Newsom and California Secretary of State Alex Padilla (collectively, the Parties) agree to and request that the Court approve the requested extension of time under Local Rule 144:

1. On May 24, Plaintiffs filed the Complaint for Declaratory and Injunctive Relief. ECF 1.
2. Defendants' deadline to answer or otherwise respond to the complaint is June 16.
3. On June 2, the Court *sua sponte* issued an order setting the following briefing schedule for Plaintiffs' anticipated motion for preliminary injunction:

> Plaintiffs' Motions for Preliminary Injunction shall be filed on or before June 11, 2020. Defendants' Oppositions shall be filed on or before June 25, 2020, and Plaintiffs' Replies shall be filed on or before July 9, 2020.

ECF 17.

4. To preserve Court and Party resources, the Parties have agreed to, and request that the Court approve, a stipulation extending the time for Defendants to answer or otherwise respond to the complaint until two weeks after the Court's decision on Plaintiffs' motion for preliminary injunction.

IT IS SO STIPULATED.

Dated: June 5, 2020

> XAVIER BECERRA
> Attorney General of California
> ANTHONY R. HAKL
> Supervising Deputy Attorney General
> JAY C. RUSSELL
> Deputy Attorney General
>
> */s/ John W. Killeen*
> JOHN W. KILLEEN
> Deputy Attorney General
> *Attorneys for Defendants Gavin Newsom and Alex Padilla*

Dated: June 5, 2020

        */s/ Bryan Weir (signature used by permission granted on June 5, 2020)*
CONSOVOY MCCARTHY PLLC
Bryan Weir
Thomas R. McCarthy
Tyler R. Green
Cameron T. Norris
Alexa R. Baltes

DHILLON LAW GROUP INC.
Harmeet K. Dhillon
Mark P. Meuser

*Attorneys for Plaintiffs Republican National Committee, National Republican Congressional Committee, and California Republican Party*

## ORDER

Having reviewed the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that that time for Defendants to answer or otherwise respond to the complaint is extended until two weeks after the Court's decision on Plaintiffs' motion for preliminary injunction.

IT IS SO ORDERED.

Dated: June 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
Stipulation and Order Regarding Defendants' Response to the Complaint (2:20-cv-01055-MCE-CKD)