MARK D. ROSENBAUM (CA Bar No. 59940)
mrosenbaum@publiccounsel.org
KATHRYN EIDMANN (CA Bar No. 268053)
keidmann@publiccounsel.org
JESSELYN FRILEY (CA Bar No. 319198)
jfriley@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone:   (213) 385-2977
Facsimile:   (213) 385-9089

JOHN LIBBY (CA BAR NO. 128207)
JLibby@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

JON GREENBAUM (CA Bar No. 166733)
jgreenbaum@lawyerscommittee.org
EZRA ROSENBERG (D.C. Bar No. 360927)
*Pro Hac Vice* Application Pending
erosenberg@lawyerscommittee.org
POOJA CHAUDHURI (CA Bar No. 314847)
pchaudhuri@lawyerscommittee.org
BRADLEY S. PHILLIPS (CA Bar No. 85263)
bphillips@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1500 K Street NW
Washington, DC 20005
Telephone:   (202) 662-8600
Facsimile:   (202) 783-0857

CHRISTOPHER L. WANGER (CA Bar No. 164751)
CWanger@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California  94111
Telephone:  (415) 291-7400
Facsimile:   (415) 291-7474

Attorneys for Intervenor-Defendants,
CALIFORNIA COMMON CAUSE,  LEAGUE OF WOMEN VOTERS OF CALIFORNIA and COMMUNITY COALITION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**DECLARATION OF JONATHAN STEIN, CALIFORNIA COMMON CAUSE IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION FOR INTERVENTION**<br><br>**(PURSUANT TO 28 U.S.C. § 1746)**<br><br>Date: July 9, 2020<br>Time: 2:00 pm<br>Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr. |

1

DECLARATION OF JONATHAN STEIN IN SUPPORT OF MOTION FOR INTERVENTION
CASE No. 2:20-cv-01055-MCE-CKD

I, Jonathan Stein, am over the age of 18 and fully competent to make the following declaration. The facts in this declaration are based on my personal knowledge and upon information available to me through the files and records of California Common Cause, where I serve as Executive Director. If called upon as a witness, I would testify to these facts. Under penalty of perjury, I declare and state the following:

1. I am the Executive Director of California Common Cause. I have served in this capacity since May 2020.

2. California Common Cause is a non-profit political advocacy organization and a chapter of the national Common Cause organization, which is celebrating its 50th anniversary. California Common Cause works to encourage civic engagement and public participation in democracy, to ensure that public officials and public institutions are accountable to and reflective of all people, and to implement structural changes through the American democratic process. California Common Cause is non-partisan and uses grassroots mobilization, community education, coalition building, legislative advocacy, and litigation to build a California democracy that includes everyone.

3. In my role as Executive Director, I am responsible for overseeing all of California Common Cause's activities.  Before taking on my current position, I served on California Common Cause's board for a decade and spent four years as the head of the Voting Rights & Census Program at Asian Americans Advancing Justice – Asian Law Caucus, where I worked to increase access to California's democracy for historically disenfranchised communities.  I also previously worked as a voting rights staff attorney for the ACLU of California. I received my J.D. and Masters in Public Policy from the University of California, Berkeley.

4. California Common Cause works on voting rights, voter education and engagement, redistricting, and campaign finance reform. We lead statewide coalitions on issues critical to our democracy.

5. We are supported by over 100,000 members in California.  We are also part of a national organization that works in over 30 states and has over one million members.  Because Common Cause has been a well-respected organization for decades, many of our members and

volunteers joined our cause years ago and have stayed with us. A disproportionate share of our members are over 65 years old.

6. Common Cause's mission has always been to build a government that is open, honest, accountable, and responsive to everyday people. We have been a leader on ethics reform, conflict of interest reform, lobbying oversight, and other issues aimed at building a government that is honest enough to be worthy of people's time, trust, and investment.

7. In more recent years, our focus has been on building a democracy that hears every voice and is inclusive and equitable. California has massive voter participation disparities on the basis of race and age. For instance, in the primary elections held on March 3, 2020, Latinos and Asian/Pacific Islanders voted at less than half the rate of the rest of the electorate.[1] These disparities have not gotten any smaller over the past decade despite the critically important work voting rights and civic engagement organizations across the State have done. We have a long way to go before we have a California democracy that actually looks like California.

8. California Common Cause works to give more people access to our democracy in several ways. Aside from our work on policy and systems change, we help run voter hotlines that people can call to ask questions about voting and registering to vote. We educate voters by emailing our members tips on preparing for Election Day and running trainings for first generation youth of color. Every election cycle, our volunteers help with election protection—making sure that voters have access to the polls by stationing themselves at polling places and vote centers and monitoring for problems

9. California Common Cause recognizes that the communities that vote at the lowest rates, and use vote-by-mail at the lowest rates, are the same communities that have been hit the hardest by COVID-19. We want to make sure that voters in those communities can step forward and exercise their right to vote without putting their health at risk. This means making voting by mail as easy to access and as easy to use as possible.

---

[1] Mindy Romero, "Breakdown of Super Tuesday voters: Lower turnout for Latinos and youth translate into their underrepresentation," Cal Matters (June 5, 2020) https://calmatters.org/commentary/breakdown-of-super-tuesday-voters-lower-turnout-for-latinos-and-youth-translate-into-their-underrepresentation/.

10. California Common Cause was part of a series of conversations throughout spring 2020 with Secretary of State Alex Padilla, national experts, election officials, and leading California advocates.  The purpose of these discussions was to figure out what rules and changes needed to be put in place to make sure that the November 2020 election is safe and accessible for all voters.  The group came to consensus on a number of issues, the most important of which was that every voter should receive a vote-by-mail ballot without having to request one.

11. This policy made sense to everyone because it would keep voters safe from COVID-19 while giving them the best chance to participate in California's democracy.  Voters from some communities and populations (e.g. the Latino community, young voters) and voters from some regions (e.g. Los Angeles County) historically vote by mail at low rates and could have difficulty navigating the process of registering for a vote-by-mail ballot for the first time.

12. Voters who are accustomed to voting in person have usually never requested a mail-in ballot and have no experience filling one out, signing it, or returning it.  Sending ballots to all voters skips the first of these steps and allows groups like California Common Cause to center their advocacy and education efforts around the other aspects of vote-by-mail that may be new to voters.

13. Many voters, including many of California Common Cause's members, are at high risk of becoming seriously ill from COVID-19 if they visit a crowded polling place.  Many of these voters have been voting in person for decades. To request a mail-in ballot, they would have to navigate county-based paperwork, including printing, signing, scanning and emailing or faxing, all of which may impose technological barriers. For voters with limited-English skills and voters with disabilities, navigating county paperwork and technological systems is compounded by additional barriers.

14. On May 8, 2020, Governor Newsom issued Executive Order N-64-20, which mandates that all registered voters in California be sent a mail-in ballot prior to the November election.  California Common Cause supports the Executive Order because it ensures that no one has to choose between their health and their vote.

15. California Common Cause is dedicated to ensuring that Californians have the opportunity to participate safely in democracy this November. Since the pandemic began, California Common Cause has devoted significant resources, including substantial staff time, to educating California Common Cause members and the public at large about California's mail-in voting process and other changes voters can expect in the November election. We have transitioned our voter engagement efforts from primarily face-to-face contact to social media and electronic communication.

16. Voter education campaigns like California Common Cause's are vital to building a democracy that works for everyone. But we also know that state and county governments play a huge role in setting up systems that help voters exercise their democratic rights. That is why we devote significant energy to policy-making and systemic change. This advocacy is even more important now that voters' safety is threatened by COVID-19.

17. Mailing a ballot to every registered voter will go far to keep voters safe and give everyone an opportunity to vote. The existing vote-by-mail ballot request process is not sufficient to ensure access to democracy for all voters in California. The historically disenfranchised communities that face significant burdens in requesting mail-in ballots, including navigating the sign-up process, language barriers, and departing from a voting routine that they have built over many years of elections, are the same communities suffering disproportionately from COVID-19. We must simplify the process to ensure access and to make certain that no voter is faced with a choice between a vote that puts them in serious risk and not voting at all.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 9th day of June, 2020.

_____
Jonathan Stein