MARK D. ROSENBAUM (CA Bar No. 59940)
mrosenbaum@publiccounsel.org
KATHRYN EIDMANN (CA Bar No. 268053)
keidmann@publiccounsel.org
JESSELYN FRILEY (CA Bar No. 319198)
jfriley@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone:    (213) 385-2977
Facsimile:    (213) 385-9089

JOHN LIBBY (CA BAR NO. 128207)
JLibby@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:  310.312.4000
Facsimile:  310.312.4224

JON GREENBAUM (CA Bar No. 166733)
jgreenbaum@lawyerscommittee.org
EZRA ROSENBERG (D.C. Bar No. 360927)
*Pro Hac Vice* Application Pending
erosenberg@lawyerscommittee.org
POOJA CHAUDHURI (CA Bar No. 314847)
pchaudhuri@lawyerscommittee.org
BRADLEY S. PHILLIPS (CA Bar No. 85263)
bphillips@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
1500 K Street NW
Washington, DC 20005
Telephone:   (202) 662-8600
Facsimile:   (202) 783-0857

CHRISTOPHER L. WANGER (CA Bar No. 164751)
CWanger@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Intervenor-Defendants,
CALIFORNIA COMMON CAUSE, LEAGUE OF WOMEN VOTERS OF CALIFORNIA and COMMUNITY COALITION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**DECLARATION OF DR. RANIT MISHORI (MD, MHS, FAAFP)**<br><br>Date: July 9, 2020<br>Time: 2:00 pm<br>Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr. |

1

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

**I.     Background**

1. I am Dr. Ranit Mishori. I am a Professor of Family Medicine at the Georgetown University School of Medicine, where I am the director of the department's Global Health Initiatives, Health Policy fellowship and our practice-based research network. A fellow of the American Academy of Family Physicians and Diplomate of the American Board of Family Medicine, I did my residency training at the Georgetown University/Providence Hospital Family Medicine Residency program. I received my medical degree from Georgetown University School of Medicine and a master's degree in International Health from the Johns Hopkins Bloomberg School of Public Health, in the Disease Control and Prevention Track (focusing on the science of how to halt the spread of infectious disease).

2. I am a practicing family physician seeing patients of all ages, all genders, and all socio-demographic groups, managing multiple acute and chronic conditions, including coronavirus infections. I regularly counsel patients and their families about evidence-based measures for prevention, screening, testing, treatment and follow up of coronavirus infections. I have spoken to the press and written about coronavirus infection prevention and management in the context of carceral settings.

3. To ensure accurate public information about COVID-19, I have also served as a special advisor on COVID-19 coverage for PBS NewsHour and appeared as an expert on their news programming. I have also served as a special advisor for their institutional preparedness, news coverage and staff safety related to COVID-19.

4. Since the onset of the COVID-19 pandemic, I have also applied my public health expertise in advising, planning, and executing COVID-19 responses, including at Georgetown University Department of Family Medicine, and for a District of Columbia Council candidate.

5. For four years, I was an elected member of the American Academy of Family Physicians' Commission on the Health of the Public and Science, where I chaired the Public Health Issues sub-committee, addressing issues related to the health of the public in general, and vulnerable populations in particular.

6. My CV is attached as Exhibit A.

**II.   COVID-19**

7. The novel coronavirus, officially known as SARS-CoV-2, causes a disease known as COVID-19. COVID-19 has now reached pandemic status. In the United States, nearly two million people have been diagnosed with COVID-19 and over 110,000 have died.[1] On June 3 alone, over 1,000 people died of COVID-19. The number of infections and deaths in the United States are likely undercounted due to months of under-testing stemming from a variety of issues, including a lack of testing kits, an inadequate supply of personal protective equipment and a sizeable number of people who are asymptomatic carriers of the virus.

8. SARS-CoV-2 is readily spread through respiratory transmission and can be spread by both symptomatic and asymptomatic individuals. All people are susceptible to and capable of getting COVID-19 because of the ease with which the virus spreads and the lack of immunity in the population. The virus is spread through large and small droplet transmission; that is, when an infected individual—whether symptomatic or asymptomatic—speaks, coughs, sneezes, talks, sings, and the like, they expel droplets which can transmit the virus to others in their proximity. Some evidence suggests that the virus can be aerosolized, such that tiny droplets containing the virus can remain in the air and be inhaled by others who come into contact with that air. The virus is also known to be spread through the touching of contaminated surfaces, for example, when an infected person touches a surface with a hand they have coughed into and then another person touches that same surface before it has been disinfected and then touches their face. The virus can survive on contaminated surfaces for up to three days.[2]

9. In the absence of effective social distancing measures, each infected individual is estimated to infect two to three others, in a community context. This "replication number" or R0 is considered to be high, and is twice that of seasonal influenza. Modeling estimates show that the

---

[1] *See Cases in the U.S.*, CTR. FOR DISEASE CONTROL AND PREVENTION (June 9, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.

[2] Neeltje van Doremalen et al., *Aerosol and Surface Stability of SARS-CoV-2 as Compared With SARS-CoV-1*, 382 NEW ENG. J. MED. 1962 (2020), https://pubmed.ncbi.nlm.nih.gov/32182409/.

replication number in enclosed settings, such as cruise ships and nursing homes can be as high as 5 to 10. Infected persons can transmit the virus before they start to show symptoms, and perhaps even for weeks after their symptoms resolve. A substantial fraction of infected individuals, perhaps up to 35%, never show symptoms at all but may still transmit the virus to others.[3] Others may be capable of transmitting the virus before they develop symptoms. This means that testing or isolating only persons known to have symptoms will not stop the spread of infection. In addition, some people are so-called "superspreaders," who are thought to be more infectious than others and contribute to a higher rate of transmission due to a variety of causes, including behaviors and biological factors.

10. COVID-19 is a serious multi-system disease, which can lead to respiratory, heart and kidney failure, and death. Older patients and patients with chronic underlying conditions are at a particularly high risk of severe cases and complications.[4] The need for care, including intensive care, and the likelihood of death, is much higher from COVID-19 than from influenza. According to recent estimates, the fatality rate of people infected with COVID-19 is about ten times higher than a severe seasonal influenza, even in advanced countries with highly effective health care systems. Serious illness, sometimes resulting in death, occurs in approximately 3.4% of cases.[5] The rate of life-threatening complications is higher among elderly and other at-risk individuals.

11. The Centers for Disease Control and Prevention ("CDC") has identified underlying medical conditions that may increase the risk of serious COVID-19 for individuals of any age, including high blood pressure, diabetes, chronic lung disease, severe obesity, blood disorders, chronic kidney or liver disease, immunosuppression, among others.

---

[3] *COVID-19 Pandemic Planning Scenarios*, CTR. FOR DISEASE CONTROL AND PREVENTION (May 20, 2020), https://www.cdc.gov/coronavirus/2019-ncov/hcp/planning-scenarios.html.

[4] Fei Zhou et al., *Clinical Course and Risk Factors for Mortality of Adult Inpatients with COVID-19 in Wuhan, China*, 395 LANCET 1054 (2020), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)30566-3/fulltext.

[5] *Supra* note 3.

12. Those in high-risk categories may have prolonged serious illness. For those hospitalized with COVID-19, their care often requires expensive hospital care, including an entire team of care providers with 1:1 or 1:2 nurse to patient ratios, respiratory therapists, and several specialists, including intensive care physicians. Those infected with coronavirus – both those who were hospitalized and those who had mild to moderate disease not requiring hospitalization – may face prolonged recovery periods, including extensive rehabilitation.

13. Coronavirus infection shares many symptoms with seasonal influenza, and other infectious diseases, including fever, body aches, cough, chills, and headache. Without testing, it is difficult for healthcare providers to ascertain whether an individual with these symptoms is suffering from COVID-19 or another infection.

14. Aside from total self-isolation, there is no way to completely protect against SARS-CoV-2 infection. Best practices like mask-wearing, hand hygiene, and social distancing only diminish, but do not eliminate, the risk of infection.

### III.   Coronavirus Infection Disproportionately Impacts Communities of Color

15. Coronavirus infection has had a disproportionate effect on communities of color and low-income communities, and I expect this disturbing pattern to continue for the duration of the pandemic.[6] Communities of color suffer from higher infection rates than white communities. Moreover, infected individuals within these communities are more likely to experience serious disease or death than those in white communities. These differential outcomes are caused by a variety of factors, including issues related to access to care, the higher prevalence of underlying chronic medical conditions among people of color and low-income people, housing challenges, and the larger proportion of the population employed in essential jobs that contribute to enhanced exposure.

16. The Social Determinants of Health are tightly linked to a population's health status, including to their risk of certain health conditions. The Social Determinants of Health are

---

[6] *COVID-19 in Racial and Ethnic Minority Groups*, CTR. FOR DISEASE CONTROL AND PREVENTION (June 4, 2020), https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/racial-ethnic-minorities.html.

the conditions in a person's life that shape every aspect of their health, including their susceptibility to all kinds of medical conditions and the complications they may face from these conditions. Access to medical care, education, high-quality housing, and nutritional food are examples of Social Determinants of Health.

17. Social Determinants of Health are a major reason why communities of color and low-income communities are suffering disproportionately from SARS-CoV-2. To take just one example, people in low-income communities may live in cramped quarters with more household members. These housing conditions increase the risk of coronavirus spread within a living space and make social distancing more difficult.

18. Because of the Social Determinants of Health, including lack of access to nutritious food and medical care, communities of color and low-income communities also tend to have high rates of chronic underlying medical issues such as diabetes, heart disease, chronic lung disease, chronic liver disease, and other conditions. People with these conditions are at a higher risk of suffering serious illness or death when they contract SARS-CoV-2.

19. Members of these communities are also, on average, less likely to have jobs that allow them to avoid exposure to the general public. Instead, they are frequently employed as essential workers in positions that involve high levels of public interaction even during the pandemic. For example, grocery store clerks, cashiers, bus drivers, and certain healthcare workers such as home health aides and nursing assistants are disproportionately people of color.[7] These roles bring workers into contact with dozens or hundreds of members of the public every day, increasing their risk of contracting the virus.

20. Compounding these issues, minority communities and low-income communities tend to have less access to SARS-CoV-2 testing. Often, testing centers may not be located in minority communities. Even when they are, practices like drive-up testing sites exclude low-income individuals who don't have access to a car. Lack of access to testing prevents individuals,

---

[7] Hye Jin Rho, Hayley Brown & Shawn Fremstad, *A Basic Demographic Profile of Workers in Frontline Industries*, CTR. FOR ECON. & POL'Y RES. (2020), https://cepr.net/wp-content/uploads/2020/04/2020-04-Frontline-Workers.pdf.

particularly those who are asymptomatic, from knowing the status of their infection, and taking necessary steps to stop the spread of the disease., such as taking sick leave or self-isolating.

21. These trends have played out in California. The State's minority communities, particularly its Latino and Black communities, have suffered the most from COVID-19. Latinos are only 39% of the State's population but make up 55% of the State's COVID-19 cases; Black Californians represent only 5% of the State's COVID-19 cases, but 10% of the State's COVID-19 deaths.[8]

22. It is impossible to predict with certainty how the infection rate in vulnerable communities will change as the State begins reopening, but I agree with the vast majority of experts who expect that the factors that have caused increased COVID-19-related illness and death to date mean that communities of color will continue to suffer at disproportionate rates.

**IV.   Coronavirus Will Still Threaten Public Health in November**

23. There is no vaccine to prevent an infection with the novel coronavirus. There is no known cure or antiviral treatment for COVID-19 at this time. It is highly unlikely that a vaccine will be developed by November's election. Even if a vaccine were developed, it almost certainly would not be delivered to a portion of the population large enough to create meaningful community immunity by November.

24. Coronavirus prevention strategies include containment and mitigation. Containment requires identifying and isolating people who are ill or who have had contact with people who are ill. It also requires widespread the use of personal protective equipment such as masks.

25. As this infectious disease spreads in a community, public health demands mitigation strategies. There is a wide consensus among public health and medical experts that avoiding congregative environments and practicing scrupulous social distancing is essential to preventing community transmission of COVID-19. This consensus is the basis for government actions including unprecedented, sweeping bans on gatherings of any size, shelter-in-place orders,

---

[8] *COVID-19 Race and Ethnicity Data*, CAL. DEP'T PUB. HEALTH (June 7, 2020), https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Race-Ethnicity.aspx.

and the closure of all but essential buildings. Schools, courts, collegiate and professional sports, theater and other congregate settings have been closed as part of this risk mitigation strategy. On March 19, 2020, California Governor Gavin Newsom issued an order for all residents of the state to stay at home except as needed to maintain critical infrastructure.[9]

26. As recognized by the stay at home orders, the only ways to meaningfully limit the spread of SARS-CoV-2 are self-quarantine, social distancing, mask wearing, frequent handwashing, and disinfecting surfaces. Self-quarantine involves not physically interacting with those outside one's household. Social or physical distancing is maintaining at least six feet of distance between individuals. Both of these interventions are aimed at keeping infected individuals (with or without symptoms) far enough apart from one another so that they do not transmit the virus to others. Frequent handwashing and regular disinfection of surfaces can help curb the spread via contaminated surfaces. None of these steps alone or in combination, however, is guaranteed to halt transmission.

27. Transmission of SARS-CoV-2 is more likely to occur in any location where there is close proximity (less than six feet) between individuals, particularly in small, poorly ventilated indoor spaces. Because transmission of the virus can occur via contact with contaminated surfaces, there is also risk of spread of the virus at any location where multiple individuals touch surfaces.

28. An important infection mitigation strategy is to avoid conditions that lead to "cluster transmission," where a single infected individual transmits the coronavirus to a large number of bystanders. Cluster transmissions occur when large groups of people are put into close spaces and are not able to practice appropriate social distancing protocols, or when many persons have close interactions with a single infected individual. A single cluster event can lead to multiple of new infections.

29. In the United States, clusters have been particularly pernicious in meat-packing plants, where workers are required to work on processing lines in close physical proximity to

---

[9] ST. OF CAL., EXECUTIVE ORDER NO. N-33-20 (2020).

8

DECLARATION OF DR. RANIT MISHORI (MD, MHS, FAAFP)
CASE NO. 2:20-CV-01055-MCE-CKD

other workers. Otherwise-healthy workers at meat-packing facilities have become infected with the coronavirus at rates comparable to those in outbreaks in nursing homes and prisons.[10] Other examples of cluster transmissions include choir practices,[11] funerals and birthday parties,[12] or church services.[13]

30. Higher-than-expected infection rates were also recorded in Wisconsin following the April primary elections.[14] A study by the University of Wisconsin noted a "statistically and economically significant association" between in-person voting and the spread of Covid-19 weeks after the election".[15]

31. Although the COVID-19 outbreaks are still occurring in the United States, states and localities are slowly beginning to lift some, but not all, containment measures. For example, on May 8, California sketched a plan for re-opening certain businesses; that plan is now being implemented.[16] The effects of re-opening on containment strategies remain unknown. In some states, COVID-19 cases are falling. In others, many of which have partially or fully re-opened, cases are beginning to spike.

---

[10] Michael Corkery, David Yaffe-Bellany & Derek Kravitz, *As Meatpacking Plants Reopen, Data About Worker Illness Remains Elusive*, N.Y. TIMES (May 25, 2020), https://www.nytimes.com/2020/05/25/business/coronavirus-meatpacking-plants-cases.html.

[11] Lea Hamner et al., *High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice — Skagit County, Washington, March 2020*, 69 MORBIDITY & MORTALITY WKLY. REP. 606 (2020), https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6919e6-H.pdf.

[12] Shelby Bremer, *CDC Report Shows How a Funeral and Birthday Party 'Super Spread' COVID-19 in Chicago*, NBC CHI. (Apr. 9, 2020), https://www.nbcchicago.com/news/local/cdc-report-shows-how-a-funeral-and-birthday-party-super-spread-covid-19-in-chicago/2253006/.

[13] Allison James et al., *High COVID-19 Attack Rate Among Attendees at Events at a Church — Arkansas, March 2020*, 69 MORBIDITY & MORTALITY WKLY. REP. 632 (2020), https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6920e2-H.pdf.

[14] Nicholas Reimann, *Coronavirus Infections Spiked in Wisconsin After In-Person Election, Study Says*, FORBES (May 19, 2020), https://www.forbes.com/sites/nicholasreimann/2020/05/19/coronavirus-infections-spiked-in-wisconsin-after-in-person-election-study-says/#44f29b8514b3.

[15] Chad D. Cotti et al., *The Relationship between In-Person Voting, Consolidated Polling Locations, and Absentee Voting on Covid-19: Evidence from the Wisconsin Primary*, NAT'L BUREAU ECON. RES. (2020), https://www.nber.org/papers/w27187.pdf.

[16] ST. OF CAL., EXECUTIVE ORDER NO. N-60-20 (2020).

32. California is one of the states facing an increase in coronavirus cases. On June 5, the state reported 3,593 new infections, its largest single-day infection increase to date.[17]

33. It is not possible to predict the pandemic's severity in November, but the consensus among public health professionals is that community spread will still be a serious threat to public health and that infection and illness rates will remain high. Some experts have warned of a surge in cases in the fall.[18] A major determinant of the infection rate is how much of the population adheres to mitigation strategies, and it is impossible to guess at what community behavior will look like in November.[19] The difficulties in testing for and detecting SARS-CoV-2 will remain, and there are still no known treatments or vaccines. Governments' plans should be based on what we know about the infection right now, including evidence that public gatherings threaten public health and contribute to infection transmission, because we can expect that coronavirus will continue to affect, sicken and kill large numbers of Americans moving forward and into the fall.

**V.    Spread of Infectious Disease at Polling Places**

34. The risk of exposure to infectious diseases in enclosed areas like polling places with many people entering and leaving is significantly higher than in the community generally. There are several reasons why this is the case.

35. A typical polling place contains one or more precincts. In California, precincts can serve hundreds of voters. During a typical presidential election, most of these voters will cycle through a precinct on election day. In a polling place with multiple precincts, that means that hundreds or even thousands of people moving through the same enclosed area – precisely the sort of high-traffic event that increases the risk of coronavirus spread.

---

[17] *California Coronavirus Map and Case Count*, N.Y. TIMES (June 4, 2020), https://www.nytimes.com/interactive/2020/us/california-coronavirus-cases.html.

[18] Len Strazewski, *Harvard Epidemiologist: Beware COVID-19's Second Wave This Fall*, AM. MED. ASS'N (May 8, 2020), https://www.ama-assn.org/delivering-care/public-health/harvard-epidemiologist-beware-covid-19-s-second-wave-fall.

[19] Mark Harrington, *Expert Consult Models to Predict If Coronavirus Cases Will Spike*, NEWSDAY (June 4, 2020), https://www.newsday.com/news/health/coronavirus/infectious-coronavirus-model-pandemic-1.45185224.

36. In advance of elections, poll workers must be trained.[20] Often, training happens in a group setting, where a poll worker might interact with dozens of other people in a confined space. Poll workers may also have to set up the polling place the night before or morning of the election and take it down after the polls close. Set up and take down can require poll workers to accept deliveries of supplies, move tables and other heavy equipment with other poll workers, and touch surfaces and handle equipment that may have been previously touched or handled by other individuals.

37. During in-person voting, poll workers are stationed at each polling place to assist voters and ensure the election is carried out efficiently and securely.[21] A poll worker at the average precinct will be exposed to hundreds voters over the course of election day. During each interaction with a particular voter, a poll worker might be expected to greet the voter, check their identification, distribute ballots, answer questions, exchange paperwork, help elderly and disabled people navigate the poll site, and carry out other duties.[22] Once the last voter has cast her ballot, poll workers must make sure that every paper ballot that was distributed is accounted for and may also have to count the ballots.[23] Each of these discrete interactions puts the poll worker at risk of contracting the novel coronavirus, and each will be repeated dozens or hundreds of times over the course of Election Day.

38. Poll workers are more likely to be older, and as such to have higher rates of certain high-risk conditions. One 2016 survey reported that "the poll worker population is skewed towards older Americans", and estimated "24 percent of poll workers were 71 or older and another 32 percent were between the ages of 61 and 70".[24] Those two factors (age, chronic

---

[20] *Election Poll Workers*, NAT'L CONF. ST. LEGISLATURES (Aug. 19, 2019), https://www.ncsl.org/research/elections-and-campaigns/election-poll-workers637018267.aspx.
[21] *Id.*
[22] *Id.*
[23] *Id.*
[24] *Eavs Deep Dive: Poll Workers and Polling Places*, U.S. ELECTION ASSISTANCE COMM'N (Nov. 15, 2017), https://www.eac.gov/documents/2017/11/15/eavs-deep-dive-poll-workers-and-polling-places.

11
DECLARATION OF DR. RANIT MISHORI (MD, MHS, FAAFP)
CASE NO. 2:20-CV-01055-MCE-CKD

medical conditions) put poll workers at a higher risk of serious complications and death from COVID-19.[25]

39. Congregate settings such as polling places allow for rapid spread of infectious diseases that are transmitted person to person, especially those passed by droplets through coughing, sneezing, or even talking. When people are forced into close, crowded quarters the opportunities for transmission are greater. Precincts, which are almost always public or private buildings repurposed to for Election Day, may be poorly ventilated and promote highly efficient spread of diseases through droplets. Precincts often have a small number of voting booths and privacy screens where ballots might be filled out and cast, which funnels every voter into small, intentionally enclosed areas used by dozens or hundreds of voters before them. This increases the risk of infection.

40. Some voting machines require voters to physically interact with them – for example, by using touch screens or by pushing buttons to indicate their candidate or choice. Others involve the use of privacy envelopes or other documents that are handled by both the voter and the poll worker. Any surface that is touched by multiple voters, or by a voter and a poll worker, needs to be sanitized after every interaction in order to minimize the risk of coronavirus transmission. The combination of a high number of surfaces touched by voters and a large number of voters increases the risk that other voters or poll workers will become infected from touching a contaminated surface.

41. Every surface will have to be can be properly disinfected between voters, which may be difficult to achieve, and may delay voting, causing people to wait outside in for prolonged periods of time. Even if that disinfection was possible, workers tasked with carrying it out would risk contracting SARS-CoV-2.

42. Polling places may be unable to adequately provide the mitigation recommendations described above and still carry out their primary mission of allowing voters to

---

[25] Michael Barthel & Galen Stocking, *Older People Account for Large Shares of Poll Workers and Voters in U.S. General Elections*, PEW RES. CTR. (April 6, 2020), https://www.pewresearch.org/fact-tank/2020/04/06/older-people-account-for-large-shares-of-poll-workers-and-voters-in-u-s-general-elections/.

cast ballots effectively. During an infectious disease outbreak, people can protect themselves by washing their hands or frequently using alcohol-based sanitizers when handwashing is unavailable. For a poll worker or voter to sanitize her hands after every voter interaction, however, would substantially increase the amount of time it takes for each voter to cast a ballot, and thus increase already-substantial waiting times.

43. If voters must wait longer to vote, they will inevitably stand in longer lines for more time with more people, exposing themselves to more people who might be infected with the novel coronavirus. In Washington D.C.'s election on June 2, conducted under pandemic conditions, voters stood in lines for up to five hours.[26]

44. Precincts can easily become coronavirus transmission clusters if an infected voter is waiting in a long line to cast a ballot or an infected poll worker spends all day interacting with voters in the precinct.[27] Proper disinfecting protocols can lessen the likelihood that a precinct can become a cluster, but they cannot eliminate the possibility. California has thousands of precincts; if even a tiny fraction become transmission clusters, then the state could see thousands or tens of thousands of new infections.

45. There is no way to hold in-person voting without risking that some members of the public or some poll workers will be exposed to the novel coronavirus. Not every member of the public nor every poll worker will follow best practices, but even if they did – wearing masks and gloves, maintaining six feet of distance between each person, and avoiding the polling place if they have any symptoms of COVID-19 – infection still could not be entirely prevented. Asymptomatic individuals who are contagious but unaware will still vote; people who have mild symptoms may still decide to vote; people who are opposed to mask-wearing in public may show up to polling stations; people may still touch contaminated surfaces and then touch their face; and respiratory droplets containing the virus may still circulate within the polling place.

---

[26] Julie Zauzmer et al., V*oting Problems in D.C., Maryland Lead to Calls for Top Officials to Resign*, WASH. POST (June 3, 2020), https://www.washingtonpost.com/local/dc-politics/voting-problems-in-dc-maryland-lead-to-calls-for-top-officials-to-resign/2020/06/03/24b47220-a5a8-11ea-b619-3f9133bbb482_story.html.

[27] *See, e.g.*, *supra* note 14.

13
DECLARATION OF DR. RANIT MISHORI (MD, MHS, FAAFP)
CASE NO. 2:20-CV-01055-MCE-CKD

46. Screening procedures, for example asking voters if they have symptoms or taking voters' temperatures before allowing them to enter a polling place, likewise cannot guarantee that an infection won't spread. Many infected individuals can be asymptomatic or pre-symptomatic. Moreover, many individuals with a coronavirus infection do not have a fever or display the symptoms that the general public has come to associate with the disease, like coughs or fevers. Others are entirely asymptomatic, or have not yet developed symptoms, but are still contagious. Neither group would be identified by common screening procedures.

47. Voters with chronic underlying medical conditions are more likely to suffer serious complications or death from COVID-19. Communities with high rates of risk factors are also communities where the coronavirus has spread most quickly, due to socio-economic factors and the social determinants of health, and thus where in-person voting may contribute to a higher risk of new cases of COVID-19.

48. Minority communities with high rates of poverty and other risk factors are also communities where polling places tend to have the longest lines and where voting tends to take the most time, increasing voters' likelihood of exposure to the coronavirus. Even before the pandemic, residents of these communities were required to wait in line for longer periods in order to cast a ballot than residents of whiter, more affluent communities.[28]

49. These risks have all been borne out in states that have permitted in-person voting during the pandemic. In Milwaukee, for example, at least 71 SARS-CoV-2 infections have been tied to in-person voting held in Wisconsin on April 7, 2020.[29] Counties that had higher rates of in-person voting during that election suffered a corresponding increase in COVID-19 cases. Additionally, counties that consolidated in-person voting to a small number of polling places saw a larger increase in infections than counties that did not consolidate. Milwaukee, for example, was

---

[28] Matthew Weil et al., *The 2018 Voting Experience: Polling Place Lines*, BIPARTISAN POL'Y CTR. (Nov. 4, 2019), https://bipartisanpolicy.org/report/the-2018-voting-experience/.

[29] *Supra* note 15. As explained above, any reported numbers are likely undercounting the total number of infections because of the lack of testing and because of the high number of infected by asymptomatic individuals.

forced to shut 175 of its 180 polling places due to a lack of poll workers. The five remaining polling places had long lines where voters waited for hours to cast their ballot.[30]

50. Based on my decades of professional experience in medicine and public health, it is my assessment that the risks of in-person voting in the midst of an infectious disease pandemic are clear. In-person voting on election day will undoubtedly increase the chances for exposure to the coronavirus for poll workers and voters alike, leading to entirely preventable cases of coronavirus infections.

51. Providing an option to request a mail-in ballot in advance will not eliminate these risks. People may not have enough information about their county's or state's process for requesting a mail-in ballot. They may face administrative or language difficulties, especially if they have low literacy, were recently naturalized, or are English language learners. Even if they have all of the information, people may plan in advance to vote in person only to be exposed to the virus or struck with coronavirus infection symptoms right before the election. Others may have to care for sick relatives unexpectedly. Active outbreaks of infectious disease cause people to have to change their plans at the last minute or risk spreading the infection further. If voting by mail is only available to those who have requested a ballot in advance, these last-minute changes of plan won't be possible, and people will either have to vote in-person at significant risk to themselves and the public health or not vote at all.

### VI. Conclusion and Recommendations

52. In my expert opinion, by choosing to mail ballots to eligible voters in the midst of this pandemic Governor Newsom is taking a reasonable and necessary measure to comply with public health guidelines and recommendations to reduce the transmission of the coronavirus, thereby preventing illness and likely saving lives.

---

[30] Alison Dirr & Mary Spicuzza, *What We Know So Far About Why Milwaukee Only Had 5 Voting Sites for Tuesday's Election While Madison Had 66*, MILWAUKEE J. SENTINEL (Apr. 9, 2020), https://www.jsonline.com/story/news/politics/elections/2020/04/09/wisconsin-election-milwaukee-had-5-voting-sites-while-madison-had-66/2970587001/.

53. For the reasons above, it is my professional judgment that in-person voting will likely expose voters and poll workers to the novel coronavirus, lead to new cases of COVID-19, and result in avoidable illness and even death.

54. These risks will be disproportionately borne by low-income communities and communities of color. The disproportionately high prevalence of chronic underlying medical conditions and other risk factors in these communities will be compounded by longer wait times and larger congregations of voters waiting in line to cast their ballot.

55. Given that the only viable public health strategies available in the United States currently are risk mitigation and containment, reducing the number of events where large numbers of the general public cycle through enclosed spaces is imperative. Not taking steps to reduce these kinds of events is not only inadvisable but also reckless given the public health realities we now face in the United States.

56. The option to request a vote-by-mail ballot in advance will not keep people safe. People need to have mail-in ballots on hand in case changing circumstances related to the virus require them to change their voting plans immediately before or on Election Day. Mailing ballots to all voters will keep them and the public safe.

**VII.  Expert Disclosures**

57. I have not testified as an expert at trial or by deposition in the past four years.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2020 in Washington, D.C.

_____
Ranit Mishori, M.D, MHS, FAAFP

# Exhibit A

**Ranit Mishori, MD, MHS, FAAFP**
Professor of Family Medicine, Georgetown University School of Medicine
Senior Medical Advisor, Physicians for Human Rights

### Academic Faculty
Georgetown University School of Medicine; Involved in and has led **teaching and curriculum development** at all levels of undergraduate, graduate, medical and post-graduate education. Courses created, led and taught include: Health and Human Rights, Health disparities, Evidence Based Medicine, Patients Populations and Policy, Family Medicine Clerkship, Preventive Medicine, Chronic Care, among others; **Clerkship Director**, Family Medicine, for two years; Has served on multiple **university committees**; Dedicates significant time to **faculty development** initiatives, student, resident and fellow **mentorship**. 2008-present; Interim Chief Public Health Officer, Georgetown University, 2016. Director: Global Health Initiatives 2011-present; Health &Media fellowship 2013-current; Director, Healthy Policy Fellowship 2017-current.

### Clinician
Georgetown University Department of Family Medicine. Board-certified family physician practicing **full-spectrum family medicine**, including OB. Provides clinical care regularly at a University-owned practice in Northwest DC. Serves as an attending physician at the Georgetown University/Medstar WHC Family Medicine Residency Program. 2008-Present.

### Research
- Deeply engaged in research projects, grant writing, manuscript preparations. 2007-present.
- Served as **PI, Co-PI and consultant o**n multiple collaborative grant proposals to the NIH, PCORI, AHRQ and HRSA.
- **Directs Georgetown's PBRN**, CAPRICORN (Capital Area Practice Based Research Network), coordinating research projects involving a network of primary care physicians in the DC-area; **Research Mentorship** of residents, students, junior faculty and peers on idea generation, protocol design and methodology, IRB applications, and manuscript writing;
- **Published author** in peer-reviewed publications;
- **Peer-reviewer** for multiple journals; Serves as **Associate Editor** of BMC International Health and Human Rights, on the **editorial board** of The Journal of Ambulatory Care Management;
- Member of the Providence Hospital **IRB** for six years;. Member of the GUMC IRB 2016-present.
- **PBRN Research Associate**. Helped lead and coordinate a patients' community advisory board. Coordinated activities of a steering committee. 2003-2004

### Scholarly Activities.
Prolific writer for lay as well as professional audiences (>200 articles for popular media; >35 scientific articles). Lead author, co-author of and contributor to multiple scientific articles, **policy, positions and white papers** for various organizations, including the AAFP.  Dozens of presentations at local, regional, national and international scientific conferences; Invited speaker on various topics (Care of refugee populations, FGM/C, global health, health and media, human rights). 2002-present.

### Global Health/Human Rights
- **Senior Medical Advisor,** Physicians for Human Rights (2019-present); Program on Sexual Violence in Conflict Zones; mHealth Project MediCapt (2011-present); Asylum Network (2006-present), Media.
- **Faculty Leader,** Georgetown University Asylum Program (2014-present). Provides clinical and strategic leadership to comprehensive program on medico-legal services in the context of asylum.
- **Founder, Co-Leader,** US Clinician Network on FGM/C. National collaborative of clinicians caring for women/girls affected by FGM/C. Developed program, pursued and enhanced partnerships on clinical, medico-legal, educational and research issues related to FGM/C.  (2016-present).

1

- **Director of Global Health initiatives** at the Department of Family Medicine. In charge of developing partnerships with academic and private institutions for global health activities including direct medical care, train the trainer programs, curriculum development, training manuals, and research proposals. Lead teams to Haiti, Honduras, the Dominican Republic, the DRC, Kenya, Israel (2010- present)
- **Founder and director** of the Residency Program's **Global Health Scholars Track:** oversees program development, curriculum, resident selection, one on one mentoring, partnership creation with global health institutions and academic programs. (May 2012-Present);
- **Elected Member** of several global health advisory boards including the AAFPs Center for Global Health Initiatives (CGHI); WONCA, Executive Committee, Group on Conflict & Catastrophe Medicine; Healing Across the Divides.
- **Speaker:** invited speaker on health and human rights issues at international, national and regional meetings (FGM, Trafficking, Torture, Sexual Violence, Refugee and asylee health, mHealth)
- **Consultant** for The World Bank (2012-2015). Research and wrote position papers on health system reform.

**Board, Committee, Policy Work**

- **American Academy of Family Physicians** (AAFP). AAFP; 4-year member of AAFP Commission on Health of the Public and Science; Chair- Sub-committee on Public Health Issues; AAFP Center for Global Health Initiatives; Chair Anti-Microbial Resistance Committee; AAFP Liaison to ACOG Practice Bulletin Committee; 4-term Board member DC-Chapter AAFP.
- **Elected Board membership** on numerous advisory boards including: Co-Chair, DC-DOH Maternal and Child Health Advisory Board; National Physicians Alliance (NPA) Board of Directors;; WONCA, Executive Committee, Special Interest Group on Conflict & Catastrophe Medicine; Community Advisory Board (CAB) Georgetown-Howard Universities Center for Clinical and Translational Research; Healing Across the Divides, among others.
- Served on numerous **academic committees** (Diversity & inclusion; IRB, Philanthropy, Medical education, curriculum assessment), multiple medical conference planning committees, abstract review committees; peer reviewer and editorial board member;

**Media, Communication and Dissemination.**

- **Health Journalist,** Wrote and published >200 medical and health-focused articles in the popular press. Medical columnist for Parade Magazine between 2008-2011. Publishes frequently in the Washington Post, The Huffington Post, NY Daily News, AARP – the Magazine, and others. 2003-present.
- **Media Representative:** Represented Georgetown dozens of times on TV, radio, print, and web-based outlets including: The Today show, CNN, The Diane Rehm Show, Talk of the Nation, The Associated Press, USA Today, CBS News, MSNBC.com, ABCNews, Voice of America, WUSA, abcnews.com, Los Angeles Times, Chicago Tribune, Fox Channel 5, among others. 2008-present.
- **Public Speaker:** regularly gives lectures, talks; panelist and moderator in medical conferences, media events and invited lectures.  2008-present.
- **Founder, Director, Center for Health, Media and Primary Care:** Initiated and in the process of building a one-of-a-kind academic center. The center's mission is to explore – via research, education and strategic partnerships -- the intersection of media and health. (May 2012-current)
- **Founder, Director, Health & Media Fellowship.** Initiated and launched an innovative academic fellowship, overseeing content, faculty development, partnership, and mentorship. 2013-present.
- **Television Producer and Editor – International News.** Worked around the globe as field producer, editorial producer, news editor, interviewer, newsroom coordinator in TV and radio, focusing on international news, global politics. Worldwide Television News (WTN); CBS News; European Broadcasting Union (EBU); Israeli Defense Forces (IDF) Radio. Various Locations Worldwide. 1984-1994.

**Education**
**Internship and Residency**: Georgetown University/Providence Hospital Family Medicine Residency Program. 2004-2008
**Medical Education**: Georgetown University School of Medicine. Doctor of Medicine 2002.
**Graduate Education**: Johns Hopkins Bloomberg School of Public Health. International Health. MHS. 1999
**Undergraduate Education**: Columbia University. Post-Baccaluareate Pre Medical Program 1994-1996; SUNY-Empire State College. BS Communication. 1994-1996;

**Honors and Awards**
- FGM/C Health Award. Global Women PEACE Foundation. November 2018.
- Leonard Tow **Humanism in Medicine** Award, Georgetown University Medical Center (2016);
- Inducted into **Gold Humanism Honor Society** (2016);
- **Teaching Excellence Award** given by the residents of the Georgetown University/Providence Hospital Family Medicine Residency Program. June 2009, 2014;
- **Washington Top Doctor** 2014; 2016; 2017;
- **The John Eisenberg Career Development Award.** Georgetown Women in Medicine. October 2010;
- **Emerging Leader Award.** Society of Teachers of Family Medicine, annual STFM-NE conference/Family Medicine Education Consortium (FMEC). October 2009;
- **Natural Medicine Recognition Award;** Georgetown University/Providence Hospital Family Medicine Residency Program. June 2007;
- **Nominated and Selected**. Bertelsmann Foundation Young Leaders Fellowship Network. June 2007;
- **Gold Triangle Award**, Health Writing, Parade Magazine. American Academy of Dermatology. March 2004; **International Programs Award.** Georgetown University School of Medicine. May 2002;

**Young Ambassador**. Vienna, Austria. Selected to represent the State of Israel in political, social and cultural dialogues with Austrian students and youth. October-December 1987.

326404547.1

3
DECLARATION OF DR. RANIT MISHORI (MD, MHS, FAAFP)
CASE NO. 2:20-CV-01055-MCE-CKD