1  MARK D. ROSENBAUM (CA Bar No. 59940)
   mrosenbaum@publiccounsel.org
2  KATHRYN EIDMANN (CA Bar No. 268053)
   keidmann@publiccounsel.org
3  JESSELYN FRILEY (CA Bar No. 319198)
   jfriley@publiccounsel.org
4  PUBLIC COUNSEL
   610 S. Ardmore Avenue
5  Los Angeles, California 90005
   Telephone:    (213) 385-2977
6  Facsimile:    (213) 385-9089

7  JOHN LIBBY (CA BAR NO. 128207)
   JLibby@manatt.com
8  MANATT, PHELPS & PHILLIPS, LLP
   2049 Century Park East, Suite 1700
9  Los Angeles, CA 90067
   Telephone:  310.312.4000
10 Facsimile:  310.312.4224

JON GREENBAUM (CA Bar No. 166733)
jgreenbaum@lawyerscommittee.org
EZRA ROSENBERG (D.C. Bar No. 360927)
*Pro Hac Vice* Application Pending
erosenberg@lawyerscommittee.org
POOJA CHAUDHURI (CA Bar No. 314847)
pchaudhuri@lawyerscommittee.org
BRADLEY S. PHILLIPS (CA Bar No. 85263)
bphillips@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS
1500 K Street NW
Washington, DC 20005
Telephone:   (202) 662-8600
Facsimile:    (202) 783-0857

CHRISTOPHER L. WANGER (CA Bar No.
164751)
CWanger@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

13  Attorneys for Intervenor-Defendants,
    CALIFORNIA COMMON CAUSE,  LEAGUE
14  OF WOMEN VOTERS OF CALIFORNIA and
    COMMUNITY COALITION

16              UNITED STATES DISTRICT COURT

17          FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE** |

1

1        Now before the Court is Proposed Intervenor-Defendants' Motion to Intervene as

2 Defendants. Having considered Proposed Intervenor-Defendants' motion and the pleadings and

3 papers on file in this action, the Court hereby GRANTS the Motion.

4        IT IS SO ORDERED.

5 DATED: _____

6                                          _____
Hon. Morrison C. England, Jr.
Senior United States District Judge

7

8 Presented by:

9 PUBLIC COUNSEL

10 Mark D. Rosenbaum
Kathryn Eidmann
11 Jesselyn Friley

12

13 LAWYERS' COMMITTEE FOR CIVIL RIGHTS

14 Jon Greenbaum
Ezra Rosenberg
Pooja Chaudhuri
15 Bradley S. Phillips

16

17 MANATT, PHELPS & PHILLIPS, LLP

18 John Libby
Christopher L. Wanger

19

20 326403636.1

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE
CASE NO. 2:20-CV-01055-MCE-CKD