| | |
|---|---|
| MARK D. ROSENBAUM (CA Bar No. 59940) | JON GREENBAUM (CA Bar No. 166733) |
| mrosenbaum@publiccounsel.org | jgreenbaum@lawyerscommittee.org |
| KATHRYN EIDMANN (CA Bar No. 268053) | EZRA ROSENBERG (D.C. Bar No. 360927) |
| keidmann@publiccounsel.org | *Pro Hac Vice* Application Pending |
| JESSELYN FRILEY (CA Bar No. 319198) | erosenberg@lawyerscommittee.org |
| jfriley@publiccounsel.org | POOJA CHAUDHURI (CA Bar No. 314847) |
| PUBLIC COUNSEL | pchaudhuri@lawyerscommittee.org |
| 610 S. Ardmore Avenue | BRADLEY S. PHILLIPS (CA Bar No. 85263) |
| Los Angeles, California 90005 | bphillips@lawyerscommittee.org |
| Telephone:  (213) 385-2977 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| Facsimile:  (213) 385-9089 | 1500 K Street NW |
| | Washington, DC 20005 |
| JOHN LIBBY (CA BAR NO. 128207) | Telephone:  (202) 662-8600 |
| JLibby@manatt.com | Facsimile:  (202) 783-0857 |
| MANATT, PHELPS & PHILLIPS, LLP | |
| 2049 Century Park East, Suite 1700 | CHRISTOPHER L. WANGER (CA Bar No. 164751) |
| Los Angeles, CA 90067 | CWanger@manatt.com |
| Telephone: 310.312.4000 | MANATT, PHELPS & PHILLIPS, LLP |
| Facsimile: 310.312.4224 | One Embarcadero Center, 30th Floor |
| | San Francisco, California 94111 |
| | Telephone:  (415) 291-7400 |
| | Facsimile:  (415) 291-7474 |

Attorneys for Intervenor-Defendants,
CALIFORNIA COMMON CAUSE, LEAGUE OF WOMEN VOTERS OF CALIFORNIA and COMMUNITY COALITION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**REQUEST AND [PROPOSED] ORDER TO EXPEDITE BRIEFING SCHEDULE** |

Pursuant to Local Rule 144(e), Proposed Intervenor-Defendants California Common Cause, the League of Women Voters of California, and Community Coalition (together, "Proposed Intervenors") respectfully move this Court to enter an expedited briefing schedule on Proposed Intervenors' concurrently filed Motion to Intervene as Defendants (the "Motion").

As discussed in the Motion, Proposed Intervenors satisfy the requirements for permissive intervention under Federal Rule of Civil Procedure 24. The deadline for Defendants' motion to dismiss is fast approaching, and the Court has set a briefing schedule for Plaintiffs' motion for a preliminary injunction that would require an opposition from Proposed Intervenors prior to the Motion's noticed hearing date of July 9, 2020. *See* ECF No. 17. Expeditious resolution of the Motion would therefore serve the interests of judicial efficiency and ensure that Proposed Intervenors are able to protect their rights and interests and assist the Court.

Accordingly, Proposed Intervenors respectfully request the following schedule:

- Any responses to Proposed Intervenors' Motion to Intervene as Defendants shall be filed on or before Friday, June 12, 2020; and

- Proposed Intervenors shall file a reply on or before Monday, June 15, 2020.

Dated: June 9, 2020

PUBLIC COUNSEL

By: /s/ Mark D. Rosenbaum (as authorized on 6/10/20)
   Mark D. Rosenbaum
   Kathryn Eidmann
   Jesselyn Friley
   610 S. Ardmore Avenue
   Los Angeles, California 90005
   Telephone:   (213) 385-2977
   Facsimile:   (213) 385-9089
   Email:   mrosenbaum@publiccounsel.org
            keidmann@publiccounsel.org
            jfriley@publiccounsel.org

LAWYERS' COMMITTEE FOR CIVIL RIGHTS

By:/s/ Jon Greenbaum (as authorized on 6/10/20)
   Jon Greenbaum
   Ezra Rosenberg
   Pooja Chaudhuri
   Bradley S. Phillips
   1500 K Street NW
   Washington, DC 20005
   Telephone:   (202) 662-8600
   Facsimile:   (202) 783-0857
   Email:   jgreenbaum@lawyerscommittee.org
            erosenberg@lawyerscommittee.org
            pchaudhuri@lawyerscommittee.org
            bphillips@lawyerscommittee.org

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ John Libby
   John Libby
   2049 Century Park East
   Suite 1700
   Los Angeles, CA 90067
   Telephone:   (310) 312-4000
   Facsimile:   (310) 312-4224
   Email:   JLibby@manatt.com

MANATT, PHELPS & PHILLIPS, LLP
   Christopher L. Wanger
   One Embarcadero Center, 30th Floor
   San Francisco, California 94111
   Telephone:   (415) 291-7400
   Facsimile:   (415) 291-7474
   Email:   CWanger@manatt.com

Attorneys for Intervenor-Defendants, CALIFORNIA COMMON CAUSE, LEAGUE OF WOMEN VOTERS OF CALIFORNIA and COMMUNITY COALITION