# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

THOMAS RYAN McCARTHY

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2001.

I further certify that so far as the records of this office are concerned, THOMAS RYAN McCARTHY is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 10th day of June
A.D. 2020

By: _____
Deputy Clerk