UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; AND CALIFORNIA REPUBLICAN PARTY<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as the California Secretary of State;<br><br>Defendants,<br><br>LULAC, CALIFORNIA LULAC<br><br>Proposed Intervenor-Defendants. | Case No.   2:20-cv-01055-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INERVENE AS DEFENDANTS** |

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE AS DEFENDANTS

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Now before the Court is a LULAC's Motion to Intervene as Defendants. Having considered |
| 3 | motion and the pleadings and papers on file in this action, the Court hereby GRANTS the Motion. |
| 4 | |
| 5 | **IT IS SO ORDERED** |
| 6 | DATED: _____ |

_____

Hon. Morrison C. England, Jr.

Senior United States District Judge

[PROPOSED] ORDER GRANTING
MOTION TO INTERVENE AS DEFENDANTS            1