
ARNOLD & PORTER KAYE SCHOLER LLP
TRENTON H. NORRIS (SBN 164781)
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
BEN HALBIG (SBN 321523)
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS
and CALIFORNIA LEAGUE OF CONSERVATION
VOTERS EDUCATION FUND

*\* Additional Attorneys for Proposed Defendant-Intervenors listed on next page*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**CALIFORNIA LEAGUE OF CONSERVATION VOTERS AND CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND'S NOTICE OF MOTION AND RULE 24 MOTION TO INTERVENE AS DEFENDANTS**<br><br>Date: July 23, 2020<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr. |

BRENNAN CENTER FOR JUSTICE
  at NYU SCHOOL OF LAW
MYRNA PÉREZ[*]
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER
eliza.sweren-becker@brennan.law.nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone:    646.292.8310
Facsimile::    212.463.7308

ARNOLD & PORTER KAYE SCHOLER LLP
JOHN A. FREEDMAN[*]
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC  20001
Telephone:    202.942.5000
Facsimile:    202.942.5999

*Application for admission pro hac vice forthcoming

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 23, 2020, at 2:00 p.m. or as soon thereafter as they may be heard in Courtroom 7 of the above-entitled court, located at 501 I Street, Sacramento, California 95814, California League of Conservation Voters and California League of Conservation Voters Education Fund (collectively "CLCV" or "Applicants") will and hereby do move pursuant to Federal Rule of Civil Procedure 24 to intervene as Defendants in the above-captioned matter. Applicants' Motion is based upon the concurrently filed Memorandum of Points and Authorites, the proposed answer of Applicants (Exhibit 1), and the declaration of Mary Creasman (Exhibit 2); any further briefing and oral argument on this Motion; and the pleadings and records on file before the Court.

Dated:  June 12, 2020

Respectfully submitted,

| | |
|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | BRENNAN CENTER FOR JUSTICE at NYU SCHOOL OF LAW |
| By:  /s/ *Trenton H. Norris* | MYRNA PÉREZ[*] |
| TRENTON H. NORRIS | myrna.perez@nyu.edu |
| Trent.Norris@arnoldporter.com | ELIZA SWEREN-BECKER |
| GILBERT R. SEROTA | eliza.sweren-becker@brennan.law.nyu.edu |
| gilbert.serota@arnoldporter.com | 120 Broadway, Suite 1750 |
| BEN HALBIG | New York, NY  10271 |
| ben.halbig@arnoldporter.com | Telephone:   646.292.8310 |
| Three Embarcadero Center, 10th Floor | Facsimile::    212.463.7308 |
| San Francisco, CA  94111-4024 | |
| Telephone: 415.471.3100 | |
| Facsimile:  415.471.3400 | |
| | |
| JOHN A. FREEDMAN[*] | |
| John.Freedman@arnoldporter.com | |
| 601 Massachusetts Ave, NW | |
| Washington, DC  20001 | |
| Telephone: 202.942.5000 | |
| Facsimile: :202.942.5999 | |

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS and
CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND

*\*Application for admission pro hac vice forthcoming*

**ATTESTATION PURSUANT TO LOCAL RULE 504.3.4**

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

/s/ *Trenton H. Norris*
TRENTON H. NORRIS

**CERTIFICATE OF SERVICE**

I, Trenton H. Norris, hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing document(s) via the Court's CM/ECF system on June 12, 0202.

/s/ *Trenton H. Norris*
TRENTON H. NORRIS