# Exhibit 1

1

ARNOLD & PORTER KAYE SCHOLER LLP
TRENTON H. NORRIS (SBN 164781)
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
BEN HALBIG (SBN 321523)
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:     415.471.3100
Facsimile:     415.471.3400

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS
and CALIFORNIA LEAGUE OF CONSERVATION
VOTERS EDUCATION FUND

2

3

4

5

6

7

8

9

10

*Additional Attorneys for Proposed Defendant-Intervenors
listed on next page*

11

12

UNITED STATES DISTRICT COURT

13

EASTERN DISTRICT OF CALIFORNIA

14

15

REPUBLICAN NATIONAL COMMITTEE, *et al*.,

16

Plaintiffs,

17

v.

18

GAVIN NEWSOM, *et al*.,

19

Defendants,

20

21

Case No. 2:20-cv-01055-MCE-CKD

**[PROPOSED] ANSWER OF
DEFENDANT-INTERVENORS
CALIFORNIA LEAGUE OF
CONSERVATION VOTERS AND
CALIFORNIA LEAGUE OF
CONSERVATION VOTERS
EDUCATION FUND**

22

23

24

25

26

27

28

BRENNAN CENTER FOR JUSTICE
  at NYU SCHOOL OF LAW
MYRNA PÉREZ*
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER*
eliza.sweren-becker@nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone:    646.292.8310
Facsimile:     212.463.7308

ARNOLD & PORTER KAYE SCHOLER LLP
JOHN A. FREEDMAN*
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC  20001
Telephone:    202.942.5000
Facsimile:     202.942.5999

*Application for admission pro hac vice forthcoming

Intervenors-Defendants California League of Conservation Voters (the "League") and California League of Voters Education Fund (the "Fund," collectively with the League, "CLCV") by and through the undersigned counsel, file this Answer to the Complaint for Declaratory and Injunctive Relief filed by Plaintiffs, the Republican National Committee, National Republican Congressional Committee, and California Republican Party, and allege as follows:

1.      CLCV states that the allegations in paragraph 1 offer a legal conclusion and therefore do not require an answer.  To the extent that paragraph 1 alleges any facts, CLCV denies those facts.

2.      CLCV states that the allegations in paragraph 2 offer a legal conclusion and therefore do not require an answer.  To the extent that paragraph 2 alleges any facts, CLCV denies those facts.

3.      CLCV states that the allegations in paragraph 3 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegation in paragraph 3.

4.      CLCV states that the allegations in paragraph 4 offer a legal conclusion and therefore do not require an answer.  To the extent that paragraph 4 alleges any facts, CLCV denies those facts.

5.      CLCV states that paragraph 5 offers a legal conclusion and therefore does not require an answer.  To the extent paragraph 5 alleges any facts, CLCV denies those facts.

**JURISDICTION AND VENUE**

6.      CLCV admits that Plaintiffs' Complaint arises under the Constitution and laws of the United States.  CLCV states that any remaining allegations of paragraph 6 offer a legal conclusion and therefore do not require an answer.

7.      CLCV admits that venue is proper in this District.

**PARTIES**

8.      CLCV admits the allegations in paragraph 8.

9.      CLCV admits the allegations in paragraph 9.

10.     CLCV states that it lacks sufficient knowledge or information to admit or deny the

allegations in Paragraph 10, and denies the allegations on that basis.

11.     CLCV admits that the RNC works to elect Republican candidates to state and federal office, and, in November 2020, those candidates will appear on the ballot in California for most federal and state offices.  CLCV lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 11, and denies the allegations on that basis.

12.     CLCV states that it lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 12, and denies the allegations on that basis.

13.     CLCV states that it lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 13.

14.     CLCV admits the allegations in paragraph 14.

15.     CLCV admits that Plaintiff NRCC supports the election of Republicans to the U.S. House of Representatives.  CLCV lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 15, and denies the allegations on that basis.

16.     CLCV lacks sufficient knowledge or information to admit or deny the allegations in paragraph 16, and denies the allegations on that basis.

17.     CLCV admits that Plaintiff CAGOP is a political party with its principal place of business in California, and that the RSCC is its governing body.  CLCV lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 17, and denies the allegations on that basis.

18.     CLCV lacks sufficient knowledge or information to admit or deny the allegations in paragraph 18, and denies the allegations on that basis.

19.     CLCV lacks sufficient knowledge or information to admit or deny the allegations in paragraph 19, and denies the allegations on that basis.

20.     CLCV admits the allegations in paragraph 20.

21.     CLCV admits the allegations in paragraph 21.

## BACKGROUND

22.     CLCV states that the allegations in paragraph 22 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the

1 allegations in paragraph 22.

2       23.    CLCV admits that the Commission on Federal Election Reform was a bipartisan

3 commission.  CLCV states that the sources cited in paragraph 23 speak for themselves.  CLCV

4 denies the remaining allegations in paragraph 23.

5       24.    CLCV states that the source cited in paragraph 24 speaks for itself.  CLCV otherwise

6 denies the allegations in paragraph 24.

7       25.    CLCV states that the source cited in paragraph 25 speaks for itself.  CLCV otherwise

8 denies the allegations in paragraph 25.

9       26.    CLCV states that the source cited in paragraph 26 speaks for itself.  CLCV otherwise

10 denies the allegations in paragraph 26.

11       27.    CLCV states that the source cited in paragraph 27 speaks for itself.  CLCV otherwise

12 denies the allegations in paragraph 27.

13       28.    CLCV lacks sufficient knowledge or information to admit or deny the allegations in

14 paragraph 28, and denies the allegations on that basis.

15       29.    CLCV states that the source cited in paragraph 29 speaks for itself.  CLCV otherwise

16 denies the allegations in paragraph 29.

17       30.    CLCV lacks sufficient knowledge or information to admit or deny the allegations in

18 paragraph 30, and denies the allegations on that basis.

19       31.    CLCV denies the allegations contained in paragraph 31 on the basis that it contains a

20 quotation from an unidentified source .  CLCV otherwise lacks sufficient knowledge or information

21 to admit or deny the allegations in paragraph 31, and denies the allegations on that basis.

22       32.    CLCV states that the source cited in paragraph 32 speaks for itself.  CLCV otherwise

23 denies the allegations in paragraph 32.

24       33.    CLCV states that the source cited in paragraph 33 speaks for itself.  CLCV otherwise

25 denies the allegations in paragraph 33.

26       34.    CLCV admits that vote-by-mail is a legitimate feature of a state's election process.

27 Except as so admitted, CLCV denies the remaining allegations in paragraph 34.

28       35.    The allegations in paragraph 35 contain quoted portions of state statutes, which

speak for themselves.  CLCV states that the remaining allegations in paragraph 35 characterize portions of the cited statutes and offer legal conclusions, and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the cited statutes and otherwise denies the allegations.

36.     CLCV states that the cited statutes in paragraph 36 speak for themselves.  CLCV states that the remaining allegations in paragraph 36 offer legal conclusions and therefore do not require an answer.  To the extent that an answer is required, CLCV denies the remaining allegations.

37.     The allegations in paragraph 37 characterize a statute and offer a legal conclusion, and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the cited statute and otherwise denies the allegations.

38.     CLCV admits that, in response to the COVID-19 pandemic, some states have expanded vote-by-mail for 2020 elections.  CLCV states that the remaining allegations in paragraph 38 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the remaining allegations.

39.     CLCV admits that politicians across the United States have sought to protect the fundamental right to vote for all citizens through the judicial process and by expanding mail-in voting.  CLCV denies the allegations contained in paragraph 39 to the extent that they rely on a quotation from an unidentified source.  Except as so admitted and stated, CLCV lacks sufficient knowledge or information to admit or deny the remaining allegations in paragraph 39, and denies the remaining allegations on that basis.

40.     CLCV states that the source cited in paragraph 40 speaks for itself.  CLCV further states that the remaining allegations in paragraph 40 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the remaining allegations.

41.     CLCV denies the allegations contained in paragraph 41.

42.     CLCV admits that news reporting has indicated that Clark County, Nevada administered an all-mail primary.  CLCV states that the source cited in paragraph 42 speaks for itself.  Except as so admitted and stated, CLCV lacks sufficient knowledge or information to admit

1  or deny the allegations in paragraph 42, and denies the allegations on that basis.

2        43.    CLCV denies the allegations contained in paragraph 43 to the extent that they rely on

3  a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information

4  and knowledge to admit or deny the allegations in paragraph 43, and denies the allegations on that

5  basis.

6        44.    CLCV denies the allegations contained in paragraph 44 to the extent that they rely on

7  a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information

8  and knowledge to admit or deny the allegations in paragraph 44, and denies the allegations on that

9  basis.

10        45.    CLCV lacks sufficient information and knowledge to admit or deny the allegations

11  in paragraph 45, and denies the allegations on that basis.

12        46.    CLCV denies the allegations contained in paragraph 46 to the extent that they rely on

13  a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information

14  and knowledge to admit or deny the allegations in paragraph 46, and denies the allegations on that

15  basis.

16        47.    CLCV denies the allegations contained in paragraph 47to the extent that they rely on

17  a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information

18  and knowledge to admit or deny the allegations in paragraph 47, and denies the allegations on that

19  basis.

20        48.    CLCV lacks sufficient information and knowledge to admit or deny the allegations

21  in paragraph 48, and denies the allegations on that basis.

22        49.    CLCV lacks sufficient information and knowledge to admit or deny the allegations

23  in paragraph 49, and denies the allegations on that basis.

24        50.    CLCV denies the allegations contained in paragraph 50 to the extent that they rely on

25  a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information

26  and knowledge to admit or deny the allegations in paragraph 50, and denies the allegations on that

27  basis.

28        51.    CLCV denies the allegations contained in paragraph 51 to the extent that they rely on

a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 51, and denies the allegations on that basis.

52.     CLCV denies the allegations contained in paragraph 52 to the extent that they rely on a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 52, and denies the allegations on that basis.

53.     CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 53, and denies the allegations on that basis.

54.     CLCV states that the source quoted in paragraph 54 speaks for itself.  Except as so stated, CLCV lacks sufficient information and knowledge to admit or deny the remaining allegations in paragraph 54, and denies the allegations on that basis.

55.     CLCV states that the source cited in paragraph 55 speaks for itself.  Except as so stated, CLCV lacks sufficient information and knowledge to admit or deny the remaining allegations in paragraph 55, and denies the allegations on that basis.

56.     CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 56, and denies the allegations on that basis.

57.     CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 57, and denies the allegations on that basis.

58.     CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 58, and denies the allegations on that basis.

59.     CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 59, and denies the allegations on that basis.

60.     CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 60, and denies the allegations on that basis.

61.     CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 61, and denies the allegations on that basis.

62.     CLCV denies the allegations contained in paragraph 62 to the extent that they rely on

1    a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information

2    and knowledge to admit or deny the remaining allegations in paragraph 62, and denies the

3    allegations on that basis.

4         63.    The allegations in paragraph 63 characterize quoted portions of a statute and offer a

5    legal conclusion, and therefore do not require an answer.  CLCV lacks sufficient information and

6    knowledge to admit or deny the remaining allegations in paragraph 63, and denies the allegations on

7    that basis.

8         64.    CLCV states that the allegations in paragraph 64 offer a legal conclusion, and

9    therefore do not require an answer.  To the extent an answer is required, CLCV denies the

10   allegations.

11        65.    CLCV states that the source quoted and cited in paragraph 65 speaks for itself.

12   Except as so stated, CLCV lacks sufficient information and knowledge to admit or deny the

13   remaining allegations in paragraph 65, and denies the allegations on that basis.

14        66.    CLCV denies the allegations contained in paragraph 66 to the extent that they rely on

15   a quotation from an unidentified source.  Except as so stated, CLCV lacks sufficient information

16   and knowledge to admit or deny the remaining allegations in paragraph 66, and denies the

17   allegations on that basis.

18        67.    CLCV states that the source cited in paragraph 67 speaks for itself.  Except as so

19   stated, CLCV denies the remaining allegations in paragraph 67.

20        68.    CLCV denies the allegations contained in paragraph 68 to the extent that they rely on

21   a quotation from an unidentified source.  CLCV further states that the remaining allegations in

22   paragraph 68 offer legal conclusions and therefore do not require an answer.  To the extent an

23   answer is required, CLCV denies the remaining allegations in paragraph 68.

24        69.    CLCV denies the allegations in paragraph 69.

25        70.    The allegations in paragraph 70 characterize actions of the California Legislature and

26   offer a legal conclusion, and therefore do not require an answer.  To the extent an answer is

27   required, CLCV admits that the Governor's Order is the first time California has chosen to send

28   vote-by-mail ballots to all registered voters in California.

7

71.     CLCV states that paragraph 71 offers a legal conclusion and therefore does not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 71.

72.     The allegations in paragraph 72 characterize a statute and offer a legal conclusion, and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the cited statute and otherwise denies the allegations.

73.     CLCV states that the allegations in paragraph 73 offer a legal conclusion, and therefore do not require an answer.  To the extent an answer is required, CLCV admits that one purpose of the vote-by-mail application process is to verify the identity of the voter and ensure that the same voter who requests the ballot receives it.

74.     CLCV states that the statutes cited and quoted in paragraph 74 speak for themselves.  CLCV further states that the allegations in paragraph 74 offer legal conclusions and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the cited statutes and otherwise denies the allegations.

75.     CLCV states that the statutes cited in paragraph 75 speak for themselves.  CLCV further states that the allegations in paragraph 75 offer legal conclusions and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the cited statutes and otherwise denies the allegations.

76.     CLCV states that the statute cited in paragraph 76 speaks for itself.  CLCV further states that the allegations in paragraph 76 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the cited statute and otherwise denies the allegations.

77.     CLCV states that the statutes cited in paragraph 77 speak for themselves.  CLCV further states that the allegations in paragraph 77 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the cited statutes and otherwise denies the allegations.

78.     CLCV states that the allegations in paragraph 78 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV states that it lacks

8

ANSWER OF DEFS.-INTERVENORS CALIFORNIA LEAGUE OF CONSERVATION VOTERS and
CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND     NO. 2:20-cv-01055-MCE-CKD

sufficient information and knowledge to admit or deny the remaining allegations in paragraph 78, and denies the allegations on that basis.

79.     CLCV admits the allegations in paragraph 79.

80.     CLCV admits that the Governor issued Executive Order N-33-20, which speaks for itself.  Except as so stated, CLCV denies the allegations in paragraph 80.

81.     CLCV admits that the Governor issued a "Roadmap to Modify the Stay-at-Home Order" on April 14, 2020 and announced such "Roadmap" in a press release.  CLCV states that these documents speak for themselves.  Except as so admitted and stated, CLCV denies the allegations in paragraph 81.

82.     CLCV admits that, on April 28, 2020, the Governor released an Update on California's Pandemic Roadmap and states that such Update speaks for itself.  Except as so admitted and stated, CLCV denies the allegations in paragraph 82.

83.     CLCV states that the Governor's description of the state's phased reopening plan speaks for itself.  Except as so stated, CLCV denies the allegations in paragraph 83.

84.     CLCV states that the Governor's description of the state's phased reopening plan speaks for itself.  Except as so stated, CLCV denies the allegations in paragraph 84.

85.     CLCV states that the Governor's description of the state's phased reopening plan speaks for itself.  Except as so stated, CLCV denies the allegations in paragraph 85.

86.     CLCV admits that, on May 4, 2020, the Governor issued an "Update on California's Pandemic Roadmap" and announced Phase 2 of the state's reopening plan.  CLCV states that such Update and announcement speak for themselves.  Except as so admitted and stated, CLCV denies the allegations in paragraph 86.

87.     CLCV states that the statements of the California Secretary of Health and Human Services speak for themselves.  Except as so stated, CLCV denies the allegations in paragraph 87.

88.     CLCV admits that, on May 8, 2020, California approved Phase 2 of reopening to permit counties to do so should they choose.  Except as so admitted, CLCV states that the uncited source quoted in paragraph 88 speaks for itself.

89.     CLCV admits that, on May 8, 2020, the Governor addressed the timeline for Phase 3

9

1    of the state's reopening plan.  Except as so admitted, CLCV states that the Governor's comments at

2    his daily press conference on May 8, 2020 speak for themselves.

3         90.    CLCV admits that the Governor issued Executive Order N-64-20, which speaks for

4    itself.  Except as so admitted, CLCV lacks sufficient information and knowledge to admit or deny

5    the allegations in paragraph 90, and denies the allegations on that basis.

6         91.    CLCV states that Executive Order N-64-20 speaks for itself.  CLCV further states

7    that the allegations in paragraph 91 offer a legal conclusion and therefore do not require an answer.

8    To the extent an answer is required, CLCV denies the allegations in paragraph 91.

9         92.    The allegations in paragraph 92 characterize portions of Executive Order N-64-20

10   and offer a legal conclusion, and therefore do not require an answer.  To the extent an answer is

11   required, CLCV refers the Court to the cited order and otherwise denies the allegations.

12        93.    The allegations in paragraph 93 characterize portions of Executive Order N-64-20

13   and offer a legal conclusion, and therefore do not require an answer.  To the extent an answer is

14   required, CLCV refers the Court to the cited order and otherwise denies the allegations.

15        94.    The allegations in paragraph 94 characterize Executive Order N-64-20 and offer a

16   legal conclusion, and therefore do not require an answer. To the extent an answer is required, CLCV

17   refers the Court to Executive Order N-64-20 and otherwise denies the allegations.

18        95.    CLCV lacks sufficient information and knowledge to admit or deny the allegations

19   in paragraph 95, and denies the allegations on that basis.

20        96.    The allegations in paragraph 96 characterize Executive Order N-64-20 and offer a

21   legal conclusion, and therefore do not require an answer.  To the extent an answer is required,

22   CLCV refers the Court to Executive Order N-64-20 and otherwise denies the allegations.

23        97.    CLCV states that the portions of the U.S. Constitution quoted in paragraph 97 speak

24   for themselves.  CLCV further states that the allegations in paragraph 97 offer a legal conclusion

25   and therefore do not require an answer.  To the extent an answer is required, CLCV denies the

26   allegations in paragraph 97.

27        98.    CLCV states that the sources quoted and cited in paragraph 98 speak for themselves.

28   CLCV further states that the allegations in paragraph 98 offer a legal conclusion and therefore do

1    not require an answer.  To the extent an answer is required, CLCV denies the allegations in

2    paragraph 98.

3          99.    CLCV states that the allegations in paragraph 99 offer a legal conclusion and

4    therefore do not require an answer.  To the extent an answer is required, CLCV denies the

5    allegations in paragraph 99.

6          100.   CLCV states that the sources quoted and cited in paragraph 100 speak for

7    themselves.  CLCV further states that the allegations in paragraph 100 offer a legal conclusion and

8    therefore do not require an answer.  To the extent an answer is required, CLCV denies the

9    allegations in paragraph 100.

10         101.   CLCV states that the California Constitution speaks for itself.  CLCV further states

11   that the allegations in paragraph 101 offer a legal conclusion and therefore do not require an answer.

12   To the extent an answer is required, CLCV denies the allegations in paragraph 101.

13         102.   CLCV states that source quoted in paragraph 102 speaks for itself.  CLCV further

14   states that the allegations in paragraph 102 offer a legal conclusion and therefore do not require an

15   answer.  To the extent an answer is required, CLCV denies the allegations.

16         103.   CLCV states that the allegations in paragraph 103 offer a legal conclusion and

17   therefore do not require an answer.  To the extent an answer is required, CLCV denies the

18   allegations.

19         104.   CLCV lacks sufficient information and knowledge to admit or deny the allegations

20   in paragraph 104, and denies the allegations on that basis.

21         105.   CLCV states that the statute quoted in paragraph 105 speaks for itself.  CLCV further

22   states that the allegations in paragraph 105 offer a legal conclusion and therefore do not require an

23   answer.  To the extent an answer is required, CLCV denies the allegations.

24         106.   CLCV states that the statute quoted in paragraph 106 speaks for itself.  CLCV further

25   states that the allegations in paragraph 106 offer a legal conclusion and therefore do not require an

26   answer.  To the extent an answer is required, CLCV denies the allegations.

27         107.   CLCV states that the sources quoted and cited in paragraph 107 speak for

28   themselves.  CLCV further states that the allegations in paragraph 107 offer a legal conclusion and

1  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

2  allegations in paragraph 107.

3         108.    CLCV states that the allegations in paragraph 108 offer a legal conclusion and

4  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

5  allegations in paragraph 108.

6         109.    CLCV states that the allegations in paragraph 109 offer a legal conclusion and

7  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

8  allegations in paragraph 109.

9         110.    CLCV states that the sources quoted and cited in paragraph 110 speak for

10 themselves.  CLCV further states that the allegations in paragraph 110 offer a legal conclusion and

11 therefore do not require an answer.  To the extent an answer is required, CLCV denies the

12 allegations in paragraph 110.

13        111.    CLCV denies the allegations contained in paragraph 111 to the extent that they rely

14 on a quotation from an unidentified source.  CLCV further states that the remaining sources quoted

15 and cited in paragraph 111 speak for themselves.  CLCV further states that the allegations in

16 paragraph 111 offer a legal conclusion, and therefore do not require an answer.  To the extent an

17 answer is required, CLCV denies the allegations in paragraph 111.

18        112.    CLCV states that the allegations in paragraph 112 offer a legal conclusion, and

19 therefore do not require an answer.  To the extent an answer is required, CLCV denies the

20 allegations in paragraph 112.

21        113.    CLCV states that the statutes quoted in paragraph 113 speak for themselves.  CLCV

22 further states that the allegations in paragraph 113 offer a legal conclusion and therefore do not

23 require an answer.  To the extent an answer is required, CLCV refers the Court to the quoted

24 statutes and otherwise denies the allegations.

25        114.    CLCV states that the statute quoted in paragraph 114 speaks for itself.  CLCV further

26 states that the allegations in paragraph 113 offer a legal conclusion and therefore do not require an

27 answer.  To the extent an answer is required, CLCV refers the Court to the quoted statutes and

28 otherwise denies the allegations.

115.   CLCV admits that California is presently in a declared state of emergency.  Except as so admitted, CLCV states that the allegations in paragraph 115 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 115.

116.   CLCV states that the sources quoted in paragraph 116 speak for themselves.  CLCV further states that the allegations in paragraph 116 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 115.

117.   CLCV admits that California is currently in the process of reopening.  CLCV denies that the Governor's decisions establish that California will not still be under a state of emergency in November.  Except as so admitted and denied, CLCV lacks sufficient information and knowledge to admit or deny the remaining allegations in paragraph 117, and denies the remaining allegations on that basis.

118.   CLCV lacks sufficient information and knowledge to admit or deny the allegations in paragraph 118, and denies the remaining allegations on that basis.

119.   CLCV states that the statute quoted in paragraph 119 speaks for itself.  CLCV further states that the allegations in paragraph 119 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 119.

120.   CLCV states that the sources cited and quoted in paragraph 120 speak for themselves CLCV further states that the allegations in paragraph 120 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the cited sources and otherwise denies the allegations in paragraph 120.

121.   CLCV states that the allegations in paragraph 121 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 121.

122.   CLCV states that the Executive Order quoted in paragraph 122 speaks for itself.  CLCV further states that the allegations in paragraph 122 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV refers the Court to the Executive

1    Order and otherwise denies the allegations in paragraph 122.

2         123.    CLCV denies the allegations contained in paragraph 123 to the extent that they rely

3    on a quotation from an unidentified source.  CLCV further states that the allegations in paragraph

4    123 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is

5    required, CLCV denies the allegations in paragraph 123.

6         124.    CLCV states that the allegations in paragraph 124 offer a legal conclusion and

7    therefore do not require an answer.  To the extent an answer is required, CLCV denies the

8    allegations in paragraph 124.

9         125.    CLCV states that the allegations in paragraph 125 offer a legal conclusion and

10    therefore do not require an answer.  To the extent an answer is required, CLCV denies the

11    allegations in paragraph 125.

12         126.    CLCV states that the sources cited and quoted in paragraph 126 speak for

13    themselves.  CLCV further states that the allegations in paragraph 126 offer a legal conclusion and

14    therefore do not require an answer.  To the extent an answer is required, CLCV denies the

15    allegations in paragraph 126.

16         127.    CLCV states that the source quoted in paragraph 127 speaks for itself.  CLCV further

17    states that the allegations in paragraph 127 offer a legal conclusion and therefore do not require an

18    answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 127.

19         128.    CLCV states that the allegations in paragraph 128 offer a legal conclusion and

20    therefore do not require an answer.  To the extent an answer is required, CLCV denies the

21    allegations in paragraph 128.

22         129.    CLCV states that the sources quoted in paragraph 129 speak for themselves.  CLCV

23    further states that the allegations in paragraph 129 offer a legal conclusion and therefore do not

24    require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph

25    129.

26         130.    CLCV states that the source quoted in paragraph 130 speaks for itself.  CLCV further

27    states that the allegations in paragraph 130 offer a legal conclusion and therefore do not require an

28    answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 130.

131.   CLCV states that the sources cited and quoted in paragraph 131 speak for themselves.  CLCV further states that the allegations in paragraph 131 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 131.

132.   CLCV states that the source quoted in paragraph 132 speaks for itself.  CLCV further states that the allegations in paragraph 132 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 132.

133.   CLCV states that the allegations in paragraph 133 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 133.

134.   CLCV denies the allegations in paragraph 134.

135.   CLCV denies allegations in paragraph 135.

136.   CLCV denies the allegations in paragraph 136.

137.   CLCV states that the sources cited and quoted in paragraph 137 speak for themselves.  CLCV further states that the allegations in paragraph 137 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 137.

138.   CLCV states that the sources quoted in paragraph 138 speak for themselves.  CLCV further states that the allegations in paragraph 138 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 138.

139.   CLCV states that the source cited in paragraph 139 speaks for itself.  CLCV further states that the allegations in paragraph 139 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 139.

140.   CLCV denies the allegations in paragraph 140.

141.   CLCV denies the allegations in paragraph 141.

142.   CLCV denies the allegations in paragraph 142.

1

**CAUSES OF ACTION**

2

**COUNT I**

3

**Violation of the Elections Clause (42 U.S.C. § 1983)**

4       143.    CLCV incorporates its responses to all prior allegations.

5       144.    CLCV states that the allegations in paragraph 144 offer a legal conclusion and

6   therefore do not require an answer.  To the extent an answer is required, CLCV denies the

7   allegations in paragraph 144.

8       145.    CLCV states that the allegations in paragraph 145 offer a legal conclusion and

9   therefore do not require an answer.  To the extent an answer is required, CLCV denies the

10  allegations in paragraph 145.

11      146.    CLCV states that the allegations in paragraph 146 offer a legal conclusion and

12  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

13  allegations in paragraph 146.

14      147.    CLCV states that the allegations in paragraph 147 offer a legal conclusion and

15  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

16  allegations in paragraph 147.

17      148.    CLCV states that the allegations in paragraph 148 offer a legal conclusion and

18  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

19  allegations in paragraph 148.

20      149.    CLCV denies the allegations in paragraph 149.

21      150.    CLCV states that the allegations in paragraph 150 offer a legal conclusion and

22  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

23  allegations in paragraph 150.

24

**COUNT II**

25

**Violation of the Electors Clause (42 U.S.C. § 1983)**

26      151.    CLCV incorporates its responses to all prior allegations.

27      152.    CLCV states that the allegations in paragraph 152 offer a legal conclusion and

28  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

allegations in paragraph 152.

153.    CLCV states that the allegations in paragraph 153 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 153.

154.    CLCV states that the allegations in paragraph 154 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 154.

155.    CLCV states that the allegations in paragraph 155 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 155.

156.    CLCV states that the allegations in paragraph 156 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 156.

157.    CLCV denies the allegations in paragraph 157.

158.    CLCV states that the allegations in paragraph 158 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 158.

**COUNT III**

**Violation of the Right to Vote (42 U.S.C. § 1983)**

159.    CLCV incorporates its responses to all prior allegations.

160.    CLCV states that the allegations in paragraph 160 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 160.

161.    CLCV states that the sources cited in paragraph 161 speak for themselves.  CLCV further states that the allegations in paragraph 161 offer a legal conclusion and therefore do not require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph 161.

162.    CLCV states that the allegations in paragraph 162 offer a legal conclusion and

17

1   therefore do not require an answer.  To the extent an answer is required, CLCV denies the

2   allegations in paragraph 162.

3        163.    CLCV denies the allegations in paragraph 163.

4        164.    CLCV states that the allegations in paragraph 164 offer a legal conclusion and

5   therefore do not require an answer.  To the extent an answer is required, CLCV denies the

6   allegations in paragraph 164.

7                                    **COUNT IV**

8              **Violation of the Equal Protection Clause (42 U.S.C. § 1983)**

9        165.    CLCV incorporates its responses to all prior allegations.

10       166.    CLCV states that the sources cited in paragraph 166 speak for themselves.  CLCV

11  further states that the allegations in paragraph 166 offer a legal conclusion and therefore do not

12  require an answer.  To the extent an answer is required, CLCV denies the allegations in paragraph

13  166.

14       167.    CLCV states that the Executive Order quoted in paragraph 167 speaks for itself.

15  CLCV further states that the allegations in paragraph 167 offer a legal conclusion and therefore do

16  not require an answer.  To the extent an answer is required, CLCV denies the allegations in

17  paragraph 167.

18       168.    CLCV states that the allegations in paragraph 168 offer a legal conclusion and

19  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

20  allegations in paragraph 168.

21       169.    CLCV denies the allegations in paragraph 169.

22       170.    CLCV states that the allegations in paragraph 170 offer a legal conclusion and

23  therefore do not require an answer.  To the extent an answer is required, CLCV denies the

24  allegations in paragraph 170.

25       **WHEREFORE,** CLCV asks this Court to enter judgment in its favor and against Plaintiffs;

26  and to provide such other and further relief as the Court deems just and proper.

27

28

Dated:  June 12, 2020

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ Trenton H. Norris
      TRENTON H. NORRIS
      Trent.Norris@arnoldporter.com
      GILBERT R. SEROTA
      gilbert.serota@arnoldporter.com
      BEN HALBIG
      ben.halbig@arnoldporter.com
      Three Embarcadero Center, 10th Floor
      San Francisco, CA  94111-4024
      Telephone:  415.471.3100
      Facsimile:   415.471.3400

      JOHN A. FREEDMAN[*]
      John.Freedman@arnoldporter.com
      601 Massachusetts Ave, NW
      Washington, DC  20001
      Telephone: 202.942.5000
      Facsimile: 202.942.5999

BRENNAN CENTER FOR JUSTICE
  at NYU SCHOOL OF LAW
MYRNA PÉREZ[*]
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER*
eliza.sweren-becker@nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone: 646.292.8310
Facsimile:  212.463.7308

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS and
CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND

*Application for admission pro hac vice forthcoming

**ATTESTATION PURSUANT TO LOCAL RULE 504.3.4**

     This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

/s/ Trenton H. Norris         <br>TRENTON H. NORRIS         