# Exhibit 2

ARNOLD & PORTER KAYE SCHOLER LLP
TRENTON H. NORRIS (SBN 164781)
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
BEN HALBIG (SBN 321523)
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:     415.471.3100
Facsimile:      415.471.3400

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS
and CALIFORNIA LEAGUE OF CONSERVATION
VOTERS EDUCATION FUND

*Additional Attorneys for Proposed Defendant-Intervenors listed on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, *et al.*, <br><br>  Defendants. | Case No. 2:20-cv-01055-MCE-CKD <br><br> **DECLARATION OF MARY CREASMAN IN SUPPORT OF RULE 24 MOTION TO INTERVENE OF CALIFORNIA LEAGUE OF CONSERVATION VOTERS AND CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND** |
|---|---|

BRENNAN CENTER FOR JUSTICE
  at NYU SCHOOL OF LAW
MYRNA PÉREZ[*]
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER[*]
eliza.sweren-becker@nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone:   646.292.8310
Facsimile:    212.463.7308

ARNOLD & PORTER KAYE SCHOLER LLP
JOHN A. FREEDMAN[*]
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC  20001
Telephone:   202.942.5000
Facsimile:    202.942.5999

*Application for admission pro hac vice forthcoming*

I, Mary Creasman, declare as follows

1. I am over the age of 18, make this declaration from my personal knowledge, and if called upon to do so, could and would competently testify to the matters set forth herein in a court of law.

2. I am the Chief Executive Officer of the California League of Conservation Voters (the "League") and the California League of Voters Education Fund, (the "Fund," collectively with the League, "CLCV"). I have served in this capacity since August 2018.

3. The League is a 501(c)(4) non-profit, nonpartisan grassroots advocacy organization incorporated and headquartered in California. Founded in 1972, the League is dedicated to empowering Californians to impact climate change by participating in the democratic process.

4. The Fund is a 501(c)(3) non-profit, nonpartisan educational organization incorporated and headquartered in California. Founded in 1996, the Fund works through programs focused on voter engagement and mobilization, issue advocacy, legislative education, and research and opinion polling to provide the public, policymakers, and environmental advocates with the resources they need to make California's air, water, and natural resources cleaner and greener through the democratic process.

5. CLCV has offices and staff in Oakland, Los Angeles, and Sacramento, and staff in Fresno.

6. CLCV serves more than 150,000 members located throughout California, including many registered and eligible voters.

7. CLCV works to support its mission by taking steps to ensure that all eligible persons in California -- whether they have registered as a Democrat, Republican or independent -- have an equal opportunity to register to vote, vote for the candidate of their choice, and ensure their vote is counted. Towards this end, CLCV staff and volunteers assist Californians statewide in registering to vote and mobilizing voters to cast their ballots.

8. CLCV has advocated for numerous policies and legislations that ease the process for Californians to register to vote and cast their ballots. By way of example, in 2018 and 2019, CLCV successfully fought for the passage of AB 216, providing for pre-paid return envelopes with all

1

DECLARATION OF MARY CREASMAN IN SUPPORT OF RULE 24
MOTION TO INTERVENE OF CLCV AND CLCVEF                    CASE NO. 2:20-CV-01055-MCE-CKD

1  mail-in ballots, SB 72, which expanded access to same day voter registration, and AB 59, which
2  expanded access to voting for college students.

3      9.    This year, CLCV is advocating for the passage of ACA 8, a proposed constitutional
4  amendment that would lower the voting age in California to 17, and ACA 6, an amendment that
5  would restore voting rights to every person on parole in California.

6      10.    A key aspect of CLCV's voting rights advocacy has been its efforts to expand and
7  ease the ability of registered Californians to cast their ballots by mail.

8      11.    CLCV has long been a proponent of mail voting because it encourages participation
9  in elections by decreasing the burden of casting a ballot, particularly for vulnerable Californians
10 who may not have the means or physical ability to travel to a polling station.

11     12.    CLCV successfully advocated for the passage of the California Voter's Choice Act
12 in 2016, which enabled all California counties to adopt vote-by-mail programs where all registered
13 voters received ballots.

14     13.    In response to the COVID-19 pandemic, CLCV has committed its resources to
15 ensuring that Californians' ability to vote safely in the November 2020 general election, including
16 by calling on Defendants to take the action challenged here: to proactively send ballots to every
17 registered voter in the state.

18     14.    In my capacity as CLCV's Chief Executive Officer, I sent a letter to Governor
19 Newsom and Secretary Padilla on April 16, 2020 urging them to mail ballots to all registered voters
20 in the state. In addition, I called on Defendants to adopt other measures to ensure voter safety in
21 light of the global pandemic, including (1) expansion of the number of polling locations to reduce
22 lines and wait times on election day and to ensure there is adequate support for voters who need
23 assistance, (2) expansion of use of ballot drop boxes, and (3) funding these initiatives.

24     15.    CLCV was also part of a coalition that created a petition calling on state lawmakers
25 to expand vote-by-mail and adopt other measures to promote voter safety in the 2020 general
26 election.

27     16.    CLCV staff members and volunteers also participated in over two dozen meetings
28 with Governor Newsom and Secretary Padilla's offices, state legislators, and other key stake

holders urging them to ensure access to mail voting for all registered voters in the 2020 general election.

17. CLCV helped organize a coalition of grassroots and advocacy organizations that called on Defendants to adopt the Executive Order at issue in this litigation. As a member of this coalition, CLCV is presently advocating for the passage of Assembly Bill 860, which would codify the Order into a state statute.

18. CLCV has faced opposition from the state regarding many of its policy recommendations for how to ensure voter participation in the November 2020 election. For example, Secretary Padilla and Governor Newsom's offices had concerns about CLCV's proposal to increase the number of polling stations and ballot drop boxes, and increase the opportunity for public participation in changes being made to the electoral process to ensure voter safety.

19. CLCV would be directly impacted if the Plaintiffs are successful in invalidating the Executive Order and impeding vote-by-mail. CLCV would be forced to divert resources to develop and execute new plans to educate voters as to the availability of vote-by-mail, assist voters to apply to vote-by-mail, and reconfigure its get-out-the-vote program to place additional emphasis on in person election day voting, all while California scrambles to develop adequate protections for voters. In addition, CLCV would have to redouble its efforts to advocate for alternative measures to protect voter safety at the polls. CLCV would also have to expend additional resources to educate voters on how to reduce the risk of COVID-19 exposure at polling places.

20. In addition to its work to promote and protect Californians' ability to cast their ballots, CLCV regularly participates in California's ballot initiative and referendum process. As a result of CLCV's engagement with various statewide referenda, CLCV has an interest in making sure that Californians maintain the ability to enact democracy reforms directly through that process.

21. CLCV is also an active participant in California's Citizens Redistricting Commission, which became the state entity responsible for establishing California's congressional districts after California voters passed Proposition 20. CLCV's participation in the Commission's redistricting processes is part of CLCV's core mission to ensure that ability of Californians to advocate on behalf of environmental issues by participating in the democratic process.

22. CLCV staff, volunteers, and members have testified before commissioners on behalf of environmental communities of interest, such as watersheds, wetlands, foothills, desert, coastal, and rural communities, and communities disparately affected by pollution and climate impacts to ensure that those communities' voices are reflected and protected on California's legislative districting map.  In 2019, many CLCV members applied to become commissioners to further ensure the protection of all voices among California's congressional districts.

23. As a result of the substantial investment of time and energy that CLCV and its members have invested in engaging with the Redistricting Commission, CLCV has a strong interest in protecting the Commission's authority.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 12th day of June, 2020.

*Mary Creasman*
Mary Creasman (Jun 12, 2020 17:27 PDT)
MARY CREASMAN