ARNOLD & PORTER KAYE SCHOLER LLP
TRENTON H. NORRIS (SBN 164781)
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
BEN HALBIG (SBN 321523)
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:     415.471.3100
Facsimile:      415.471.3400

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS
and CALIFORNIA LEAGUE OF CONSERVATION
VOTERS EDUCATION FUND

*Additional Attorneys for Proposed Defendant-Intervenors listed on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM *et al.*,<br><br>                Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AS DEFENDANTS OF CALIFORNIA LEAGUE OF CONSERVATION VOTERS AND CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND**<br><br>Date:         July 23, 2020<br>Time:        2:00 p.m.<br>Courtroom:  7<br>Judge:       Hon. Morrison C. England, Jr. |

BRENNAN CENTER FOR JUSTICE
  at NYU SCHOOL OF LAW
MYRNA PÉREZ[*]
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER
eliza.sweren-becker@brennan.law.nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone:   646.292.8310
Facsimile::   212.463.7308

ARNOLD & PORTER KAYE SCHOLER LLP
JOHN A. FREEDMAN[*]
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC  20001
Telephone:   202.942.5000
Facsimile:   202.942.5999

*Application for admission pro hac vice forthcoming*

Now before the Court is California League of Conservation Voters and California League of Conservation Voters Education Fund's Motion to Intervene as Defendants. Having considered the Motion and the pleadings and papers on file in this action, the Court hereby GRANTS the Motion.

IT IS SO ORDERED.

Dated: _____

_____
HON. MORRISON C. ENGLAND, JR.
Senior United States District Judge