ARNOLD & PORTER KAYE SCHOLER LLP
TRENTON H. NORRIS (SBN 164781)
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
BEN HALBIG (SBN 321523)
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:     415.471.3100
Facsimile:      415.471.3400

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS
and CALIFORNIA LEAGUE OF CONSERVATION
VOTERS EDUCATION FUND

*Additional Attorneys for Proposed Defendant-Intervenors listed on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>                          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>                          Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**REQUEST AND [PROPOSED] ORDER TO EXPEDITE BRIEFING SCHEDULE ON MOTION TO INTERVENE** |

BRENNAN CENTER FOR JUSTICE
  at NYU SCHOOL OF LAW
MYRNA PÉREZ[*]
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER[*]
eliza.sweren-becker@nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone:    646.292.8310
Facsimile:    212.463.7308

ARNOLD & PORTER KAYE SCHOLER LLP
JOHN A. FREEDMAN[*]
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC  20001
Telephone:    202.942.5000
Facsimile:    202.942.5999

*Application for admission pro hac vice forthcoming

Pursuant to Local Rule 144(e), Proposed Defendant-Intervenors California League of Conservation Voters and California League of Conservation Voters Education Fund (together, "Proposed Defendant-Intervenors") respectfully request that this Court enter an expedited briefing schedule on Proposed Defendant-Intervenors' concurrently filed Motion to Intervene as Defendants (the "Motion").  The justification for Proposed Defendant-Intervenors' Request is set forth in the concurrently filed Declaration of Benjamin Halbig, as required by Local Rule 144(e).

As discussed in the Motion, Proposed Defendant-Intervenors satisfy the requirements for intervention as a right and permissive intervention under Federal Rule of Civil Procedure 24.  The deadline for Defendants' motion to dismiss is fast approaching, and the Court has set a briefing schedule for Plaintiffs' motion for preliminary injunction that would require an opposition from Proposed Intervenors be filed by Thursday, June 25, 2020, prior to the Motion's notice hearing date of Thursday, July 23, 2020.  Expeditious resolution of the Motion would therefore serve the interests of judicial efficiency and ensure that Proposed Defendant-Intervenors are able to protect their rights and interests and assist the Court.

Accordingly, Proposed Defendant-Intervenors respectfully request the following schedule:

- Any responses to Proposed Defendant-Intervenors' Motion to Intervene shall be filed on or before Wednesday, June 17, 2020; and

- Proposed Defendant-Intervenors shall file a reply on or before Friday, June 19, 2020.

However, if the Court believes it would assist with the management of this case, Proposed Defendant-Intervenors are prepared to adhere to the schedule set forth in the Court's June 11, 2020 order pertaining to the motion of other proposed defendant-intervenors.  *See* ECF. No. 43.

Dated: June 12, 2020

Respectfully submitted,

| | |
|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | BRENNAN CENTER FOR JUSTICE at NYU SCHOOL OF LAW |
| By: /s/ *Trenton H. Norris* <br> TRENTON H. NORRIS <br> Trent.Norris@arnoldporter.com <br> GILBERT R. SEROTA (SBN 75305) <br> Gilbert.Serota@arnoldporter.com <br> BEN HALBIG (SBN 321523) <br> Ben.Halbig@arnoldporter.com <br> Three Embarcadero Center, 10th Floor <br> San Francisco, CA  94111-4024 <br> Telephone:   415.471.3100 <br> Facsimile:    415.471.3400 <br><br> JOHN A. FREEDMAN[*] <br> John.Freedman@arnoldporter.com <br> 601 Massachusetts Ave, NW <br> Washington, DC  20001 <br> Telephone:   202.942.5000 <br> Facsimile:    202.942.5999 | MYRNA PÉREZ[*] <br> myrna.perez@nyu.edu <br> ELIZA SWEREN-BECKER[*] <br> eliza.sweren-becker@nyu.edu <br> 120 Broadway, Suite 1750 <br> New York, NY  10271 <br> Telephone:   646.292.8310 <br> Facsimile:    212.463.730 |

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS and
CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND

*\*Application for admission pro hac vice forthcoming*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

/s/ *Trenton H. Norris*
TRENTON H. NORRIS

**CERTIFICATE OF SERVICE**

I, Trenton H. Norris, hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing document(s) via the Court's CM/ECF system on June 12, 0202.

/s/ *Trenton H. Norris*
TRENTON H. NORRIS