ARNOLD & PORTER KAYE SCHOLER LLP
TRENTON H. NORRIS (SBN 164781)
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
BEN HALBIG (SBN 321523)
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:     415.471.3100
Facsimile:      415.471.3400

Attorney for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS
and CALIFORNIA LEAGUE OF CONSERVATION
VOTERS EDUCATION FUND

*Additional Attorneys for Proposed Defendant-Intervenors listed on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al*.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, *et al*.,<br><br>                    Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**AFFIDAVIT OF BEN HALBIG IN SUPPORT OF THE REQUEST TO EXPEDITE BRIEFING SCHEDULE ON A MOTION TO INTERVENE** |

BRENNAN CENTER FOR JUSTICE
  at NYU SCHOOL OF LAW
MYRNA PÉREZ[*]
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER[*]
eliza.sweren-becker@nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone:    646.292.8310
Facsimile:    212.463.7308

ARNOLD & PORTER KAYE SCHOLER LLP
JOHN A. FREEDMAN[*]
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC  20001
Telephone:    202.942.5000
Facsimile:    202.942.5999

*Application for admission pro hac vice forthcoming*

I, Ben Halbig, declare as follows:

1. I am an attorney at the law firm of Arnold & Porter, counsel for Proposed Defendant Intervenors California League of Conservation Voters and California League of Conservation Voters Education Fund (collectively "Proposed Intervenor-Defendants"). I am admitted to practice law in the state of California and in the United States District Court for the Eastern District of California.

2. Pursuant to Local Rule 144(e), I submit this affidavit in support of Proposed Defendant-Intervenors' Request to Expedite Briefing of their concurrently-filed Motion to Intervene as Defendants (the "Motion").

3. The Court has set a briefing schedule on Plaintiffs' motion for a preliminary injunction, which would require an opposition by Proposed Defendant-Intervenors by June 25, 2020, almost a month before the noticed hearing date on their Motion to Intervene.

4. Expeditious resolution of the motion would serve the interest of judicial efficiency and ensure the Proposed Defendant-Intervenors are able to protect their rights and interests and assist the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 12th day of June, 2020 in San Francisco, California.

/s/ *Ben Halbig*
BEN HALBIG