ARNOLD & PORTER KAYE SCHOLER LLP
TRENTON H. NORRIS (SBN 164781)
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
BEN HALBIG (SBN 321523)
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS
and CALIFORNIA LEAGUE OF CONSERVATION
VOTERS EDUCATION FUND

*Additional Attorneys for Proposed Defendant-Intervenors listed on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO EXPEDITE BRIEFING SCHEDULE ON MOTION TO INTERVENE** |

BRENNAN CENTER FOR JUSTICE
  at NYU SCHOOL OF LAW
MYRNA PÉREZ[*]
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER[*]
eliza.sweren-becker@nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone:    646.292.8310
Facsimile:    212.463.7308

ARNOLD & PORTER KAYE SCHOLER LLP
JOHN A. FREEDMAN[*]
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC  20001
Telephone:    202.942.5000
Facsimile:    202.942.5999

*Application for admission pro hac vice forthcoming

Now before the Court is Proposed Defendant-Intervenors California League of Conservation Voters and California League of Conservation Voters Education Fund (together, "Proposed Defendant-Intervenors") Request to Expedite Briefing Schedule. Having considered Proposed Defendant-Intervenors' request and the pleadings and papers on file in this action, the Court hereby GRANTS the Request.

Accordingly, the briefing schedule is as follows:

- Any responses to Proposed Defendant-Intervenors' Motion to Intervene shall be filed on or before Wednesday, June 17, 2020; and

- Proposed Defendant-Intervenors shall file a reply on or before Friday, June 19, 2020.

IT IS SO ORDERED.

Dated: _____

HON. MORRISON C. ENGLAND, JR.
Senior United States District Judge

[PROPOSED] ORDER GRANTING REQUEST TO EXPEDITE
BRIEFING SCHEDULE ON MOTION TO INTERVENE         CASE NO. 2:20-cv-01055-MCE-CKD