**ARNOLD & PORTER KAYE SCHOLER LLP**
TRENTON H. NORRIS (SBN 164781)
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
BEN HALBIG (SBN 321523)
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:	415.471.3100
Facsimile:	415.471.3400

Attorneys for Proposed Defendant-Intervenors
CALIFORNIA LEAGUE OF CONSERVATION VOTERS
and CALIFORNIA LEAGUE OF CONSERVATION
VOTERS EDUCATION FUND

*Additional Attorneys for Proposed Defendant-Intervenors listed on next page*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>CALIFORNIA LEAGUE OF CONSERVATION VOTERS and CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND,<br><br>　　　　Proposed Defendant-Intervenors. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**NOTICE OF APPEARANCE OF BEN HALBIG AS COUNSEL FOR [PROPOSED] DEFENDANT-INTERVENORS CALIFORNIA LEAGUE OF CONSERVATION VOTERS AND CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND** |

**BRENNAN CENTER FOR JUSTICE**
  **at NYU SCHOOL OF LAW**
MYRNA PÉREZ[*]
myrna.perez@nyu.edu
ELIZA SWEREN-BECKER[*]
eliza.sweren-becker@nyu.edu
120 Broadway, Suite 1750
New York, NY  10271
Telephone:     646.292.8310
Facsimile:      212.463.7308

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN[*]
John.Freedman@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC  20001
Telephone:     202.942.5000
Facsimile:      202.942.5999

*Application for admission pro hac vice forthcoming*

PLEASE TAKE NOTICE that Ben Halbig of Arnold & Porter Kaye Scholer LLP is admitted to practice before this Court, and hereby appears in this case as counsel for Proposed Defendant-Intervenors California League of Conservation Voters and California League of Conservation Voters Education Fund.

Dated: June 15, 2020.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Ben Halbig*
    BEN HALBIG

TRENTON H. NORRIS
Trent.Norris@arnoldporter.com
GILBERT R. SEROTA
Gilbert.Serota@arnoldporter.com
BEN HALBIG
Ben.Halbig@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone:  415.471.3100
Facsimile:   415.471.3400

*Attorneys for Proposed Defendant-Intervenors*
California League of Conservation Voters and
California League of Conservation Voters
Education Fund

**CERTIFICATE OF SERVICE**

I, Ben Halbig, hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing document(s) via the Court's CM/ECF system on June 15, 2020.

/s/ *Ben Halbig*
BEN HALBIG