# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 15, 2020

Re: Mr. Chad Wilson Dunn, State Bar Number 24036507

To Whom It May Concern:

This is to certify that Mr. Chad Wilson Dunn was licensed to practice law in Texas on November 06, 2002, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167