Bryan K. Weir (SBN: 310964)
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE and DEMOCRATIC PARTY OF CALIFORNIA,<br><br>Intervenor-Defendants. | No. 2:20-cv-01055-MCE-CKD<br><br>**PLAINTIFFS' RESPONSE TO PUBLIC INTEREST LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

1  Plaintiffs consent to the Public Interest Legal Foundation's motion for leave to file an amicus brief. Indeed, the Foundation's approach is a model for how the other seven groups who have moved to intervene should participate in this case. *See* Doc. 45 ¶ 9 ("Mindful of the Court's limited judicial resources, PILF does not seek to intervene as a party or receive any oral argument time. PILF wishes merely to direct the Court to concrete factual matters bearing on the issues presented.").

Respectfully submitted,

Dated: June 15, 2020

/s/ Bryan K. Weir
Bryan K. Weir (SBN: 310964)
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

*Admitted pro hac vice

# CERTIFICATE OF SERVICE

I electronically filed this response with the Clerk of the Court using the CM/ECF system, which will electronically notify all persons requiring notice.

Dated: June 15, 2020

/s/ Bryan K. Weir
Bryan K. Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423