Bryan K. Weir (SBN: 310964)
Thomas R. McCarthy*
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE and DEMOCRATIC PARTY OF CALIFORNIA,<br><br>Intervenor-Defendants. | No. 2:20-cv-01055-MCE-CKD<br><br>**PLAINTIFFS' OPPOSITION TO THE MOTIONS TO INTERVENE BY THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS, CALIFORNIA LEAGUE OF UNITED LATIN AMERICAN CITIZENS, CALIFORNIA LEAGUE OF CONSERVATION VOTERS, AND CALIFORNIA LEAGUE OF CONSERVATION VOTERS EDUCATION FUND**<br><br>JUDGE: Hon. Morrison C. England, Jr. |

As Plaintiffs recently stated, they "oppose the intervention of any additional defendants." Doc. 53 at 2. For the same reasons this Court should deny permissive intervention to the other advocacy groups, *see* Doc. 53, this Court should deny permissive intervention to the League of United Latin American Citizens, California League of United Latin American Citizens, California League of Conservation Voters, and California League of Conservation Voters Education Fund. These groups should file amicus briefs instead.

While most of these advocacy groups (wisely) do not ask for intervention as of right, the California League movants do. *See* Doc. 48-1 at 10-21. But they cannot possibly satisfy the requirements of Rule 24(a)(2). Their interest in promoting mail voting, Doc. 48-1 at 13-14, is already fully represented by the Democratic Party. *See* Doc. 53 at 2. And their interest in protecting California's referendum and initiative processes, Doc. 48-1 at 15, is not remotely threatened by this litigation. This case does not involve a referendum or initiative enacted by the people of California; it involves an *executive order* issued by the Governor alone. Executive orders are not laws promulgated by "the Legislature," U.S. Const. Art. I, §4, cl. 1; Art. II, §1, cl. 2—even if referenda and initiatives are (a question that Plaintiffs have not raised, briefed, or argued because it's irrelevant to this case).

This Court should deny the pending motions to intervene and instead permit the movants to participate as amici.

Respectfully submitted,

Dated: June 17, 2020

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

 /s/ Bryan K. Weir
Bryan K. Weir (SBN: 310964)
Thomas R. McCarthy*
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Admitted pro hac vice

Plaintiffs' Opposition
to Motions to Intervene

1

# CERTIFICATE OF SERVICE

I electronically filed this opposition with the Clerk of the Court using the CM/ECF system, which will electronically notify all persons requiring notice.

Dated: June 17, 2020

/s/ *Bryan K. Weir*
Bryan K. Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423