# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al. <br> *Plaintiff* <br> v. <br> GAVIN NEWSOM, et al. <br> *Defendant* | Case No.   2:20-cv-01055-MCE-CKD |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Gavin Newsom and Alex Padilla.

Date:     06/11/2020

/s/ Jay C. Russell
*Attorney's signature*

Jay C. Russell, SBN 122626
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
*Address*

Jay.Russell@doj.ca.gov
*E-mail address*

(415) 510-3617
*Telephone number*

(415) 703-5843
*FAX number*

## CERTIFICATE OF SERVICE

Case Name:  *Republican National Committee,*   Case No. **2:20-cv-01055-MCE-CKD**
*et al. v. Gavin Newsom, et al.*

I hereby certify that on June 18, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **APPEARANCE OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 18, 2020, at San Francisco, California.

| M. Mendiola | /s/ M. Mendiola |
|---|---|
| Declarant | Signature |

SA2020301369
42233904.docx