# EXHIBIT 2

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA



EXECUTIVE ORDER NO. W-29-92

I, PETE WILSON, Governor of the State of California, having declared a State of Emergency within the County of Los Angeles and at the request of the Secretary of State on behalf of the Los Angeles Registrar-Recorder/County Clerk, hereby invoke and promulgate the following emergency orders pursuant to Government Code section 8571.

1. Operation of Elections Code sections 301 and 305 is temporarily suspended until May 8, 1992.

2. The Registrar-Recorder/County Clerk of Los Angeles shall accept as timely filed and effective for the June 2, 1992 Primary Election any properly completed affidavit of registration by any citizen of Los Angeles County that is actually received by mail or otherwise by the Office of the Registrar-Recorder/County Clerk by 5:00 p.m. on Friday, May 8, 1992.

These orders shall take effect immediately and shall only be effective within the County of Los Angeles.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 4th day of May, 1992

*Pete Wilson*
Governor of California



ATTEST: *March Fong Eu*

Secretary of State

MAY 0 4 1992