# EXHIBIT 5

# EXECUTIVE ORDER S-19-09

09/01/2009

**WHEREAS** on August 31, 2009 I issued Executive Order S-17-09, which suspended certain provisions of the Elections Code to facilitate voting by firefighters and other emergency service workers who are away from their homes fighting wildfires, and who therefore may find it difficult or impossible to vote in the special elections of September 1, 2009; and

**WHEREAS** some of these firefighters and other workers may not be able to reach a polling place until after 8:00 p.m., when the polls typically close; and

**WHEREAS** it is therefore appropriate to keep certain polling places open after 8:00 p.m., and to set a uniform time for extended voting.

**NOW, THEREFORE, I, ARNOLD SCHWARZENEGGER**, Governor of the State of California, by virtue of the power and authority vested in me by the Constitution and statutes of the State of California, including Government Code section 8571, hereby issue the following order, which shall supplement and be construed in conformity with Executive Order S-17-09:

1.   Notwithstanding Elections Code section 14212, elections officials in the counties of Los Angeles, Mariposa, Monterey, Placer, Riverside, and San Bernardino shall allow firefighters and other emergency workers to cast their ballots in any special election held on September 1, 2009 until 10:00 p.m. on that day, in those areas designated for extended voting by local elections officials.  Those officials shall consult with the Secretary of State, the California Emergency Management Agency, and the California Department of Forestry and Fire Protection in determining which areas to so designate.

2.   In accordance with Elections Code section 15152, election results shall not be released until after 10:00 p.m. on September 1, 2009.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**I FURTHER DIRECT** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given to this Order.



**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 1st day of September 2009.


ARNOLD SCHWARZENEGGER
Governor of California


**ATTEST:**
DEBRA BOWEN
Secretary of State