1    XAVIER BECERRA
     Attorney General of California
2    BENJAMIN M. GLICKMAN
     Supervising Deputy Attorney General
3    JAY C. RUSSELL
     Deputy Attorney General
4    JOHN W. KILLEEN, State Bar No. 258395
     Deputy Attorney General
5      1300 I Street, Suite 125
       P.O. Box 944255
6      Sacramento, CA 94244-2550
       Telephone:  (916) 210-6045
7      Fax:  (916) 324-8835
       E-mail:  John.Killeen@doj.ca.gov
8    *Attorneys for Defendants Gavin Newsom
     and Alex Padilla*

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14
     | | |
     |---|---|
     | **REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,** | No. 2:20-cv-01055-MCE-CKD |
     | Plaintiffs, | **DECLARATION OF JOHN W. KILLEEN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
     | v. | Date: July 16, 2020<br>Time: 10:00 a.m.<br>Dept: Courtroom 7, 14th Floor<br>Judge: The Honorable Morrison C. England |
     | **GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,** | Trial Date: None Set<br>Action Filed: 5/24/2020 |
     | Defendants. | |

1   I, John W. Killeen, declare as follows:

2    1.  I am a Deputy Attorney General with the California Department of Justice and am

3 counsel of record for Defendants California Governor Gavin Newsom and California Secretary of

4 State Alex Padilla.  I have personal knowledge of the matters set forth herein, except those

5 matters stated on information and belief, and would so testify.

6    2.  A true and correct copy of an April 14, 2020 report published by the UCLA

7 Voting Rights Project entitled *Debunking the Myth of Voter Fraud in Mail Ballots*

8 <<https://latino.ucla.edu/wp-content/uploads/2020/04/LPPI-VRP-Voter-Fraud-res.pdf (last

9 accessed June 24, 2020>> is attached hereto as Exhibit A.

10    3.  A true and correct copy of Mike Baker, *The Facts About Mail-In Voting and Voter*

11 *Fraud*, N.Y. Times (June 22, 2020) <<https://www.nytimes.com/article/mail-in-vote-fraud-

12 ballot.html (last accessed June 24, 2020)>> is attached hereto as Exhibit B.

13    4.  A true and correct copy of Amber McReynolds and Charles Stewart III, *Let's Put*

14 *the Vote-by-Mail "Fraud" Myth to Rest*, The Hill (Apr. 28, 2020)

15 <<https://thehill.com/opinion/campaign/494189-lets-put-the-vote-by-mail-fraud-myth-to-rest (last

16 accessed June 24, 2020)>> is attached hereto as Exhibit C.

17    5.  A true and correct copy of Elaine Komarck and Christine Stenglein, *Low Rates of*

18 *Fraud in Vote-by-Mail States Show the Benefits Outweigh the Risks*, Brookings (June 2, 2020)

19 <<https://www.brookings.edu/blog/fixgov/2020/06/02/low-rates-of-fraud-in-vote-by-mail-states-

20 show-the-benefits-outweigh-the-risks/ (last accessed June 24, 2020)>> is attached hereto as

21 Exhibit D.

22    6.  A true and correct copy of FEC Commissioner Ellen L. Weintraub, *Facts About*

23 *Voting by Mail* (May 27, 2020) <<https://www.fec.gov/resources/cms-content/documents/2020-

24 05-27-ELW-Facts-About-Voting-by-Mail.pdf (last accessed June 24, 2020)>> is attached hereto

25 as Exhibit E.

26

27 / / /

28

1

1

2        I declare under penalty of perjury under the laws of the State of California and the United

3    States of America that the foregoing is true and correct, to the best of my knowledge, and that this

4    Declaration was executed on June 25, 2020, in Sacramento, California.

5

6                                                    _____
7                                                          John W. Killeen

8

9

10

11

12

13

14

15

16

17

18

19    SA2020301369
20    34185270.docx

21

22

23

24

25

26

27

28

Declaration of John W. Killeen (2:20-cv-01055-MCE-CKD)

# Exhibit A



# DEBUNKING
## THE MYTH OF VOTER FRAUD
## IN MAIL BALLOTS

Matt Barreto, Chad Dunn, Michael Latner, Tye Rush, Gabriel Sanchez and Sonni Waknin

APRIL 14, 2020



# TABLE OF
# CONTENTS

## 05

**INTRODUCTION**

## 06

**I. VOTER FRAUD IS EXTREMELY RARE AND FRAUD CONCERNS LONGSTANDING**

## 06

**II. MAIL-BASED VOTING FRAUD IS EXTREMELY RARE**

## 08

**III. FRAUD IS INFREQUENT IN STATES THAT USE MAIL-BASED VOTING**

## 10

**IV. REQUIRING IN-PERSON VOTING WILL UNDOUBTEDLY DECREASE CIVIC ENGAGEMENT**

## 11

**V. CONCLUSION**



## INTRODUCTION

As the nation prepares for what most public health experts – including those from the White House – predict will be the peak in Coronavirus infections and casualties, several important political questions are being debated across the nation. At the top of this list is whether states should postpone their primary elections, continue elections through mail-voting or some hybrid system. One thing is clear, what happened in Wisconsin on April 7, 2020, was a disservice to voters that resulted in confusion, risky in-person voting, and thousands of mail ballots delivered to voters too late, or not at all. Coordination, planning, and proper funding are essential to implement free and fair elections. Despite the obvious need for safer and healthier voting options during a global pandemic, some politicians have questioned whether or not vote-by-mail is secure or if it can lead to fraud? The UCLA Voting Rights Project partnered with the University of New Mexico Center for Social Policy and the Union of Concerned Scientists to carefully review the research on vote-by-mail and voter fraud. This brief report addresses this question by drawing from the social science research on mail and absentee voting and what has been learned from states that have been using mail voting exclusively for many years. **We conclude that vote-by-mail does not increase voter fraud and that necessary safeguards are well documented in states that routinely process millions of mail ballots without any voter fraud.**

As previous reports from the UCLA Voting Rights Project have made clear, the public health risks to the voting population who may be required to vote in person are substantial (report here). Even with social distancing and constant disinfection at traditional polling locations, the risk of transmission of COVID-19 through in-person voting are obvious and well documented elsewhere. In fact, the head of the Centers for Disease Control and Prevention (CDC) and other leading officials from the White House have consistently begged the public to stay home and avoid crowds to help flatten the curve and avoid the spread of the virus. Given this context, it was a major surprise to most that government authorities in Wisconsin ignored the national and state emergency declarations, and allowed the state to proceed with in-person voting. Election day images of voters in Milwaukee standing in long lines wearing masks and gloves directly contradicting the strong messaging coming from essentially all health experts to avoid just that type of behavior. There is no doubt that countless more potential voters stayed home to avoid the health risks of in-person voting, effectively losing their right to vote.

While some have argued for national standards on a transition to vote-by-mail, numerous Republican politicians have suggested this voting mechanism is rampant with fraud. President Donald Trump, despite himself having recently voted by mail, has stated: "these (absentee ballots) are different from Mail-In Voting, which is "RIPE for FRAUD," and shouldn't be allowed!" Republican Representative Thomas Massie of Kentucky tweeted that moving to universal vote-by-mail would be "the end of our republic as we know it."

Are mail-in voting systems actually more prone to fraud? Fortunately, this is an empirical question that academics, think tanks, state governments, and the White House itself has studied over time. We draw from this body of work to address a simple question: is there a heightened risk of fraud with voting by mail, and what risk there is, is it greater than the public health risks associated with having voters show up to vote in person? Decades of data, research, and findings suggest vote-by-mail is safe, secure, and will not lead to greater fraud risks.

## I.  VOTER FRAUD IS EXTREMELY RARE AND FRAUD CONCERNS LONGSTANDING

Concerns regarding voter fraud are not new, in fact, voter identification laws are facially rooted in concern over in-person voter fraud. Federal concern over electoral integrity rose in salience after the disputed Presidential election in 2000 and produced the Help America Vote Act (HAVA) of 2002. HAVA sought to replace punch-card voting systems, assist in the administration of federal elections and to "establish minimum election administration standards for States and units of local government" (Pub.L.107-252 §208.b.2). These concerns with voter fraud led to a rise in attempts to empirically measure voter fraud in elections across several entities, including the federal government. The research from the federal government during this period made clear that voter fraud is rare. For example, in 2002, the U.S. Department of Justice (DOJ) began investigating voter fraud. In fact, only 24 people were convicted or pleaded guilty to illegal voting between 2002 and 2005 nationally (L. C. Minnite 2007).

Given the millions of ballots that were cast over this period, the 24 cases were minuscule. Furthermore, reviews of newspaper coverage, court proceedings, and interviews indicate that voter fraud in state elections are also negligible (See Minnite and Callahan 2003). A report by Professor Justin Levitt also finds voter fraud to be extremely rare, with evidence of only thirty-one credible incidents of voter impersonation in an investigation of over one billion votes cast (Levitt 2012). It is more likely that clerical or typographical errors, poor signature matching, voter mistakes, and jumping to unwarranted conclusions with a limited amount of information account for most voter fraud allegations (Levitt 2007). Ahlquist, Mayer, and Jackman (2014) found no systematic evidence that voter impersonation occurs, concluding that the proportion of the population reporting impersonation is no different than the proportion of people who report that they were abducted by extraterrestrial beings. Evidence from court cases also have not found rampant fraud in their investigations. For example, in *Crawford v. Marion County Election Board*, the state of Indiana was unable to cite any contemporary evidence of in-person voter fraud, instead citing fraud from a 2003 mayoral primary and from other parts of the U.S. ("Crawford v. Marion County Election Bd., 472 F. 3d 949 (7th Cir. 2007)" 2007). Fraud is ineffective in influencing an election because each vote carries a federal penalty of five years in prison and a $10,000 fine, along with any state penalties.[2] To the extent that any voter fraud exists, there are existing laws and penalties to address it appropriately.

## II.  MAIL-BASED VOTING FRAUD IS EXTREMELY RARE

The extant research makes clear that voter fraud is not widespread and occurs only rarely across a wide range of elections years studied. This is particularly true of mail-based voting. The messaging from some Republican leaders, including the President, however, takes particular aim at mail voting. We, therefore, summarize the research that has focused specifically on fraud conducted through mail-based and absentee voting. The Heritage Foundation, a conservative think tank, defines the fraudulent use of absentee ballots as "[r]equesting absentee ballots and voting without the knowledge of the actual voter; or obtaining the absentee ballot from a voter and either filling it indirectly and forging the voter's signature or illegally telling the voter who to vote for."[3] The Heritage Foundation examined cases of voter fraud to create a dataset called the Election Fraud Cases database. They offer a detailed account of fraud cases ranging from 1982 to 2020.[4] A detailed examination of this resource demonstrates that absentee ballot fraud is rare, with just 207 fraudulent absentee ballot cases out of 1,277 instances of credible voter fraud cases. So among the voter fraud cases investigated by Heritage, just 16% were found to be related to mail voting, and 84% were related to in-person voting. Of the 207 instances of absentee ballot fraud, just 5 were tied to ballot harvesting schemes. According

to their database, absentee voters are more likely to receive assistance from third parties, who then fail to co-sign the ballots of the people that they have assisted. This is not fraud, this is just an error in full compliance with absentee laws. Other studies report findings that likewise provide evidence that vote-by-mail based fraud is very rare (Levitt 2012; L. Minnite and Sheriff 2018; L. C. Minnite 2019, 2007).

Vote-by-mail related fraud is indeed rare, but it has happened, and when it does, it usually generates a lot of headlines. The most recent headline-grabbing mail ballot fraud incident happened in 2018 in North Carolina's 9th House District race, where a Republican operative improperly collected and possibly tampered with absentee ballots. North Carolina officials decided to overturn the election results, where the GOP operative's actions advantaged the Republican candidate who had about 900 more votes than the Democrat by the time results were tallied. Thus, existing laws allowed voter fraud to be detected and penalized.

Fortunately, this research demonstrates the ability for jurisdictions to implement additional guidelines for third-parties who may assist voters in need with their ballot submission and to take precautions to deter and punish the few ballot harvesting schemes that may present themselves. Our review of the extant literature suggests that rather than outright deny vote-by-mail entirely due to the very small chance of fraud occurring in a jurisdiction, states can and have already taken appropriate steps to decrease the likelihood that it will occur.

For example, in 2017, Texas introduced legislation that provided for in-person delivery and collection of ballots to residents of nursing facilities (Texas HB 658, repealed). If five or more vote-by-mail applications were requested from the same facility, residents would have their ballots hand-delivered by county election staff. Residents would then be able to fill out the ballot and return it to the election staff, and that ballot would be processed by the county clerk. These additional steps can be taken for states concerned with voter fraud.

Current research suggests that the overall impact of mail voting on turnout is slightly positive (Showalter, Manson, and Courtney 2018; Gerber, Huber, and Hill 2013; Richey 2008) without any accompanying increase in voter fraud. Some Republican politicians have claimed that vote by mail will benefit Democrats, however, the data does not support this claim. There is no evidence that the adoption of vote-by-mail systematically and definitively benefits one political party over another (Gerber, Huber, and Hill 2013; Gronke et al. 2008; Showalter 2017; Showalter, Manson, and Courtney 2018). Moreover, a New York Times article featuring a comprehensive analysis of studies that assess partisan bias in vote-by-mail finds mixed evidence of partisan bias in only a couple of cases, but no bias elsewhere. Depending on the context, there is evidence that both Democrats and Republicans have slight advantages under such systems depending on the timing and environment of the election. In Colorado's 2014 election, Republicans gained a slight advantage (Showalter 2017), but in Utah in 2016, Democrats gained a slight advantage (Showalter, Manson, and Courtney 2018). Both the Utah and Colorado studies find that vote-by-mail matters most for people who are least likely to vote, increasing the likelihood that they cast a ballot in an election. In both cases, the advantage for political parties was not related to fraud, it was related to each party doing a good job at voter education and outreach, encouraging their supporters to use vote-by-mail.

## III.   FRAUD IS INFREQUENT IN STATES THAT USE MAIL-BASED VOTING

More states than ever before are either converting elections to all-mail ballots or allowing local jurisdictions and counties to do so. The National Conference of State Legislators identifies that five states are currently using universal vote-by-mail (Colorado, Hawaii, Oregon, Washington, and Utah) and that 21 other states and counting have laws that allow voters to vote through mail ballots in smaller elections, such as school board contests. California, Nebraska, and North Dakota each allow counties to conduct all-mail elections, and Alaska, Arizona, Florida, Idaho, Kansas, Maryland, Minnesota, Missouri, Mississippi, Montana, Nevada, New Jersey, New Mexico, and Wyoming all have provisions to allow some jurisdictions to conduct all-mail elections as well.[5]

For these elections, all registered voters receive a ballot in the mail. The voter marks the ballot, puts it in a secrecy envelope or sleeve and then into a separate mailing envelope, signs an affidavit on the exterior of the mailing envelope, and returns the package via mail or by dropping it off. Although NCLS does note that there are some added financial costs for states who have moved to vote-by-mail, they list voter convenience and increased turnout as advantages when compared to traditional voting practices. There is also evidence from the Pew Charitable Trusts that Colorado generated significant savings from the transition to mail-voting, largely due to decreased staffing costs and voting machine purchases and maintenance.

Oregon became the first all-mail ballot state in 1998 when voters passed a ballot initiative to do so. The transition began with political tension in 1995 when the Republican majority state legislature passed a Vote-by-Mail expansion that was ultimately vetoed by the Democratic Governor. Oregon saw a significant increase in voter turnout soon after converting to all-mail elections. Since then, Colorado, Hawaii, Washington, and Utah have passed measures to conduct all of their elections by mail.

Vote by mail has steadily become more common over the past twenty years. The Massachusetts Institute of Technology Election Data + Science Lab finds that not only has vote-by-mail been the leading alternative to in-person election day voting, but it is also on the rise, with about 1 out of every 4 ballots cast through mail ballot alternatives in 2018.[6] This increase is not accompanied with an increase in mail ballot fraud.

While there is no evidence to support the claim that there is rampant voter fraud with vote-by-mail, such claims often focus on voter worries over this method of casting a ballot.[7] Previous research has found that some people are concerned that the United States Postal Service will either lose their ballot in the mail or they will not deliver it to officials in a timely manner, though this concern diminishes after their first vote-by-mail election (Atsusaka, Menger, and Stein 2019). All-mail election states have been able to address this concern by offering alternatives to mailing in their ballot, such as physical locations where voters may drop their ballots. The 2016 Survey of the Performance of American Elections reveals that in Colorado, Oregon, and Washington, most voters returned their ballots directly to official ballot return sites like drop boxes and election offices, eliminating the possibility of ballots being lost or taken in transit to election officials from voters. Much like President Trump's debunked claim that there was massive voter fraud in the 2016 election (Cottrell, Herron, and Westwood 2018), available evidence refutes the claim that vote-by-mail expansion increases related fraud.

The Heritage Foundation's "Election Fraud Cases" database allows us a detailed look into fraud cases, which is particularly helpful in examining fraud in states with all-mail elections. In Oregon, Heritage counts a total of two cases of absentee fraud, when a voter filled out a previous tenant's ballot and mailed it in, and when another voter sent in two ballots, one on behalf of themselves and one on behalf of their daughter. During the 2016 presidential election, 2,051,448 votes were cast, and the Oregon Department of Justice referred 56 cases of possible voter fraud, representing 0.003% of ballots.[8] After investigating each of the 56 cases, the state concluded that 46 were legally cast and 10 violated Oregon law. 10 instances out of 2 million votes represent 0.0005% of ballots cast. Most of these cases involved people who had also voted in the neighboring state of Washington. For example, one woman, aged 76, had been living in Vancouver, Washington, caring for her elderly father and returned a Washington ballot. Her father passed away right around the election, and she returned to her home in Oregon, finding a ballot waiting for her in the mail, which she filled out and mailed. She said later it was a stressful time, she forgot about the Washington ballot and it was an innocent mistake. This case is an exemplar of the kind of very limited voter fraud that rarely occurs in states like Oregon.

The Heritage database also contains six instances of absentee ballot fraud from Washington, all occurring before 2009 without an entry since, against roughly 3 million votes cast in a presidential election. According to a report from national public radio affiliate KUOW, "there's no evidence that voter fraud has ever affected the outcome of a vote-by-mail election here in Washington state."[9] In Colorado, there were only five cases of absentee ballot fraud spanning from 2006 to 2017. In four of the Colorado cases, a person voted on behalf of a deceased, living, or ineligible family member. For the remaining all-mail election states, there are no entries in the Heritage database for absentee ballot fraud cases either before or after the adoption of statewide vote-by-mail. Anecdotal evidence from this database demonstrates that absentee ballot fraud is nowhere near as nefarious as misleading, sensationalized claims of vote-by-mail fraud assert. State's with all-mail elections have seen increased political participation and have not had problems with voter fraud (Showalter, Manson, and Courtney 2018; Showalter 2017; Gerber, Huber, and Hill 2013; Richey 2008).

Mail ballot fraud is extremely rare, even in all-mail ballot states, regardless of partisan control over the process. All-mail ballot states have seen divided partisan control over state executive offices. Colorado currently has a Democrat serving as Secretary of State, the office which administers elections, but from 2011-2019, Republicans were elected to this office. In fact, over the last 20 years, the last 5 out of 7 Secretaries of State in Colorado have been Republican, while the last 3 out of 4 Governors have been Democrats over the past 20 years. In Washington, a Republican has held the office of the Secretary of State since 1965, while Democrats have held the Governorship since 1985, with some Republican Lt. Governors in between. In Oregon, there has similarly been divided control over executive offices with authority over election administration. Over the last 20 years in Oregon, there have been 3 Democratic Secretaries of State and, more recently, 3 consecutive Republican Secretaries of State, all serving with a Democratic Governor. All-mail election states have seen no increase in fraud, and fraud remains rare no matter which party holds Secretary of State and administrative authority over elections. In Utah, where vote-by-mail accounts for over 80% of all ballots cast it has been Republicans promoting and overseeing the implementation of mail-balloting. In Arizona, the use of vote-by-mail has grown under Republican Governors and Secretaries of State.

## IV.   REQUIRING IN-PERSON VOTING WILL UNDOUBTEDLY DECREASE CIVIC ENGAGEMENT

In his seminal work, *An Economic Theory of Democracy (Downs 1957)*, Anthony Downs articulated a rational choice theory of voting behavior that predicts individuals will vote when the benefits of doing so outweigh the costs. A wide number of political science studies have verified this classic finding, with many studies noting that with relatively low perceived benefits to voting among the electorate, even small increases to barriers to the ballot box can have a marked impact on turnout. Furthermore, segments of the electorate with lower resources have been disproportionately and negatively impacted by increased costs to voting (Hershey 2009; Barreto, Nuño, and Sanchez 2009; Hajnal, Lajevardi, and Nielson 2017; Nickerson 2015; Rosenstone and Wolfinger 1978; Sobel and Smith 2009). Consequently, it is painfully obvious that requiring voters to consider the life and death consequences of voting in person will effectively disenfranchise many voters. Furthermore, given the vast racial and ethnic disparities in infection rates and deaths due to COVID-19, the perceived cost to vote in person will be much higher for racial and ethnic minorities.

This literature on the impact of costs on voter turnout is particularly useful in the nuanced discussion of whether states should use the absentee process or mail-only voting? This is the debate in New Mexico, for example, where the Secretary of State and a large number of County Clerks are supporting an election by mail system where all active voters will be mailed a ballot across the state. Republican party leaders, on the other hand, prefer an absentee based system, where voters would first have to request a ballot that they could submit through mail. Although it is progress that both sides agree that in-person voting is not a wise idea given the current context, the rational choice literature indicates that increasing the cost for voters to have to apply for a ballot will not only decrease voter participation but particularly among lower resourced voters. This is particularly important given that New Mexico is one of the poorest states in the union that is being impacted economically more than most.

Political leaders concerned about voter fraud should consider the advantages of vote-by-mail with regard to two security benefits: ballot tracking and risk-limiting audits. Approximately one-quarter of states, predominantly those where vote-by-mail is more common, have already adopted technology that allows voters to track their ballots, similar to the way that people can track package deliveries (Scarpello 2010). The capacity for ballot tracking can range from a minimal verification, where voters can verify whether a ballot has been received by local election authorities, to full tracing capacity that allows a ballot to be traced from the time it is sent out, received, returned, and counted (see for example Oregon Secretary of State, 2020; Washington Secretary of State, 2020; North Carolina State Board of Elections, 2020). Another security benefit of mail ballots is that they are verified, providing a paper record that is suitable for risk-limiting audits and manual recounts. In an era where everyone should be concerned with foreign interference and cyber-disruption of voting systems, vote-by-mail adds a level of resilience to our voting systems.

## V. CONCLUSION

As this paper articulated above, voter fraud of all kinds is extremely rare. This is especially true of absentee or mail voting. All-mail ballot states do not see higher levels of voter fraud after the switch from in-person to mail voting. Results from those states indicate that vote-by-mail is a safe, secure, and implementable process. It is worth reiterating that vote-by-mail does not increase voter fraud and that necessary safeguards are well documented in states that routinely process millions of mail ballots without any voter fraud. In the time of this pandemic, election officials, state governments, and the federal government cannot force voters to choose between their health and the health of the public and their fundamental right to vote. Vote-by-mail is a necessary alternative to in-person voting and must be implemented for the November 2020 General Election.

Debunking the Myth of Voter Fraud in Mail Ballots

# ENDNOTES

[1]Report authors: Matt Barreto (UCLA), Chad Dunn (UCLA) , Michael Latner (UCS) , Tye Rush (UCLA) , Gabriel Sanchez (UNM) and Sonni Waknin (UCLA).

[2]42.U.S.C. § 1973i(c), (e); 42 U.S.C. § 1973gg-10.

[3]"Heritage Explains Voter Fraud." *The Heritage Foundation.* https://www.heritage.org/election-integrity/heritage- explains/voter-fraud

[4]Election Fraud Cases Database. *The Heritage Foundation.* https://www.heritage.org/voterfraud/search?combine=&state=All&year=1979&case_type=All&fraud_type=All

[5]National Conference of State Legislatures. "All-Mail Elections (aka Vote-By-Mail)". March 24, 2020. www.ncsl.org/research/elections-and-campaigns/all-mail-elections.aspx

[6]Massachusetts Institute of Technology Election Data + Science Lab. "Voting by mail and absentee voting". https://electionlab.mit.edu/research/voting-mail-and-absentee-voting

[7]Election Fraud Cases Database. *The Heritage Foundation.* https://www.heritage.org/voterfraud/search?combine=&state=All&year=1979&case_type=All&fraud_type=All.

[8]https://www.oregonlive.com/politics/2019/04/10-oregon-voters-plea-guilty-to-voter-fraud-in-2016-presidential- election.html

[9]https://www.kuow.org/stories/it-s-easy-to-commit-election-fraud-in-washington-state

# REFERENCES

Ahlquist, John S., Kenneth R. Mayer, and Simon Jackman. 2014. "Alien Abduction and Voter Impersonation in the 2012
    U.S. General Election: Evidence from a Survey List Experiment." *Election Law Journal: Rules, Politics, and Policy*.
    https://doi.org/10.1089/elj.2013.0231.
Atsusaka, Yuki, Andrew Menger, and Robert Stein. 2019. "Compositional Effects of Vote by Mail Elections on Voter
    Turnout."
Barreto, Matt A., Stephen A. Nuño, and Gabriel R. Sanchez. 2009. "The Disproportionate Impact of Voter-ID
    Requirements on the Electorate—New Evidence from Indiana." *PS: Political Science & Politics*. https://doi.
    org/10.1017/s1049096509090283.
Cottrell, David, Michael C. Herron, and Sean J. Westwood. 2018. "An Exploration of Donald Trump's Allegations of
    Massive Voter Fraud in the 2016 General Election." *Electoral Studies*. https://doi.org/10.1016/j.
    electstud.2017.09.002.
"Crawford v. Marion County Election Bd., 472 F. 3d 949 (7th Cir. 2007)." 2007. *Election Law Journal: Rules, Politics,
    and Policy*. https://doi.org/10.1089/elj.2007.6209.
Downs, Anthony. 1957. *An Economic Theory of Democracy*. New York : Harper.
Gerber, Alan S., Gregory A. Huber, and Seth J. Hill. 2013. "Identifying the Effect of All-Mail Elections on Turnout:
    Staggered Reform in the Evergreen State." *Political Science Research and Methods*. https://doi.org/10.1017/
    psrm.2013.5.
Gronke, Paul, Eva Galanes-Rosenbaum, Peter A. Miller, and Daniel Toffey. 2008. "Convenience Voting."
    *Annual Review of Political Science*. https://doi.org/10.1146/annurev.polisci.11.053006.190912.
Hajnal, Zoltan, Nazita Lajevardi, and Lindsay Nielson. 2017. "Voter Identification Laws and the Suppression of
    Minority Votes." *The Journal of Politics*. https://doi.org/10.1086/688343.
Hershey, Marjorie Randon. 2009. "What We Know about Voter-ID Laws, Registration, and Turnout." *PS, Political
    Science & Politics* 42 (1): 87–91.
Levitt, Justin. 2007. "The Truth About Voter Fraud." *SSRN Electronic Journal*. https://doi.org/10.2139/ssrn.1647224.
———. 2012. "Election Deform: The Pursuit of Unwarranted Electoral Regulation." *Election Law Journal: Rules, Politics,
    and Policy*. https://doi.org/10.1089/elj.2011.11108.
Minnite, Lorraine C. 2007. An Analysis of Voter Fraud in the U.S.
———. 2019. "The Myth of Voter Fraud." https://doi.org/10.7591/9780801459061.
Minnite, Lorraine, and Payman Sheriff. 2018. *The Politics of Voter Fraud*. Createspace Independent Publishing
    Platform.
Nickerson, David W. 2015. "Do Voter Registration Drives Increase Participation? For Whom and When?" *The Journal
    of Politics*. https://doi.org/10.1086/678391.
Richey, Sean. 2008. "Voting by Mail: Turnout and Institutional Reform in Oregon*." *Social Science Quarterly*. https://
    doi.org/10.1111/j.1540-6237.2008.00590.x.
Rosenstone, Steven J., and Raymond E. Wolfinger. 1978. "The Effect of Registration Laws on Voter Turnout."
    *American Political Science Review*. https://doi.org/10.2307/1953597.
Scarpello, Michael J. 2010. "2010 Professional Practices Program: Ballot TRACE City and County of Denver,
    Colorado." In *Presentation at the Election Center Annual Conference, Orlando, FL*, August. Vol. 19.
Showalter, Amelia. 2017. "Colorado 2014: Comparisons of Predicted and Actual Turnout." Colorado 2014 Voter File
    Analysis. Pantheon Analytics.
Showalter, Amelia, Paul Manson, and Bobby Courtney. 2018. "Utah 2016: Evidence for the Positive Turnout Effects of
    'Vote at Home (also Known as Vote by Mail) in Participation Counties.'" Patheon Analytics.
Sobel, Richard, and Robert Ellis Smith. 2009. "Voter-ID Laws Discourage Participation, Particularly among Minorities,
    and Trigger a Constitutional Remedy in Lost Representation." *PS: Political Science & Politics*. https://doi.
    org/10.1017/s1049096509090271.





 **Voting Rights Project**
Latino Policy & Politics Initiative

 **Latino Policy & Politics Initiative**

 ucla_vrp

latino.ucla.edu/votingrights/

 UCLAlatino

 UCLAlatino

latino.ucla.edu

# Exhibit B

𝕿𝖍𝖊 𝕹𝖊𝖜 𝖸𝖔𝖗𝖐 𝕿𝖎𝖒𝖊𝖘   https://nytl.ms/37PYA3E

# The Facts About Mail-In Voting and Voter Fraud

President Trump has been baselessly warning that mail voting will lead to a "rigged election." Here's how states running mail elections track misconduct.

 By Mike Baker

June 22, 2020

SEATTLE — As states grapple with how to safely carry out elections during a pandemic, President Trump has made an escalating series of fantastical — and false — accusations about the risks of embracing mail voting.

Without evidence, the president has warned that mail elections would involve robbed mailboxes, forged signatures and illegally printed ballots. In a tweet on Monday, this one in all-caps, Mr. Trump warned of a "rigged 2020 election" and claimed: "Ballots will be printed by foreign countries, and others. It will be the scandal of our times!"

That claim about foreign-made ballots was the latest misleading statement from Mr. Trump: He offered no evidence, and the tampering of ballots is widely seen as a nearly impossible scenario because they are printed on very specific stock and often have specific tracking systems like bar codes.

Mr. Trump himself has voted by mail, yet at the same time he has claimed in the past that mail-in voting could mean "thousands of people sitting in somebody's living room, signing ballots all over the place."

"Kids go and they raid the mailboxes and they hand them to people signing the ballots down at the end of the street," Mr. Trump said in May.

Officials in 11 of the 16 states that limit who can vote absentee have eased their election rules this spring to let anyone cast an absentee ballot in primary elections — and in some cases, in November as well.

In another state, Texas, Republicans won a temporary legal victory and successfully blocked an effort to expand vote-by-mail rules, but Democrats have appealed to the U.S. Supreme Court.

In states that have long embraced mail voting — such as Washington State, which has been mainly using mail balloting since 2005 — those running elections see no evidence of widespread fraud.

There have been concerning ballots filed, with dozens of potential cases flagged for deeper investigation in major election years. The officials running the elections know what attempted voter fraud looks like. And it does not look anything like the ominous scenes of mass and coordinated criminality the president describes.

Kim Wyman, Washington's secretary of state, said that all methods of voting had the potential for fraud, but that her experience in Washington was that mail ballot fraud was low.

"How do you respond to someone that makes an allegation that there's rampant fraud?" said Ms. Wyman, a Republican. "You show them all the security measures that are in place to prevent it and detect it if it does happen."

Here is how Washington's system works and the types of fraud officials have encountered:

## Registration

As with all types of balloting, registration vetting is one of the most important steps to ensure that the people who are getting ballots in the mail are qualified to vote them. Washington State checks to make sure the person is not already registered elsewhere in the state and also verifies personal information, such as date of birth and Social Security number, to confirm it is a real person.

In 2007, a woman in Washington State successfully registered her dog to vote and received ballots in order to make a point about the system's risks. But in 2016, officials in King County said, another person tried to register a dog to vote. The registration was not fully approved because the information did not match records in state and federal databases.

King County prosecutors sent a message to that person warning that providing false information was a crime and saying that if the intent was to expose a flaw in the system, it was unsuccessful.

"Instead, your actions demonstrated that the state laws designed to prevent voter fraud work," prosecutors wrote.

## Mailings

Mr. Trump has speculated that fraudsters can rob mailboxes — a federal crime — to collect ballots in order to commit election fraud, another crime. But Julie Wise, the director of King County elections, said that in her experience, when someone steals a ballot from the mail, it is usually in the hope of finding something else.

Ballots in Washington State are tied to specific individuals, with unique bar codes that record the path of the ballot — a protection that would also, incidentally, make it difficult for a foreign country to print counterfeit ballots. Voters can actually track to see when their ballots have been mailed, when the election office has received them back and whether they have been counted.

If someone did try to acquire ballots through mail theft, Ms. Wise said, a voter could monitor his or her ballot and call for a replacement, a process that would render invalid the original ballot that was sent. As Mr. Trump said, voters can print replacement ballots — hundreds of them if they wanted to. But since the ballots are linked to them individually, only one vote is going to be accepted and repeated submissions might be grounds for investigation.

## Fraudulent signatures

Ms. Wise said officials had not heard of voters reporting that ballots were cast on their behalf unexpectedly, so thus far there is no evidence that people are stealing and submitting ballots.

Even if a ballot were to get stolen and submitted, it would run into another obstacle. Voters must sign the ballot return envelope. Workers at the election office are trained to examine signatures, checking to make sure the signature that comes in matches the one on file for the voter before sending the ballot along the line to be counted.

A voter with a problematic signature will be contacted by the election office, sometimes by phone, and asked to fill out an additional form to verify his or her identity. Ms. Wise said her signature had been rejected on two occasions because it had changed over the years, and she was able to resolve the discrepancy to get her vote counted.

"It's a good system," Ms. Wise said.

## Cameras on

Unlike states that depend on volunteers in polling places to manage ballots, Washington State uses professionals to distribute ballots and then collect, analyze and count them in a central location.

In the King County elections office, cameras keep an eye on everything, and the public can tune in to watch. Political parties and campaigns also monitor the process.

Ms. Wise has helped lead both traditional polling-place elections and those done entirely through the mail. She said it was clear that the mail-ballot process increases accessibility for people, allowing them to vote on their own time without having to stand in line. She said the all-mail option also allowed for better vetting and checks that give her more confidence in such elections overall.

"I guarantee you that vote-by-mail is more secure and more accurate than polling place elections," Ms. Wise said.

## Cases of fraud

After elections, Washington has partnered with other states in a joint data analysis that looked at whether any voter cast a ballot in multiple states or whether a ballot was cast in the name of someone who was dead at the time of the election.

After the 2016 election, that system flagged 74 questionable votes in Washington State: 59 people who may have voted in multiple states, 14 people who may have voted multiple times within the state and one deceased voter. Those ballots were sent to county elections managers and prosecutors for further scrutiny.

King County had the most cases. Officials there said that in some cases, they found data errors, and the votes were legitimate. In cases of votes by dead people, Ms. Wyman said that officials had sometimes found that a spouse had just died and the survivor wanted to cast one last ballot for her or him. For others, she said, people who own properties in two states may convince themselves, erroneously, that it is proper to vote in both places.

After scrutinizing cases, investigators in King County did not see any significant fraud in 2016, but they sent letters to 10 people who appeared to have voted twice. The message was clear: We saw your two votes — even if they were in separate states — and that is a crime.

"Though we decline to pursue this matter further, it will not foreclose us from pursuing charges in the future should you engage in additional acts in violation of state election law," a criminal prosecutor wrote.

Mike Baker reported from Seattle. Michael Wines contributed reporting from Washington, and Manny Fernandez from Houston.



### Our 2020 Election Guide
Updated June 23, 2020

**Biden vs. Trump**

Joe Biden has taken a commanding lead over President Trump in the 2020 race, according to a new national poll by The Times and Siena College.

**Tuesday's Elections**

Fears about the coronavirus reduced the number of polling places and led to a surge in absentee balloting that delayed the results, possibly for days.

**Biden's V.P. Search**

Here are 13 women who have been under consideration to be Joe Biden's running mate, and why each might be chosen — and might not be.

**Keep Up With Our Coverage**

✉ Get an email recapping the day's news

▢ Download our mobile app on iOS and Android and turn on Breaking News and Politics alerts

# Exhibit C



# Let's put the vote-by-mail 'frau myth to rest

BY AMBER MCREYNOLDS AND CHARLES STEWART III, OPINION CONTRIBUTORS — 04/28/20 07:00 AM EDT
THE VIEWS EXPRESSED BY CONTRIBUTORS ARE THEIR OWN AND NOT THE VIEW OF THE HILL

**29,284** SHARES                                        SHARE        TW

## Just In...

**Pelosi predicts Trump would accept election results if he loses, but says 'be prepared for everything'**
HOUSE — 1M AGO

**Ousted coronavirus whistleblower alleges continued retaliation from Trump administration**
HEALTHCARE — 2M 33S AGO

**Jack Abramoff charged with conspiracy in cryptocurrency case**
CYBERSECURITY — 3M 26S AGO

**GOP senators join social media app billed as alternative to Big Tech**
TECHNOLOGY — 4M 46S AGO

**Anticipating the greatest public health effort of our generation**
OPINION — 17M 42S AGO

**Kentucky Derby to be held with fans, but officials acknowledge 'different experience'**
BLOG BRIEFING ROOM — 21M 13S AGO

**University of Alabama football team releases emotional video: 'All lives can't matter until Black lives matter'**
BLOG BRIEFING ROOM — 21M 35S AGO



© Getty Images

Widespread calls to conduct the 2020 elections by mail, to protect voters from COVID-19 exposure, are being met with charges that the system inevitably would lead to massive voter fraud. This is simply not true.

Vote fraud in the United States is exceedingly rare, with mailed ballots and otherwise. Over the past 20 years, about 250 million votes have been cast by a mail ballot nationally. The Heritage Foundation maintains an online database of election fraud cases in the United States and reports that there have been just over 1,200 cases of vote fraud of all forms, resulting in 1,100 criminal convictions, over the past 20 years. Of these, 204 involved the fraudulent use of absentee ballots; 143 resulted in criminal convictions.

Let's put that data in perspective.

One hundred forty-three cases of fraud using mailed ballots over the course of 20 years comes out to seven to eight cases per year, nationally. It also means that across the 50 states, there has been an average of three cases per state over the 20-year span. That is just one case per state every six or seven years. We are talking about an occurrence that translates to about 0.00006 percent of total votes cast.

Oregon is the state that started mailing ballots to all voters in 2000 and has worked diligently to put in place stringent security measures, as well as strict punishments for those who would tamper with a mailed ballot.

**The Hill's Campaign Report: Democrats zero in on health care as Obamacare lawsuit nears key deadline**

CAMPAIGN — 28M 9S AGO

**VIEW ALL**

**View Latest Opinions >>**

Related News    by   |



Mellman: Is Biden really ahead of Trump?



The wheels are coming off Trump's trade policy



Read This Before You Renew Amazon Prime...
Sponsored | Wikibuy



Don't drink the economic recovery...

For that state, the following numbers apply: With well over 50 million ballots cast, there have been only two fraud cases verifiable enough to result in convictions for mail-ballot fraud in 20 years. That is 0.000004 percent — about five times less likely than getting hit by lightning in the United States.

This hardly seems like a world in which "thousands and thousands of people [are] sitting in somebody's living room, signing ballots all over the place."

We should make two things clear. First, there is no excuse for any type of voter or election fraud, by any method. States are justified in creating systems that are intended to deter and detect fraud, and for prosecuting it when discovered. All do.

Voting by mail presents challenges to the prevention of voter fraud that voting in person lacks. Most obviously, in-person voting occurs in public. A voter must announce their name out loud, and it is checked against the voter registration list. All states make provisions for some form of objectors, who can question the identity of the person at the check-in table, within the constraints of state law. Some states require a photo ID to be shown. Many states require the voter to sign a poll book. These and other procedures have been in place for a century-and-a-half, since the widespread election reforms of the 1880s and 1890s.

Second, no voting methodology is perfect. In-person voting has its own examples of fraud, however rare. It is also full of stories of missing power cords, missing keys, an inadequate number of ballots, machines that switched the voter's intent, improper application of ID requirements, long lines and more. Nonetheless, in-person voting also has a role to play even in states that use the 100 percent mail-ballot election model.

As with in-person voting, states have methods to guard against fraudulently casting votes by mail too. Most have signature-matching requirements, either to scrutinize the application, the returned ballot, or both. We have seen this done effectively using a mix of human oversight and technology. Many states restrict who can return a ballot for a voter, or require those who return ballots on the behalf of others to identify themselves on the return envelope. Finally, the states with the most expansive vote-by-mail systems — such as Colorado, Oregon, Utah and Washington — send ballots to all registered voters and rely on the steady stream of mail between election offices and voters to keep the rolls clean, and to minimize the number of stray ballots that might be distributed.

> Few people have voted by mail nationwide but popularity is rising:...
>
> Poll: Two-thirds of Americans support voting by mail in November

Expanding voting by mail will be a challenge in most states in 2020. Logistical and security issues will need to be reviewed to ensure that every registered voter can do so safely and effectively, and that no one votes more than once. But we reiterate: There is no evidence that mail-balloting results in rampant voter fraud, nor that election officials lack the knowledge about how to protect against abuses.

*Amber McReynolds is CEO of the National Vote at Home Institute. She formerly was the director of elections for Denver, where she helped to design and implement Colorado's vote-at-home system. Follow her on Twitter @AmberMcReynolds.*

*Charles Stewart III is the Kenan Sahin Distinguished Professor of Political Science at MIT, the director of the MIT Election Data and Science Lab, and co-director of the Caltech/MIT Voting Technology Project. Follow him on Twitter @cstewartiii.*

**TAGS  VOTING  ELECTORAL FRAUD  ABSENTEE BALLOT  CORONAVIRUS  2020 ELECTION**

SHARE                    TWEET



THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2020 CAPITOL HILL PUBLISHING CORP., A SUBSIDARY OF NEWS COMMUNICATIONS, INC.

Do Not Sell My Data

# Exhibit D

Guidance for the Brookings community and the public on our response to the coronavirus (COVID-19) »

Learn more from Brookings scholars about the global response to coronavirus (COVID-19) »

FIXGOV

# BROOKINGS

## Low rates of fraud in vote-by-mail states show the benefits outweigh the risks

Elaine Kamarck and Christine Stenglein Tuesday, June 2, 2020

As more and more states move to mail-in ballots as the safest way to vote during a pandemic, Trump has mobilized the Republican Party to fight them and the Republican National Committee filed suit in California last week. He has made two accusations about mail-in ballots; the first is that they favor Democrats and the second is that they make it easier to cheat. Neither one is supported by the facts. There is no evidence to suggest a systematic bias towards one party or another from mail-in ballots. Nor is there any evidence that there is widespread fraud in the use of mail-in ballots.

This is not the first time that President Trump has been obsessed with vote fraud. After he won the 2016 election he declared, without any proof, that millions of undocumented immigrants voted illegally and that without them he would have won the popular vote as well as the electoral college vote.

He was so enamored of this explanation for why he lost the popular vote that he even convened a task force to look at voter fraud—a task force that found so little fraud it was disbanded the next year without even issuing a report.

The Heritage Foundation, a right-wing think tank, has been studying voter fraud for years in order to provide support for more restrictive voting laws such as voter ID. The most recent report has an attention-grabbing headline: "Database Swells to 1,285 Proven Cases of Voter Fraud in America." They admit that the report isn't comprehensive because it doesn't capture cases that aren't investigated or prosecuted. Yet, on the basis of that report they argue that there is serious voter fraud in America.

Heritage makes their full database available, so we were able to look into the cases of voter fraud that they claim represent rampant illegal activity. We began with the five states that have already used universal vote-by-mail systems and thus have one or more elections under their belt. Then we looked at the way Heritage categorizes cases of voter fraud. Most of their categories, such as false voter registration or ballot petition fraud, can occur regardless of whether a state has implemented vote-by-mail. However, we might expect that duplicate voting and fraudulent use of an absentee ballot—both of which typically involve one person voting their own ballot and someone else's ballot as well—would be easier in vote-by-mail states than in states where the voter would have to physically travel between precincts or from one county to another.

The following table lists the five states that have been using vote-by-mail prior to 2018. We looked at their fraud cases from the Heritage sample to see how many were of a type that vote-by-mail systems might be more vulnerable to and how many votes were affected. Our conclusion, from Heritage's data: There is surprisingly little voter fraud and not nearly enough to justify blocking vote-by-mail systems in a pandemic.

| Vote-by-mail state | Total cases of voter fraud in Heritage sample | Total cases of duplicate voting or absentee ballot fraud In Heritage sample | Number of fraudulent votes attempted by mail | Time period for collection of fraud cases | Year vote-by-mail enacted | Number of general election votes cast over the same time period |
|---|---|---|---|---|---|---|
| Colorado | 14 | 8 | 8 | 2005–2018 | 2013 | 15,955,704 |
| Hawaii | 2 | 0 | 0 | 1982– 2016 | 2019 | 6,908,429 |
| Oregon | 15 | 9 | 14 | 2000–2019 | 1998 | 15,476,519 |
| Utah | 1 | 0 | 0 | 2008 | 2013 | 971,185 |
| Washington | 12 | 7 | 7 | 2004–2010 | 2005 | 10,605,749 |

Sources: <u>The Heritage Foundation</u>; <u>United States Elections Project</u>; <u>Hawaii Secretary of State</u>

The above chart refutes the contention that mail-in ballot systems are rife with fraud in several ways. First, note the small number of voter fraud cases overall. Next, note that a subset of those cases involve types of fraud to which mail-in ballot systems would be especially susceptible. Next, look at the time periods covered by these data. In Oregon, the first state to adopt a universal vote-by-mail system, the Heritage researchers had to cover a period of 19 years in order to find 15 cases of voter fraud! Less than one case a year hardly qualifies as rampant voter fraud.

But perhaps the most revealing column is the one listing the number of fraudulent votes attempted by mail. Republicans would have you believe that vote fraud is widespread enough to affect elections. But the fraud uncovered by the Heritage study is inconsequential. What has been uncovered in these five vote-by-mail states is on the individual level and not on an organized level. For instance, Janice Waters of Marysville, Washington, was found guilty of voting a ballot for her son who was a convicted felon and thus not eligible to vote. Jane Kay Balogh, also from Washington, was convicted of registering her dog Duncan to vote at her address and filling out an absentee ballot for him. Waters was sentenced to jail time, later converted to community service; Balogh got a deferred sentence plus community service and had to pay court costs. In Oregon, Terri Louise Kobialka was convicted of filling out a ballot mailed to her apartment in the name of a former roommate. She was fined $500 and ordered to do 120 hours of community service.

Of course, there are instances of large-scale vote fraud. The most famous one occurred in the 9th congressional district of North Carolina in the 2018 election cycle where political operatives for the Republican congressional candidate illegally collected absentee ballots. They were caught and convicted. The election was overturned and a new one held.

Any case of voter fraud is serious, and the guilty parties should be caught and prosecuted. But the evidence presented by the Heritage database does not make the case that voter fraud is a major problem in America, nor does it make the case that mail-in ballot systems are riddled with fraudulent activity. If that's all the opponents of vote-by-mail can come up with, their case will not persuade the millions of voters who would like to cast their ballots safely and securely in November.

*Note: This post was updated on 6/11/2020. The original version incorrectly stated that Dan McCready won in NC-09.*

# Exhibit E



**COMMISSIONER ELLEN L. WEINTRAUB**
**FEDERAL ELECTION COMMISSION**
WASHINGTON, D.C. 20463

## FACTS ABOUT VOTING BY MAIL

May 27, 2020

• • • •

The week, I posted 66 tweets setting forth some facts about the safety and integrity of voting by mail.
For ease of reading, I have compiled them into this document.

https://twitter.com/EllenLWeintraub/status/1265841303012638725

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

Thread! Buckle up.

1/ It's been claimed that voting by mail leads to massive corruption and fraud. But what are the facts?

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

2/ U.S. citizens will vote by mail this year in record numbers. In the face of a global health emergency, election officials across the country from both parties are working heroically to ensure that voting by mail is accurate, accessible, safe & secure.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

3/ There's simply no basis for the conspiracy theory that voting by mail causes fraud. None.

@CNN & @washingtonpost fact-checks show this. But many others have examined the issue and arrived at the same conclusion. Still others have provided some key context. Take a look!

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

• • • •

 **Ellen L. Weintraub**
@EllenLWeintraub

4/ Here is @CNN's fact-check, cited by @Twitter:

https://www.cnn.com/2020/05/26/politics/mail-in-ballot-vote-by-mail-trump/index.html

• • • •

 **Ellen L. Weintraub**
@EllenLWeintraub

5/ And here is @washingtonpost's fact-check, also cited by @Twitter:

https://www.washingtonpost.com/politics/2020/05/26/review-trumps-many-unsubstantiated-allegations-voter-fraud/

• • • •

 **Ellen L Weintraub**
@EllenLWeintraub

6/ And here are a few more:

@CBSNews political reporter @Grace_Segers:

https://twitter.com/Grace_Segers/status/1265264320860114946

---

 **Grace Segers** ✅
@Grace_Segers

1. Mail voting fraud is extremely rare, and some experts consider it to be safer than in-person voting because paper ballots can't be hacked.
2. Most studies find that voting by mail doesn't help one party over another.
3. President Trump voted by mail in the Florida primary.

> **Donald J. Trump** ✅ @realDonaldTrump · May 26
> There is NO WAY (ZERO!) that Mail-In Ballots will be anything less than substantially fraudulent. Mail boxes will be robbed, ballots will be forged & even illegally printed out & fraudulently signed. The Governor of California is sending Ballots to millions of people, anyone......
> Show this thread

8:51 AM · May 26, 2020 · TweetDeck

---

• • • •

2

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

 **Ellen L Weintraub**
@EllenLWeintraub

7/ @NBCNews:

https://twitter.com/NBCNews/status/1249661161693462529

 **NBC News** ✪
@NBCNews

President Trump pushes false claims about mail-in vote fraud. Here are the facts.



Trump pushes false claims about mail-in vote fraud. Here are the facts.
The pandemic has ignited a partisan battle around the voting method, with
Democrats increasingly embracing the idea as way to ensure a safe election.
🔗 nbcnews.com

7:30 AM · Apr 13, 2020 · SocialFlow

• • • •

 **Ellen L Weintraub**
@EllenLWeintraub

8/ @MichaelSteele & @elilehrerdc for @WashTimes:

https://www.washingtontimes.com/news/2020/mar/24/conservatives-must-get-behind-vote-by-mail-options/

3

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

## Conservatives need to get behind vote-by-mail options in 2020 election

Systems save money, don't require waiting in line and are immune from large-scale fraud







• • • •

 **Ellen L Weintraub**
@EllenLWeintraub

**9/** @atrupar for @voxdotcom:

https://twitter.com/atrupar/status/1265266762079186946

> Aaron Rupar 🔵
> @atrupar
>
> Five states, including deep red Utah, already conduct
> elections almost entirely by mail, and only evidence of
> mail-in election fraud Trump has been able to cite is a
> "pants on fire" lie vox.com/2020/4/8/21213…
>
> > 🔵 Donald J. Trump 🔵 @realDonaldTrump · May 26
> > There is NO WAY (ZERO!) that Mail-In Ballots will be anything less than
> > substantially fraudulent. Mail boxes will be robbed, ballots will be forged & even
> > illegally printed out & fraudulently signed. The Governor of California is sending
> > Ballots to millions of people, anyone.....
> > Show this thread
>
> 9:01 AM · May 26, 2020 · Twitter Web Client

• • • •

 **Ellen L Weintraub**
@EllenLWeintraub

**10/** @RSchallom for @FortuneMagazine:

https://twitter.com/rschallom/status/1265261179347353600

4

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

 Rachel Schallom ✪
@rschallom

This is false. Over the last two decades, about 0.00006%
of total vote-by-mail votes cast were fraudulent.
fortune.com/2020/05/25/vot...

> 🅣 Donald J. Trump ✪ @realDonaldTrump · May 26
> There is NO WAY (ZERO!) that Mail-In Ballots will be anything less than
> substantially fraudulent. Mail boxes will be robbed, ballots will be forged & even
> illegally printed out & fraudulently signed. The Governor of California is sending
> Ballots to millions of people, anyone.....
> Show this thread

8:39 AM · May 26, 2020 · Tweetbot for iOS

· · · ·

 Ellen L Weintraub
@EllenLWeintraub

**11/** @byjlee fact-check for @snopes:

https://www.snopes.com/fact-check/mail-in-ballot-voter-fraud/

Claim

In U.S. elections, mail-in voting systems "substantially"
increase the risk of voter fraud compared to in-person
voting.

Rating

 **Mostly False**
*About this rating* ☒

· · · ·

 Ellen L Weintraub
@EllenLWeintraub

**12/** @JBendery for @huffpost:

5

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

https://twitter.com/jbendery/status/1265263129887457280

 Jennifer Bendery ✪
@jbendery

Oregon has been voting *entirely* by mail since 1998.
Gov. Kate Brown said it makes her blood boil to hear
Trump's fearmongering about fraud as it is "virtually
nonexistent."

"He doesn't know what he's talking about."
huffpost.com/entry/oregon-g...

---

🔵 Donald J. Trump ✪ @realDonaldTrump · May 26
There is NO WAY (ZERO!) that Mail-In Ballots will be anything less than
substantially fraudulent. Mail boxes will be robbed, ballots will be forged & even
illegally printed out & fraudulently signed. The Governor of California is sending
Ballots to millions of people, anyone.....
Show this thread

---

8:46 AM · May 26, 2020 · Twitter Web App

• • • •

 Ellen L Weintraub
@EllenLWeintraub

13/ @ACLUofNE:

https://twitter.com/ACLUofNE/status/1265262029159497730

 ACLU of Nebraska ✪
@ACLUofNE

80% of Nebraskans who voted in our May primary voted
by mail. Voting by mail is secure. It's effective. It led to
record turnout.

---

🔵 Donald J. Trump ✪ @realDonaldTrump · May 26
There is NO WAY (ZERO!) that Mail-In Ballots will be anything less than
substantially fraudulent. Mail boxes will be robbed, ballots will be forged & even
illegally printed out & fraudulently signed. The Governor of California is sending
Ballots to millions of people, anyone.....
Show this thread

---

8:42 AM · May 26, 2020 · Twitter Web App

• • • •

6

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

 **Ellen L Weintraub**
@EllenLWeintraub

14/ U.S. Election Assistance Commission White Paper: Deep Dive on Early, Absentee, and Mail Voting (@EACGov):

https://www.eac.gov/documents/2017/10/17/eavs-deep-dive-early-absentee-and-mail-voting-data-statutory-overview



• • • •

 **Ellen L Weintraub**
@EllenLWeintraub

15/ @srl for @GuardianUS:

https://twitter.com/srl/status/1265277183272062976

 **Sam Levine** 🔵
@srl                                                              ∨

This is false. California is not mailing a ballot to "anyone living in the state, no matter who they are or how they got there." The state is sending ballots to voters who are registered in California: gov.ca.gov/2020/05/08/gov...



🔵 **Donald J. Trump** 🔵 @realDonaldTrump · May 26
There is NO WAY (ZERO!) that Mail-In Ballots will be anything less than substantially fraudulent. Mail boxes will be robbed, ballots will be forged & even illegally printed out & fraudulently signed. The Governor of California is sending Ballots to millions of people, anyone.....
Show this thread

9:42 AM · May 26, 2020 · TweetDeck

• • • •

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

 **Ellen L Weintraub**
@EllenLWeintraub

16/ Thread from @brennancenter & @NYULaw Professor Michael Li (@mcpli):

https://twitter.com/mcpli/status/1264583397864808455

 **Michael Li 李之捷** @
@mcpli

Bless his heart. He has no idea how mail ballots work
(though he should since he votes by mail). There are a
couple of key layers of security. 1/

 **Donald J. Trump** @
@realDonaldTrump

The United States cannot have all
Mail In Ballots. It will be the greatest
Rigged Election in history. People
grab them from mailboxes, print
thousands of forgeries and "force"
people to sign. Also, forge names.
Some absentee OK, when necessary.
Trying to use Covid for this Scam!

10:08 AM · 5/24/20 · Twitter for iPhone

11:45 AM · May 24, 2020 · Twitter for iPhone

• • • •

 **Ellen L Weintraub**
@EllenLWeintraub

17/ All types of voter fraud in U.S. elections are minuscule in comparison to the number of ballots
cast, according to elections experts (@brennancenter):

https://www.brennancenter.org/our-work/analysis-opinion/false-narrative-vote-mail-fraud

8

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



## The False Narrative of Vote-by-Mail Fraud



Mail ballots are essential for holding a safe election amid Covid-19, and security concerns can be easily addressed.

 Wendy R. Weiser     Harold Ekeh





• • • •

 **Ellen L Weintraub**
@EllenLWeintraub

18/ @Reuters poll finds that 72% of all U.S. adults, including 65% of Republicans, support a requirement for mail-in ballots to protect voters (@Cmkahn):

https://www.reuters.com/article/us-usa-election-poll/most-americans-unlike-trump-want-mail-in-ballots-for-november-if-coronavirus-threatens-reuters-ipsos-poll-idUSKBN21P3G0

POLITICS          APRIL 7, 2020 / 6:53 PM / 2 MONTHS AGO

# Most Americans, unlike Trump, want mail-in ballots for November if coronavirus threatens: Reuters/Ipsos poll

Chris Kahn                                3 MIN READ

• • • •

 **Ellen L Weintraub**
@EllenLWeintraub

19/ @IssueOneReform Co-Chair @IOWamp (Former Rep. R-TN):

https://twitter.com/IOWamp/status/1265608087265857536

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



**Zach Wamp** ✔
@IOWamp

Huuuuge difference between "everyone has to vote by mail" and "many people need to vote absentee because of Covid"@realDonaldTrump -the states need resources but they are capable of doing this securely+should under the constitution. #CountryOverParty

> 🌐 **Donald J. Trump** ✔ @realDonaldTrump · May 27
> ....happen again. Just like we can't let large scale Mail-In Ballots take root in our Country. It would be a free for all on cheating, forgery and the theft of Ballots. Whoever cheated the most would win. Likewise, Social Media. Clean up your act, NOW!!!!
> Show this thread

7:37 AM · May 27, 2020 · Twitter for iPhone

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

<u>20/</u> In 2016, roughly 1 in 4 voters cast their votes via mail-in ballot (@voteathome):

<u>https://docs.wixstatic.com/ugd/ef45f5_81a3affd554e4b5b9b5852f8fb3c10fd.pdf</u>



**Debunking the absentee / vote by mail fraud and abuse argument**

One of the most puzzling, frustrating things we run into at the **National Vote at Home Coalition** is the accusation that making absentee ballots far more accessible, much less allowing "Vote at Home" elections in which every voter receives a mailed-out ballot will result in material fraud or abuse. So, let's set the record straight, with data rather than fear.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

<u>21/</u> "Oregon has mailed out more than 100 million ballots since 2000, with about a dozen cases of proven fraud; a 0.000012 percent rate" (@drvox for @voxdotcom):

<u>https://www.vox.com/policy-and-politics/2018/5/23/17383400/vote-by-mail-home-california-alaska-nebraska</u>

10

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

## The simple voting reform that works wherever it's tried

Recent experiments in Alaska and Nebraska show voting by mail dramatically boosts turnout.

By David Roberts | @drvox | david@vox.com | Updated May 24, 2018, 11:07am EDT

f 𝕏 [?] SHARE



You've got mail. | Shutterstock

· · · ·

 **Ellen L Weintraub**
@EllenLWeintraub

**22/** President disbanded his own commission charged with investigating voter fraud in 2018, without producing any systemic evidence of fraud. @mlwine & @tackettdc for @NYTimes:

https://www.nytimes.com/2018/01/03/us/politics/trump-voter-fraud-commission.html

*Trump Disbands Commission on Voter Fraud*



President Trump in 2016 with Kris Kobach, the Kansas secretary of state who went on to become a member of the White House voter fraud commission. Carolyn Kaster/Associated Press

11

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

23/ "Deeply conservative Utah has moved almost entirely to vote-by-mail in recent years" (@aseitzwald & @sahilkapur for @NBCNews):

https://www.nbcnews.com/politics/2020-election/coronavirus-has-ignited-battle-over-voting-my-mail-here-s-n1178531



• • • •



**Ellen L Weintraub**
@EllenLWeintraub

24/ President requests vote-by-mail ballot for Florida Republican presidential primary (@mannahhorse for @pbpost):

https://www.palmbeachpost.com/news/20200311/president-trump-requests-absentee-ballot




*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

. . . .

 **Ellen L Weintraub**
@EllenLWeintraub

**25/** Fox News Anchor Chris Wallace: "I've done some deep dive into it, there really is no record of massive fraud or even serious fraud from mail-in voting." "It's being carried out in Republican states, it's being carried out in Democratic states."

https://twitter.com/kylegriffin1/status/1264896497268768768

>  **Kyle Griffin** @
> @kylegriffin1
>
> Fox's Chris Wallace: "I've done some deep dive into it, there really is no record of massive fraud or even serious fraud from mail-in voting.".
>
> "It's being carried out in Republican states, it's being carried out in Democratic states."
>
> 
>
> Chris Wallace Demolishes Trump's Mail-In Voting Lies: 'No History of Fraud'
> Fox News anchor Chris Wallace debunked President Donald Trump's false
> claims that fraud is rampant in mail-in voting, noting on Friday morning that...
> ⊘ news.yahoo.com
>
> 8:30 AM · May 26, 2020 · TweetDeck

. . . .

 **Ellen L Weintraub**
@EllenLWeintraub

**26/** From more than a billion votes cast between 2000 and 2012, there were only 491 cases of absentee-voter fraud (@news21 Voting Rights Project):

https://votingrights.news21.com/article/about/

13

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



• • • •



**Ellen L Weintraub**
@EllenLWeintraub

27/ Parties are virtually equal in percentages of who votes by mail (@cstewartiii for @caltech):

https://electionupdates.caltech.edu/2020/03/20/some-demographics-on-voting-by-mail/

## Election Updates

New research, analysis and commentary on election reform, voting technology, and election administration.

HOME    ABOUT

## Some Demographics on Voting by Mail

By Charles Stewart III, MIT

With the sudden surge of interest in mail balloting because of the COVID-19 emergency, there's also been some interest in questions about who tends to use mail ballots now and who would like to use mail ballots. Here is provide some basic demographics related to the question. Because there's so much going on right now, I won't provide much commentary, allowing the numbers to "speak for themselves," which is rarely a good idea.

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

28/ @NBCNews White House Correspondent @GeoffRBennet:

https://twitter.com/GeoffRBennett/status/1265620820208029702

14

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

 Geoff Bennett ✔
@GeoffRBennett

NEW: Trump insists there's "NO WAY" an election with increased mail-in voting will be legitimate. But both Democratic and Republican officials overseeing that process say he's dead wrong.



Trump rants about fraud. But here's the secret to keeping voting by mail secure. Election officials in both parties have put in place safeguards. And they work.
🔗 nbcnews.com

8:28 AM · May 27, 2020 · Twitter for iPhone

• • • •

 Ellen L Weintraub
@EllenLWeintraub

29/ Author and @UCL Professor @brianklaas:

https://twitter.com/brianklaas/status/1265260640039587842

Brian Klaas ✔
@brianklaas

I study election rigging. I co-authored a book called How to Rig an Election. These tweets are lies. The purpose of these tweets is to lay the groundwork to reject or dispute election results if he loses.

 Donald J. Trump ✔ @realDonaldTrump · May 26
There is NO WAY (ZERO!) that Mail-In Ballots will be anything less than substantially fraudulent. Mail boxes will be robbed, ballots will be forged & even illegally printed out & fraudulently signed. The Governor of California is sending Ballots to millions of people, anyone.....
Show this thread

8:36 AM · May 26, 2020 · Twitter for iPhone

• • • •

15

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



**Ellen L Weintraub**
@EllenLWeintraub

30/ GOP state officials warming to vote-by-mail (NE, OH, WV, IA); Iowa Republican SoS Paul Pate: "sowing doubt about the integrity of the process is as dangerous as vote fraud" (@NickRiccardi for @AP):

https://apnews.com/4cf54df2ab65b4f7d0ee6d4aed774428



• • • •

**Ellen L Weintraub**
@EllenLWeintraub

31/ Mistake, not fraud: "Fraud by individual voters is almost nonexistent; mistakes in a confusing system are the real issue" (@Rutgers_Camden Professor  Lorraine C. Minnite):

https://scholars.org/sites/scholars/files/ssn_key_findings_minnite_on_the_myth_of_voter_fraud.pdf

THE MISLEADING MYTH OF VOTER FRAUD IN AMERICAN ELECTIONS

*by Lorraine C. Minnite, Rutgers University-Camden*

Are fraudulent voters undermining U.S. elections? The simple answer is no. Rather, the threat comes from the *myth* of voter fraud used to justify rules that restrict full and equal voting rights.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

32/ @BrennanCenter's "The Truth About Voter Fraud" found that even among the small number of reported incidents of 'fraud,' most turn out to be traceable to other causes:

16

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

https://www.brennancenter.org/sites/default/files/analysis/Briefing_Memo_Debunking_Voter_Fraud_Myth.pdf

BRENNAN CENTER
FOR JUSTICE
TWENTY YEARS
*at New York University School of Law*

## Debunking the Voter Fraud Myth

Sensationalist claims have circulated this election season about the extent of voter fraud, with some politicians going so far as to tell voters to fear that this November's election will be "rigged." Because electoral integrity is one of the elements necessary to making America the greatest democracy in the world, claims like this garner media attention, and frighten and concern voters. But putting rhetoric aside to look at the facts makes clear that fraud by voters at the polls is vanishingly rare, and does not happen on a scale even close to that necessary to "rig" an election.

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

**33/** @NaveedAJamall for @Newsweek:

https://twitter.com/NaveedAJamall/status/1265426007692992512



**Naveed Jamali** ✔
@NaveedAJamall

Washington State has successfully used mail-in voting since 2005. In 2018 the only 142 cases of improper voting out of 3.1 million ballots, or just 0.004% of all votes, were designated "improper voting." So, Washington State shows mail-in ballots work.

> **Donald J. Trump** ✔ @realDonaldTrump · May 26
> There is NO WAY (ZERO!) that Mail-In Ballots will be anything less than substantially fraudulent. Mail boxes will be robbed, ballots will be forged & even illegally printed out & fraudulently signed. The Governor of California is sending Ballots to millions of people, anyone.....
> Show this thread

7:34 PM · May 26, 2020 from Seattle, WA · Twitter for iPhone

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

**34/** @MarshallCohen for @CNN:

https://twitter.com/MarshallCohen/status/1265428400656744454

17

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



Marshall Cohen ✓
@MarshallCohen

This tweet is false too — and should be labeled as such,
like the earlier tweet about mail-in voting. (Because he
says mail-in ballots "lead to massive corruption and
fraud," which is a debunked lie.)

> Donald J. Trump ✓ @realDonaldTrump · May 26
> .@Twitter is now interfering in the 2020 Presidential Election. They are saying
> my statement on Mail-In Ballots, which will lead to massive corruption and
> fraud, is incorrect, based on fact-checking by Fake News CNN and the Amazon
> Washington Post....
> Show this thread

7:43 PM · May 26, 2020 · Twitter for iPhone

• • • •



Ellen L. Weintraub
@EllenLWeintraub

**35/** @kirstenfrankly (Chief of Staff, UT GOP Lt. Gov. @SpencerJCox): "there is very little
evidence of voter fraud within our mail-in system" (@NBCNews):

https://www.nbcnews.com/politics/donald-trump/trump-pushes-false-claims-about-mail-vote-fraud
-here-are-n1180566

## Trump pushes false claims about mail-in vote fraud. Here are the facts.

The pandemic has ignited a partisan battle around the voting method, with Democrats
increasingly embracing the idea as way to ensure a safe election.

• • • •



Ellen L. Weintraub
@EllenLWeintraub

**36/** GOP leaders have long urged their supporters to vote by mail. GOP governors are sounding
the call for easy access to mail-in ballots (@DoyleMcManus for @LATimes):

https://www.latimes.com/politics/story/2020-05-24/column-trump-doesnt-like-mail-in-voting-but-its-
not-his-call

Column: Trump doesn't like mail-in
voting, but it's not his call



President Trump has threatened to block federal funding from states that send mail-in ballots to every voter. (Allen J. Schaben / Los Angeles Times)

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

<u>37/</u> @MSNBC quoting Michigan @LtGovGilchrist:

https://twitter.com/MSNBC/status/1265213623611383808

 **MSNBC ☑**
@MSNBC

"More people are killed by deer in a year than have ever
been proven to commit voter fraud at a given time,"
Michigan Lt. Gov. Gilchrist says about claims that mail-in
voting will lead to fraud.



Michigan Lt. Gov.: Trump is 'dead wrong' on mail-in voting
As President Trump continues to make baseless claims about mail-in voting
leading to fraud, Michigan Lt. Governor Garlin Gilchrist notes that 'more ...
𝒮 msnbc.com

8:30 AM · May 26, 2020 · SocialFlow

• • • •

19

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

 Ellen L Weintraub
@EllenLWeintraub

38/ @realDonaldTrump votes by mail (@Yamiche for @PBS):

https://twitter.com/Yamiche/status/1263198640044195840

 Yamiche Alcindor ✔
@Yamiche

So today, Pres Trump, who regularly votes by mail,
threatened to hold up federal funds for two battleground
states--Michigan & Nevada-- bc they are trying to make
it easier & safer to vote during the coronavirus pandemic.

Then, @PressSec referred Qs about it to Trump
campaign.

4:03 PM · May 20, 2020 · Twitter Web App

• • • •

 Ellen L Weintraub
@EllenLWeintraub

39/ @Heritage election fraud database reports just 143 convictions involving fraudulent use of
absentee ballots over the past 20 years (approx. 0.00006% of total votes cast):

https://www.heritage.org/voterfraud



• • • •

 Ellen L Weintraub
@EllenLWeintraub

40/ @SenatorRomney says 90% of Utah Republicans vote by mail (@BudrykZack for @thehill):

20

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

https://thehill.com/homenews/senate/498916-romney-counters-trump-90-percent-of-very-republican-utah-votes-by-mail

 **Romney counters Trump: 90 percent of 'very Republican' Utah votes by mail**

• • • •

 Ellen L Weintraub
@EllenLWeintraub

41/ "There is no evidence that mail balloting results in rampant voter fraud" (@AmberMcReynolds & @cstewartiii for @thehill):

https://thehill.com/opinion/campaign/494189-lets-put-the-vote-by-mail-fraud-myth-to-rest

 **Let's put the vote-by-mail 'fraud' myth to rest**

BY AMBER MCREYNOLDS AND CHARLES STEWART III, OPINION CONTRIBUTORS —
04/28/20 07:00 AM EDT                                                  💬 729 COMMENTS
THE VIEWS EXPRESSED BY CONTRIBUTORS ARE THEIR OWN AND NOT THE VIEW OF THE HILL

• • • •

 Ellen L Weintraub
@EllenLWeintraub

42/ Former Republican campaign strategist compares president to "the boy who cried wolf" in spreading panic and undermining faith in the electoral process, to the detriment of his own base. (@grace_panetta for @businessinsider):

https://www.businessinsider.com/trumps-crusade-against-vote-by-mail-could-backfire-on-republicans-2020-5

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

**Why Trump's crusade against voting by mail could backfire on Republicans and hurt the president's own voters**



• • • •



**Ellen L Weintraub**
@EllenLWeintraub

43/ @KimWyman12, Republican @secstatewa, supports vote by mail. (@llerer for @NYTimes):

https://www.nytimes.com/2020/04/15/us/politics/washington-where-everyone-votes-by-mail.html?smid=tw-share

ON POLITICS WITH LISA LERER

# Washington: Where Everyone Votes by Mail

We spoke to the secretary of state to get her take on voting by mail and whether she thinks the balloting option could be implemented across the country.

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

44/ Research on vote by mail shows neutral partisan effects. (May Wong, @SIEPR):

https://siepr.stanford.edu/news/new-research-voting-mail-shows-neutral-partisan-effects

22

## New research on voting by mail shows neutral partisan effects



*By May Wong*

APR 16 2020

The coronavirus has disrupted state primaries and forced the prospect of major reforms for the 2020 election. Election officials across the nation are mulling expansions or transitions to mail-in voting while Congress is fielding calls for a nationwide vote-by-mail program.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

<u>45/</u> "Trump casts doubt on mail voting. His campaign promotes it." (@NickRiccardi for @AP):

<u>https://apnews.com/6416231367cfa0bd213796149f3cee26</u>

## Trump casts doubt on mail voting. His campaign promotes it.

By NICHOLAS RICCARDI   May 12, 2020

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

<u>46/</u> In 2017, the risk of mail-in vote fraud was 0.0004% to 0.0009% (@HopeYen1 & Calvin Woodward for @AP Fact Check, quoting @BrennanCenter):

<u>https://apnews.com/e45b0fd875cd2bf8be2b92330f37300f</u>

## AP FACT CHECK: Trump misfires on watchdogs, mail-in voting

By HOPE YEN and CALVIN WOODWARD   April 12, 2020

• • • •

23

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



**Ellen L Weintraub**
@EllenLWeintraub

**47/** Former Assistant Secretary of Defense under President Reagan, @LarryKorb: "U.S. troops routinely vote by mail. Why can't the rest of America do the same?" (@MilitaryTimes):

https://www.militarytimes.com/opinion/commentary/2020/05/18/us-troops-routinely-vote-by-mail-why-cant-the-rest-of-america-do-the-same/



**Commentary**
**US troops routinely vote by mail. Why can't the rest of America do the same?**

Lawrence J. Korb                                                   🗓 May 18

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

**48/** @LeeDrutman for @FiveThirtyEight: "There is no evidence that vote by mail gives one party an advantage.":

https://fivethirtyeight.com/features/there-is-no-evidence-that-voting-by-mail-gives-one-party-an-advantage/

MAY 12, 2020, AT 6:00 AM
**There Is No Evidence That Voting By Mail Gives One Party An Advantage**
Could that change this fall?

By Lee Drutman
Filed under 2020 Election       



PHOTO ILLUSTRATION BY EMILY SCHERER / GETTY IMAGES

• • • •

24

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



**Ellen L Weintraub**
@EllenLWeintraub

**49/** Justin Levitt (@_justinlevitt_): "Each act of voter fraud in connection with a federal election risks 5 years in prison....a single extra vote is simply not worth the price." (@brennancenter @NYULaw):

https://www.brennancenter.org/sites/default/files/legacy/The%20Truth%20About%20Voter%20Fraud.pdf

BRENNAN
CENTER
FOR JUSTICE

THE TRUTH
ABOUT
VOTER FRAUD
Justin Levitt

• • • •



**Ellen L Weintraub**
@EllenLWeintraub

**50/** Oh, and I (@EllenLWeintraub) have also spoken on the topic: "Democrats have studied this, Republicans have studied this, and no one can find any evidence of rampant voter fraud either historically or particularly in the 2016 elections."

https://thehill.com/homenews/administration/457942-fec-chairwoman-to-trump-there-is-no-evidence-of-rampant-voter-fraud



**FEC chairwoman to Trump: 'There is no evidence of rampant voter fraud'**

BY REBECCA KLAR · 08/19/19 11:44 AM EDT          2,010 COMMENTS

• • • •

25

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



**Ellen L Weintraub**
@EllenLWeintraub

**51/** To sum up:

Many Americans will be voting by mail this year. In the 2016 general election, 139 million people voted overall; even more could do so this year.

. . . .

**Ellen L Weintraub**
@EllenLWeintraub

**52/** With that many voters, could a few instances of illegal voting activity crop up? Perhaps. But there is no basis to claim that it will be anything other than exceedingly rare.

. . . .

**Ellen L Weintraub**
@EllenLWeintraub

**53/** Facts matter. Data matters. When Prof. @_justinlevitt_ researched in-person voter fraud between 2000 and 2014, he found just 31 credible allegations -- just allegations! -- out of more than a *billion* ballots cast.

https://www.washingtonpost.com/news/wonk/wp/2014/08/06/a-comprehensive-investigat ion-of-voter-impersonation-finds-31-credible-incidents-out-of-one-billion-ballots-cast/

Economic Policy

## A comprehensive investigation of voter impersonation finds 31 credible incidents out of one billion ballots cast

. . . .

**Ellen L Weintraub**
@EllenLWeintraub

**54/** Research by U. of Wisconsin & Stanford political scientists "indicate[d] that the proportion of the population reporting voter impersonation is indistinguishable from that reporting abduction by extraterrestrials."

https://www.liebertpub.com/doi/abs/10.1089/elj.2013.0231

26

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

Election Law Journal: Rules, Politics, and Policy, Vol. 13, No. 4 | Articles

## Alien Abduction and Voter Impersonation in the 2012 U.S. General Election: Evidence from a Survey List Experiment

John S. Ahlquist, Kenneth R. Mayer, and Simon Jackman

• • • •



Ellen L Weintraub
@EllenLWeintraub

**55/** The numbers are similarly tiny for voting by mail. Even the Heritage Foundation's voter-fraud database contains only 13 instances of absentee voter fraud across the 5 states that had all-mail balloting going into this year: CO, HI, OR, UT, & WA.

https://www.nytimes.com/2020/05/18/opinion/2020-election-results-delay.html



Take Some Deep Breaths and Prepare to Wait for Election Results

It will enhance the legitimacy of the election if we take the time for an accurate count

By Ellen L. Weintraub and Kevin M. Kruse
Ms. Weintraub is a commissioner on the Federal Election Commission. Dr. Kruse is a professor of history at Princeton.

May 18, 2020

An election worker collecting ballots from a drop box in the Washington State primary, on March 10. John Froschauer/Associated Press

• • • •



Ellen L Weintraub
@EllenLWeintraub

**56/** Voting by mail will not make the 2020 election substantially fraudulent or massively corrupt.

There is no basis for that claim.

None. Zero. Zip. Nada.

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

**57/** Specifically:

There is no basis for the claim that the election will be substantially fraudulent or massively corrupt due to mailbox robbery.

There is no basis for the claim that the election will be substantially fraudulent or massively corrupt due to ballot forgery.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

**58/** There is no basis for the claim that the election will be substantially fraudulent or massively corrupt due to illegal ballot printing.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

**59/** There is no basis for the claim that the election will be substantially fraudulent or massively corrupt due to fraudulently signed ballots.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

**60/** There is no basis for the claim that the election will be substantially fraudulent or massively corrupt due to voters being told for whom to vote.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

**61/** There is no basis for the claim that the election will be substantially fraudulent or massively corrupt due to a cheating free-for-all.

• • • •

28

*Facts About Voting by Mail*
*Commissioner Ellen L. Weintraub*
*May 27, 2020*



**Ellen L Weintraub**
@EllenLWeintraub

<u>62/</u> There is no basis for the claim that the election will be substantially fraudulent or massively corrupt due to a forgery free-for-all.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

<u>63/</u> There is no basis for the claim that the election will be substantially fraudulent or massively corrupt due to a ballot theft free-for-all.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

<u>64/</u> Claims that voter fraud is widespread are, as shown above, "dead wrong," "crying 'wolf,'" "false," "a debunked lie."

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

<u>65/</u> Such falsehoods are not mere words. These falsehoods may well undermine the American people's faith in our democracy. And the *real* fraud would be if U.S. citizens were deterred from voting and our government reflected the consent of fewer of the governed.

• • • •

**Ellen L Weintraub**
@EllenLWeintraub

<u>66/</u> True leaders speak truth. Especially in an election season plagued by pandemic, economic uncertainty, and death, the American people deserve nothing less than the truth from our leaders.

# CERTIFICATE OF SERVICE

Case Name:   **Republican National**                   No.   **2:20-cv-01055-KJM-CKD**
            **Committee, et al. v. Gavin**
            **Newsom, et al.**

I hereby certify that on June 25, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF JOHN W. KILLEEN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 25, 2020, at Sacramento, California.


       Tracie L. Campbell                      */s/ Tracie Campbell*
            Declarant                             Signature

SA2020301369
34189480.docx