XAVIER BECERRA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
JAY C. RUSSELL
Deputy Attorney General
JOHN W. KILLEEN, State Bar No. 258395
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6045
  Fax: (916) 324-8835
  E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendants Gavin Newsom
and Alex Padilla*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,**<br><br>Defendants. | No. 2:20-cv-01055-MCE-CKD<br><br>**DECLARATION OF JAMES WATT, MD, MPH, IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 16, 2020<br>Time: 10:00 a.m.<br>Dept: Courtroom 7, 14th Floor<br>Judge: The Honorable Morrison C. England<br>Trial Date: None Set<br>Action Filed: 5/24/2020 |

I, James Watt, declare as follows:

1. I am over the age of 18, and a United States citizen. I have personal knowledge of the facts in this declaration and, if called as a witness, I could and would testify competently to them.

2. I am the Acting Deputy Director of the Center for Infectious Diseases and the Interim State Epidemiologist at the California Department of Public Health (CDPH).

3. As the Acting Deputy Director of the Center for Infectious Diseases and the Interim State Epidemiologist at CDPH, I coordinate CDPH's epidemiologic response to disease outbreaks and emerging health threats.

4. Prior to my role as Acting Deputy Director of the Center for Infectious Diseases, I was the Chief of the Division of Communicable Disease Control from 2010 until 2019; and Deputy State Epidemiologist from 2012 until 2019 at CDPH.

5. My background is in epidemiology. I completed my residency in pediatrics in 1993 and obtained a Master of Public Health degree in Maternal and Child Health in 1995. In 1996, I joined the California Department of Health Services (CDHS) as a Public Health Medical Officer II. In 1999, I joined the federal Centers for Disease Control and Prevention (CDC) as an Epidemic Intelligence Service Officer in the Respiratory Diseases Branch. In 2001, I became an Assistant Scientist in the School of Public Health at Johns Hopkins University. In 2006, I joined CDPH as a Public Health Medical Officer III (Epidemiology) and became Chief of the Tuberculosis Control Branch in 2008 and Chief of the Division of Communicable Disease Control in 2010. In 2012, I became Deputy State Epidemiologist at CDPH. In addition to my current role as Acting Deputy Director of the Center for Infectious Diseases and Interim State Epidemiologist, I am an Associate at the Johns Hopkins University School of Public Health and Clinical Professor at the University of California, San Francisco School of Medicine. I have also served on a variety of advisory panels at, among others, the CDHS, CDC, and World Health Organization.

6. CDPH is one of seventeen departments and offices within the California Health and Human Services Agency. Its fundamental responsibilities include infectious disease control and prevention, food safety, environmental health, laboratory services, patient safety, emergency

1

preparedness, chronic disease prevention and health promotion, family health, health equity and vital records and statistics. Our mission is to advance the health and wellbeing of California's diverse people and communities.

7. The Center for Infectious Diseases protects the people in California from the threat of preventable infectious diseases and assists those living with an infectious disease in securing prompt and appropriate access to healthcare, medications and associated support services. I have been intimately involved with the statewide COVID-19 response since January 2020. My role is to oversee analysis of statewide data on COVID-19 cases and trends in disease activity. Since January, I have been working full time for approximately 60-70 hours per week to address the pandemic. I am familiar with Executive Order N-33-20 and the guidance issued by the CDPH and the State of California including the March 19, 2020 Order of the State Public Health Officer and the May 7, 2020 Order of the State Public Health Officer, and the guidance available at covid19.ca.gov (the State Health Officer Orders).

8. In January 2020, state public health officials began working closely with the national Centers for Disease Control and Prevention, the United States Health and Human Services Agency, and local health departments to monitor and plan for the potential spread of COVID-19 to the United States. Since then, the California Department of Public Health has been in regular communication with health providers and has been providing guidance regarding COVID-19.

9. To prepare for and respond to suspected or confirmed cases of COVID-19 in California and to implement measures to mitigate the spread of COVID-19, the Governor proclaimed a State of Emergency in California on March 4, 2020. On March 19, 2020, the Governor issued Executive Order N-33-20. Also on March 19, 2020 the State Public Health Officer issued an order that all individuals living in California "to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors" and "[w]hen people need to leave their homes or places of residence … they should at all times practice social distancing." The March 19, 2020 order of the State Public Health Officer was modified by her order on May 7, 2020 and by instructions on the state's COVID-19 website, https://covid19.ca.gov.

*General Features and Risks of COVID-19*

10. In contrast to most types of sepsis, or blood stream infections, COVID-19 is a contagious disease that is spread through the air. The coronavirus that causes COVID-19, SARS-CoV-2, is thought to spread mainly from person to person, mainly through respiratory droplets produced when an infected person speaks, coughs or sneezes. These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs. The role of other transmission pathways such as through aerosols that may travel long distances or through contaminated surfaces has been suggested and is still being researched.

11. There is widespread consensus among epidemiologists that COVID-19 can spread quickly. Without physical distancing, a person with COVID-19 infects approximately two people, on average. Unchecked, COVID-19 spreads exponentially. Over 10 transmission cycles, one person could be responsible for 1,024 other people contracting COVID-19.

12. There is no vaccine yet available to prevent infection with COVID-19 and, unlike influenza, there is no widely available effective treatment for those who are infected with COVID-19. Research shows that SARS-CoV-2 has an incubation period of up to 14 days and may be spread by individuals with no symptoms who appear healthy.

13. Physical distancing interventions have been successful in reducing the number of persons infected by each case and changing the exponential pattern of case increases. That is why they are so important for controlling COVID-19 in California. Physical distancing measures include staying home except for essential activities and staying at least six feet away from others when outside the home.

14. I believe that the spread of COVID-19 is more likely when people are in close contact with one another (within about six feet). COVID-19 is currently spreading in the community (community spread) in many affected geographic areas. An area is experiencing community spread when residents of the area are becoming infected with the virus in community settings and it is not possible to identify the source of exposure in some cases.

15. In light of evidence of widespread COVID-19 transmission in communities across the country, the CDC recommends that people wear a cloth face covering to cover their nose and

mouth in any community setting. This is a public health measure people should take to reduce the spread of COVID-19 in addition to, not instead of, physical distancing, frequent hand cleaning, and other everyday preventive actions. A cloth face covering is not intended to protect the wearer, but may prevent the spread of virus from the wearer to others. This would be especially important in the event that someone is infected but is not aware of their illness and is not self-isolating. A cloth face covering should be worn whenever people must go into public settings for essential activities (grocery shopping, for example). To decrease spread of COVID-19, people should reduce the number of personal interactions. If they need to interact, people should stay 6 feet apart and wear a face covering (though the primary goal should be limiting personal interactions).

***The Risks of COVID-19 in Enclosed Polling Places***

16. The risks of COVID-19 transmission are increased in any small, enclosed space, including a polling place.

17. These risks are increased for both the workers in a polling place—who remain in the enclosed space for an entire day—and voters who must stand in and near an enclosed polling place for an extended period of time. Even if individuals practice responsible social distancing and wear masks, the nature of voting—the interaction of numerous unrelated individuals over a long period of time—necessarily increases the risk of COVID-19 transmission among the population.

18. The risks of COVID-19 transmission are greater for individuals who are older or are particularly vulnerable to the disease. Such individuals may be deterred from serving as poll workers or from voting in person if they are concerned about transmission.

***The Future Status of COVID-19 Is Highly Uncertain***

19. People with COVID-19 have had a wide range of symptoms reported – ranging from mild symptoms to severe illness. A large number of people with COVID-19 have no symptoms.

20. People who have no symptoms can still spread COVID-19. COVID-19 can cause severe disease, including death. Older adults, and people of any age who have serious underlying medical conditions are at higher risk for severe illness from COVID-19. Public records that I regularly rely on to perform my duties as Acting Deputy Director of the Center for Infectious

Diseases and the Interim State Epidemiologist at CDPH reflect that, as of June 23, 2020, there have been 183,073 confirmed COVID-19 cases in California and 5,580 fatalities from COVID-19 in the state.

21. The purpose of the state's current health and safety rules is to protect vulnerable people from infection with SARS-CoV-2 and to reduce the spread of that virus in the community. I believe that, by reducing community spread, we can protect persons at increased risk of severe disease and prevent critical infrastructure, particularly health care facilities, from being overwhelmed. I believe the restrictions in the Orders of the State Public Health Officer accomplish this by limiting the number of personal interactions and thus possibilities for community spread.

22. California has been gradually reopening sectors of its economy. But it has been doing so carefully and based on the best science available, to minimize the possibility of a resurgence that would overwhelm the health system.

23. The future path of the COVID-19 virus is highly uncertain. Many states have recently recorded significant spikes in new cases and hospitalizations. State, national, and international projections reflect some degree of danger—and potentially very significant ongoing danger—through November 2020, whether as a continuation of current trends or as a new "second wave."

24. Based on the best information currently available, it does not appear likely that there will be a widely available, reliable vaccine for COVID-19 by the beginning of November 2020.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 24 , 2020, in ____Albany____, California.

*James Watt*
James Watt, MD, MPH

SA2020301369
34131392.docx

# CERTIFICATE OF SERVICE

Case Name: **Republican National Committee, et al. v. Gavin Newsom, et al.**

No. **2:20-cv-01055-KJM-CKD**

I hereby certify that on June 25, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF JAMES WATT, MD, MPH, IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 25, 2020, at Sacramento, California.

| Tracie L. Campbell | /s/ Tracie Campbell |
|---|---|
| Declarant | Signature |

SA2020301369
34187260.docx