UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>and<br><br>DCCC and CALIFORNIA DEMOCRATIC PARTY,<br><br>Intervenor-Defendants. | Case No.:   2:20-cv-01055-MCE-CKD<br><br>**DECLARATION OF JONATHAN P. HAWLEY** |

I, JONATHAN P. HAWLEY, under penalty of perjury, hereby declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts set forth herein. I am an attorney with the law firm of Perkins Coie LLP. I am admitted to practice law in California and before this Court. I am an attorney for Intervenor-Defendants. I submit this declaration to provide the Court true and correct copies of certain documents submitted in connection with Intervenor-Defendants' Consolidated Opposition to Plaintiffs' Motions for Preliminary Injunction.

2. Exhibit 1 is a true and correct copy of the declaration of Dr. John Swartzberg, dated June 24, 2020.

3. Exhibit 2 is a true and correct copy of Executive Order W-29-92, issued by Governor Pete Wilson on May 4, 1992.

DECLARATION OF JONATHAN P. HAWLEY—PAGE 1

1      4.    Exhibit 3 is a true and correct copy of Executive Order W-69-93, issued by Governor Pete Wilson on November 1, 1993.

    5.    Exhibit 4 is a true and correct copy of Executive Order S-17-09, issued by Governor Arnold Schwarzenegger on August 31, 2009.

    6.    Exhibit 5 is a true and correct copy of Executive Order S-19-09, issued by Governor Arnold Schwarzenegger on September 1, 2009.

    7.    Exhibit 6 is a true and correct copy of Executive Order B-43-17, issued by Governor Edmund G. Brown, Jr. on October 18, 2017.

DATED this 25th day of June, 2020.

                By: */s/ Jonathan P. Hawley*
                      JONATHAN P. HAWLEY