# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br>        *Plaintiffs*,<br>v.<br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br>        *Defendants*. | Case No. 2:20-cv-01055-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING ACLU-CA's MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

Now, therefore, it is hereby ORDERED that:

Upon consideration of the ACLU-CA's Motion for Leave to File *Amicus Curiae* Brief, the Court finds good cause to grant the motion. The proposed *amicus curiae* brief may assist in the determination of the matters before this Court, provided that Plaintiffs contend that the current motion for preliminary injunction is not moot as a result of the passage by the California legislature of AB 860.

Accordingly, the ACLU-CA is granted leave to file its *amicus curiae* brief on or before July 23, 2020 or, alternatively, within two (2) weeks following when Plaintiffs file any new motion for preliminary injunction.

.

Dated: _____, 2020

                                              By: _____
                                                    HON. MORRISON C. ENGLAND, JR.,
                                                    United States District Judge