Bryan K. Weir (SBN: 310964)
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE and DEMOCRATIC PARTY OF CALIFORNIA,<br><br>Intervenor-Defendants. | No. 2:20-cv-01055-MCE-CKD<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AND PROPOSED ORDER (FED. R. CIV. P. 41(A)(1)(A))** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiffs Republican National Committee, National Republican Congressional Committee, and California Republican Party ("Plaintiffs") hereby voluntarily dismiss this action in its entirety.

On May 24, 2020, Plaintiffs filed this action against Gavin Newsom and Alex Padilla, in their official capacities ("Defendants"), challenging the constitutionality of Defendant Newsom's Executive Order N-64-20, which ordered that California would automatically send vote-by-mail ballots to every registered voter for the November 3, 2020 general election. Plaintiffs moved for a preliminary injunction on Counts I and II on June 5, 2020. On June 18, 2020, the California Legislature enacted AB 860. Plaintiffs are authorized to state on behalf of Defendants Newsom and Padilla as follows: "As previously stated in their filings, Defendants confirm that Executive Order N-64-20 has been superseded by AB 860; as a result of the enactment of AB 860, Defendants will not rely upon Executive Order N-64-20 in connection with the November 2020 election."

Accordingly, Plaintiffs hereby voluntarily dismiss this action. Plaintiffs and Defendants Newsom and Padilla agree that they will bear their own attorneys' fees, expenses, and costs.

Respectfully submitted,

Dated: July 9, 2020

/s/ Bryan Weir
Bryan K. Weir (SBN: 310964)
Tyler R. Green*
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
(415) 520-6593 (fax)

*Admitted pro hac vice

# CERTIFICATE OF SERVICE

I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will electronically notify all persons requiring notice.

Dated: July 9, 2020

/s/ Bryan Weir
Bryan Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423