UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State,<br><br>Defendants,<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE and DEMOCRATIC PARTY OF CALIFORNIA,<br><br>Intervenor-Defendants. | No. 2:20-cv-01055-MCE-CKD<br><br>**PROPOSED ORDER** |

In consideration of Plaintiffs' Notice of Voluntary Dismissal, Plaintiffs' complaint is dismissed under Federal Rule of Civil Procedure 41(a)(1)(A). The parties shall bear their own attorneys' fees, expenses, and costs.

IT IS SO ORDERED.

Dated: _____, 2020     _____
Morrison C. England, Jr.
United States District Court Judge

1