UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and CALIFORNIA REPUBLICAN PARTY, | |
| Plaintiffs, | |
| v. | No. 2:20-cv-01055-MCE-CKD |
| GAVIN NEWSOM, in his official capacity as Governor of California; and ALEX PADILLA, in his official capacity as California Secretary of State, | ORDER |
| Defendants, | |
| DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE and DEMOCRATIC PARTY OF CALIFORNIA, | |
| Intervenor-Defendants. | |

In consideration of Plaintiffs' Notice of Voluntary Dismissal, Plaintiffs' complaint is hereby DISMISSED in its entirety under Federal Rule of Civil Procedure 41(a)(1)(A). The parties shall bear their own attorneys' fees, expenses, and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

**Dated: July 9, 2020**

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1